26-cv-146-S

## JS-44 CIVIL COVER SHEET

## I. PLAINTIFF

**Jiselle McKee**
7052 Rilley Road
Cheyenne, WY 82009

Pro Se Plaintiff

## II. DEFENDANT

**Wells Fargo Bank, N.A.**
101 N. Phillips Avenue
Sioux Falls, SD 57104

## III. BASIS OF JURISDICTION

☒ Federal Question (28 U.S.C. § 1331)
☐ Diversity
☐ United States Government Plaintiff
☐ United States Government Defendant

## IV. NATURE OF SUIT

☒ 190 – Other Contract
☒ 480 – Consumer Credit
☒ 890 – Other Statutory Actions

## V. ORIGIN

☒ 1 – Original Proceeding
☐ 2 – Removed from State Court
☐ 3 – Remanded from Appellate Court
☐ 4 – Reinstated or Reopened
☐ 5 – Transferred from Another District
☐ 6 – Multidistrict Litigation

## VI. CAUSE OF ACTION

Violations of Regulation E, 12 C.F.R. § 1005.11; negligence; negligent misrepresentation; breach of contract; and breach of the implied covenant of good faith and fair dealing arising from Defendant's failure to credit an ATM cash deposit, issuance of contradictory statements, and failure to provide required records.

## VII. REQUESTED RELIEF

☒ Monetary damages
☒ Declaratory relief
☒ Injunctive relief
☒ Costs and other relief the Court deems just and proper

## VIII. JURY DEMAND

☐ Yes
☒ No

## IX. RELATED CASES

None known.

## X. ATTORNEY / PRO SE INFORMATION

**Name:** Jiselle McKee
**Role:** Pro Se Plaintiff
**Address:** 7052 Rilley Road, Cheyenne, WY 82009
**Phone:** 307-214-0841
**Email:** jiselle.cash@csuglobal.edu

**Signature:** Jiselle McKee
**Date:** 5/6/2026