AO 440 (Rev. 12/09)

SUMMONS IN A CIVIL ACTION

United States District Court

FOR THE DISTRICT OF WYOMING

JISELLE McKEE,

Plaintiff,

v.

Civil Action No. __26-CV-146__

WELLS FARGO BANK, N.A.

Defendant.

To: WELLS FARGO BANK, N.A.

c/o Registered Agent for Service of Process

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff JISELLE McKEE an answer to the complaint which is herewith served upon you, within 21 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer or motion under Rule 12 of the Federal Rules of Civil Procedure with the Court.

Clerk of Court

_____

Date: __5/6/26__

By: _Heather Casey_

Deputy Clerk