26CV146-S

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**MAY 06 2026**
9:46 a.m.
Margaret Botkins, Clerk
Cheyenne

I, _Jill Hooker_ , declare as follows:

1. I am over the age of eighteen (18) years and am not a party to this action.

2. I am authorized to perform service of process in the State of Wyoming.

3. On the _6_ day of _May_ , 20_26_, at _9:17_ ☒ a.m. ☐ p.m., I served the following documents:

   ☒ Summons

   ☒ Complaint

   ☒ Additional documents: Exhibits 1-25, served as a single compiled exhibit book attached to the Complaint

4. Service was made upon the Defendant **Wells Fargo Bank, N.A.**, by delivering true and correct copies of the documents listed above to the following:

**Name of Person Served:** _Julie Leander_

**Title / Capacity:** Authorized Agent / Person Accepting Service

**Address Where Served: Corporation Service Company**
**1821 Logan Avenue**
**Cheyenne, WY 82001**

5. Service was completed in compliance with the Wyoming Rules of Civil Procedure and applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May _6_ , **2026.**

**Process Server:**
**Signature:** _Jill Hooker_
**Printed Name:** _Jill Hooker_
**Address:** _2403 Wills Ave Cheyenne WY 82001_
**Phone:** _307-778-7859_