

# United States District Court
# For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 13 PM 3: 42

MARGARET BOTKINS, CLERK
CHEYENNE

### Pro Se Electronic Notification Registration Form
### For Case Number: 1:26:CV 146

**Personal Information:**

Last Name: Mckee

First Name: Jiselle

Middle Initial: Y

Suffix (Sr., Jr., etc.):

Last 4 Digits of SSN: 7327

Street Address: 7052 Rilley Rd Cheyenne WY 82009

Mailing Address: same

City: Cheyenne

State: WY

Zip: 82009

Phone (include area code): 307-214-0841

E-mail: jiselle.cash@csuglobal.edu

(Transmission of ECF Notices to this address constitutes Service under the Federal Rules)

A participant's registration with the Court's ECF system shall constitute a waiver of conventional service of papers. Other than service of a summons or complaint, I agree that the service required by Fed. R. Civ. P. 5, Fed. R. Civ. P. 77(d) and Fed. R. Crim. P. 49(c) shall be given to me by electronic transmission through the Court's ECF system to the E-Mail Address provided. I agree that the notice of electronic filing provided to me, at the e-mail address I specified, via the CM/ECF system constitutes service for the purpose of Fed. R. Civ. P. 5, Fed. R. Civ. P. 77(d) and Fed. R. Crim. P. 49(c).

**Consent:** Please read carefully and sign this section to register for ELECTRONIC NOTIFICATION ONLY.

☒ **I AM REGISTERING FOR ELECTRONIC NOTIFICATION ONLY.**

By registering, you consent to electronic service of all documents. Documents will be sent to the email address provided above. In addition, you agree to notify the Clerk's Office of any changes to your email address.

5-13-2026

Date

Jiselle Mckee

Signature

Jiselle Mckee

Printed Name

**Print, Sign, Date and Submit completed form with original signature to:**

CM/ECF Registration
Clerk of District Court
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001