# EXHIBIT 28

# WELLS FARGO LETTER — MISCLASSIFICATION OF CASH DEPOSIT AS CHECK TRANSACTION

**Document Title:**
Wells Fargo Branch and Check Non-Fraud Claims Letter Regarding Missing Deposit

**Date of Letter:**
April 2, 2026

**Source:**
Wells Fargo Bank, N.A. — Branch and Check Non-Fraud Claims Department
MAC S4004-045 | P.O. Box 4094 | Portland, OR 97208-4094

**Summary of Document:**
This correspondence was issued by Wells Fargo in response to Plaintiff's inquiry about the missing $17,800 cash deposit made on November 26, 2025. The letter incorrectly requests "copies of the front and back of the original checks" and a "receipt for the missing transaction." The ATM did not print a receipt, and the deposit consisted entirely of $100 bills, not checks. The misclassification demonstrates that Wells Fargo failed to review the correct transaction type and used a template intended for check deposits rather than cash deposits.

**Purpose of Exhibit:**
To show (1) Wells Fargo's misclassification of a cash ATM deposit as a check transaction, (2) the impossibility of providing a receipt because the ATM malfunctioned and did not print one, and (3) procedural irregularities in Wells Fargo's investigation and correspondence.

**Attached Pages:**
Copy of Wells Fargo Branch and Check Non-Fraud Claims Letter dated April 2, 2026.



**WELLS FARGO**

Branch and Check Non-Fraud Claims
MAC S4001-025
P.O. Box 53400
Phoenix, AZ 85072-9993

April 2, 2026

Q9CSREDTYB 000202 SP 01

JISELLE Y MCKEE
PO BOX 1813
CHEYENNE, WY 82003-1813

Subject: Resolution of claim for your account ending in 8197
Reference #: 2604010046118

Dear JISELLE Y MCKEE:

We have completed our research of your inquiry about a missing deposit made on 11/26/2025 for $17,800.00. Based upon our research, we are not able to verify we received the deposit. Please consider your claim closed.

If the information below is provided, we can continue our research.

### What you need to do

- Provide the receipt for the missing transaction.
  OR
- Provide copies of the front and back of the original checks for the claim amount.
  - If copies of the checks are not available, contact the original issuers to request copies of the front and back of the checks. We will reimburse you if any fees are incurred for copies of the checks.
  - If the checks have not been paid, request the issuer to place a stop payment on each check and provide a replacement check, payable to Wells Fargo. If there are fees incurred for placing the stop payment, we will reimburse you. You can choose to send the replacement check less the stop payment fees or you can provide a receipt for reimbursement of those fees.
- You can return the information to us in either of the following ways:
  - **Mail to**: the return address above
  - **By Fax**: 1-866-968-0180

If you have questions, please call us at 1-800-349-0553, Monday through Friday, 8:00 a.m. to 5:00 p.m. Mountain Time. We accept all relay calls, including 711.

Thank you. We appreciate your business.

Branch and Check Non-Fraud Claims

Q9CSREDTYB 000202 NNNNNNNNNNNN NNN NYN 001 001    000417    20958031.1