# EXHIBIT 29

# WELLS FARGO ATM OPERATIONS LETTER — MISCLASSIFICATION OF CASH DEPOSIT AS CHECK TRANSACTION

**Document Title:**
Wells Fargo ATM Operations Correspondence Regarding Missing Deposit Claim

**Date of Letter:**
April 17, 2026

**Source:**
Wells Fargo Bank, N.A. — ATM Claims Department / ATM Operations
P.O. Box 563966 | Charlotte, NC 28256-3966

**Summary of Document:**
This letter was issued by Wells Fargo's ATM Operations department in response to Plaintiff's inquiry regarding the missing $17,800 cash deposit made on November 26, 2025. The correspondence incorrectly requests "copies of the front and back of the checks" to confirm the deposit items. The deposit consisted entirely of $100 bills, not checks. This demonstrates that Wells Fargo misclassified the transaction type and failed to review the correct ATM deposit records.

**Purpose of Exhibit:**
To show (1) Wells Fargo's misclassification of a cash ATM deposit as a check transaction, (2) that the deposit was made in cash using all $100 bills, and (3) procedural irregularities in Wells Fargo's investigation and correspondence.

**Attached Pages:**
Copy of Wells Fargo ATM Operations Letter dated April 17, 2026.



04/17/2026

JISELLE Y MCKEE
PO BOX 1813
CHEYENNE WY 82003-1813
USA

Subject: Resolution of ATM deposit claim for your account ending in 8197
Claim #: 7041526T086

Dear JISELLE Y MCKEE          :

We have completed our research of your inquiry about an ATM deposit of $17,800.00 made on 11/26/2025, and have not been able to find a record of this transaction. To help us continue our research, we're providing next steps you can take.

**What you need to do**

- Please call us at 1-877-230-8708, option 3, to confirm the items in your deposit.

- Ask the person who wrote the checks, to give you a copy of the front and back of the items. Fax the copies to 1-866-519-3576, or mail to the address above, along with a copy of this letter.

- If a check has not yet cleared the bank, ask the person who wrote it to place a stop payment on it and provide you with a replacement check. If you incur any stop payment fees, we will provide reimbursement.

If you have questions or would like to take advantage of your right to request copies of documents used in making our decision, please call us at 1-877-230-8708, option 3, Monday through Friday, 7:00 a.m. to 7:00 p.m. Eastern Time.

Thank you. We appreciate your business.

Sincerely,

ATM Operations

kmg/dat