# Exhibit 30

Office of the Comptroller of the Currency Appeal Case CS-0433803

and

Wells Fargo Enterprise Complaint Management Office Letter

Dated May 4, 2026

(Acknowledging OCC complaint and assigning WF Case No. 06202605010006824)

 **Office of the Comptroller of the Currency**

May 1, 2026

Jiselle McKee
7052 Rilley Rd
Cheyenne, WY 82009

Re: Appeal Case # CS0433803
Wells Fargo Bank, National Association

Dear Jiselle McKee:

This letter acknowledges receipt of the additional correspondence you provided to the Customer Assistance Group (CAG) of the Office of the Comptroller of the Currency (OCC). We are reviewing the issue(s) raised in your appeal.

The OCC examines national banks and federal savings associations to ensure their safe and sound financial condition and ensure compliance with applicable banking laws, rules and regulations. The CAG was established to assist customers who have questions or complaints involving national banks and federal savings associations. For additional information on the OCC and CAG, please visit www.helpwithmybank.gov.

The CAG offers guidance and assists consumers in resolving complaints about national banks and federal savings associations and their operating subsidiaries. The OCC is an administrative agency and does not have jurisdiction to resolve contractual and factual issues. We do not have judicial authority and cannot award damages in excess of an institution's error.

While complaint processing times may vary, on average you should receive a written response from CAG within 30 days after we have a complete file. If you would like to check the status of your Appeal case online, please visit www.helpwithmybank.gov and click on the "Check Case Status" link. Should you have questions, please contact this office at the telephone number listed below and reference the case number shown above.

Sincerely,

*Customer Assistance Group*


May 4, 2026

Jiselle Y McKee
7052 Rilley Rd
Cheyenne, WY 82009

Subject: We received your concerns
Wells Fargo case number: 06202605010006824
Office of the Comptroller of the Currency, case number: CS0433803

Dear Jiselle Y McKee:

Thank you for sharing your concerns with us. We know this needs our attention, and we're looking into it for you.

**What's next**

We'll respond within 10 business days from the date you contacted us. If we need more time to research and respond to you, we'll let you know.

**We're here to help**

We appreciate the time and effort you took to contact us. If you have questions, please contact us at 1-888-261-2807. We're ready to help you Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls from individuals with hearing or speech disabilities. This includes calls facilitated by a trusted third party, such as a family member, so long as the customer is present and actively participating in the entire communication.

Sincerely,

Amanda R.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117