# Exhibit 31

Detective Young Emails

Investigation Status and Search Warrant Fulfillment

 **Outlook**

## Re: Screenshot 2026-03-02 at 9.22.42 AM

**From** Michael Young <Michael.Young@laramiecountywy.gov>

**Date** Mon 3/2/2026 9:35 AM

**To**  Jiselle Cash <jiselle.cash@csuglobal.edu>

I already tried to call Brie this morning and got an answering machine. I will keep trying to get a hold of her and ask some questions about their investigation. I will tell her that a search warrant has been served, and they are in the process of getting me the information I need. I will let you know if I learn anything.

**Michael Young, Detective**
Laramie County Sheriff's Office
Criminal Investigations Division
1910 Pioneer Ave.
Cheyenne, WY 82001
Office: 307-633-4737
Work Cell: 307-640-9012
Email: Michael.Young@laramiecountywy.gov

**From:** Jiselle Cash <jiselle.cash@csuglobal.edu>
**Sent:** Monday, March 2, 2026 9:29 AM
**To:** Michael Young <Michael.Young@laramiecountywy.gov>
**Subject:** Screenshot 2026-03-02 at 9.22.42 AM

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

I have requested that Wells Fargo only have written communication with me via my ongoing dispute because Brie insinuated that I couldn't file another claim only on the phone but didn't put that in writing and Melissa told me that there was no warrant but she didn't put that in writing and they are very rude to me. They assumed that I am unemployed because I get monthly income from SSI which is my daughter's survivor benefit and I get income from the state of Wyoming, which is independent contractor pay for working with people with disabilities. Wells Fargo is supposed to issue a provisional credit if their investigation is supposed to take more than 10 days per regulation E and that would've put them out of compliance back in December. I have filed another complaint with the CFPB. They have also closed access to my accounts and I have deposits and expenses that I need as an independent contractor for tax purposes. I also could get audited in the future and still need access.

I have been very stressed out and not sleeping well. I greatly appreciate your time.

Sincerely,
Jiselle

 Outlook

**Re: WF called me again today**

From Michael Young <Michael.Young@laramiecountywy.gov>
Date Mon 3/2/2026 1:58 PM
To Jiselle Cash <jiselle.cash@csuglobal.edu>

I have a question that they asked me: Did you happen to get a transaction receipt from the ATM? I am trying to figure out if the ATM that you used was owned by Wells Fargo or if it was a third-party-owned ATM.

**Michael Young, Detective**
Laramie County Sheriff's Office
Criminal Investigations Division
1910 Pioneer Ave.
Cheyenne, WY 82001
Office: 307-633-4737
Work Cell: 307-640-9012
Email: Michael.Young@laramiecountywy.gov

From: Jiselle Cash <jiselle.cash@csuglobal.edu>
Sent: Monday, March 2, 2026 1:52 PM
To: Michael Young <Michael.Young@laramiecountywy.gov>
Subject: WF called me again today

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

Despite requesting only written communication Brittany called me at 12:02pm today and closed the claim I opened on 2/26 right after Brie sent final determination and closed the open CFPB claim.

 **Outlook**

## Re: Additional detail regarding teller interaction during withdrawal

**From** Michael Young <Michael.Young@laramiecountywy.gov>

**Date** Thu 3/5/2026 7:39 AM

**To** Jiselle Cash <jiselle.cash@csuglobal.edu>

Good morning,

Thanks for the information, and, yes, I will let you know.

**Michael Young, Detective**

Laramie County Sheriff's Office

Criminal Investigations Division

1910 Pioneer Ave.

Cheyenne, WY 82001

Office: 307-633-4737

Work Cell: 307-640-9012

Email: Michael.Young@laramiecountywy.gov

---

**From:** Jiselle Cash <jiselle.cash@csuglobal.edu>

**Sent:** Thursday, March 5, 2026 6:04 AM

**To:** Michael Young <Michael.Young@laramiecountywy.gov>

**Subject:** Additional detail regarding teller interaction during withdrawal

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

Detective,

I wanted to add one detail from the day of the withdrawal that may be relevant to your review of the branch environment.

When I made the withdrawal, the teller assisting me commented that she "knows contractors and they give you a discount if you pay in cash." I remember thinking it was unusual for a bank employee to volunteer that, because it implies under-the-table cash work and seemed out of place during a large withdrawal. A second teller also walked over, told another teller she was going downstairs to the bathroom, and left the area while the transaction was happening. None of it was overtly suspicious, but it stood out because the comments and movement felt casual for a high-risk transaction.

I'm passing this along in case it helps clarify the context of the interaction at the branch.

Please let me know if you need anything further.

Jiselle

 Outlook

---

## Re: Wells Fargo

---

**From** Michael Young <Michael.Young@laramiecountywy.gov>

**Date** Wed 4/1/2026 4:54 PM

**To** Jiselle Cash <jiselle.cash@csuglobal.edu>

Good evening,

I still haven't gotten any more information as of yet. I suspect I will get some here in the next couple weeks. I will let you know if I need anything.

**Michael Young, Detective**

Laramie County Sheriff's Office

Criminal Investigations Division

1910 Pioneer Ave.

Cheyenne, WY 82001

Office: 307-633-4737

Work Cell: 307-640-9012

Email: Michael.Young@laramiecountywy.gov

---

**From:** Jiselle Cash <jiselle.cash@csuglobal.edu>

**Sent:** Wednesday, April 1, 2026 4:02 PM

**To:** Michael Young <Michael.Young@laramiecountywy.gov>

**Subject:** Wells Fargo

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Detective Young,

I wanted to update you. Wells Fargo has issued another "final determination" letter regarding the ATM deposit incident. The letter repeats the same narrative they have used in prior responses and does not address the issues you identified, including the missing accounting records and the incomplete packet your department received.

I am attaching the most recent determination letter from their Escalations Representative, Amanda R. This is the document they are now using to close out a large number of my CFPB complaints.

Please let me know if you need anything further from me or if there is any additional information you would like me to provide.

Thank you, Jiselle
https://portal.consumerfinance.gov/consumer/sfc/servlet.shepherd/version/download/068eq00001DoJX
YAA3


Sent from my iPhone

 **Outlook**

---

## Fwd: Wells Fargo Data Breach

---

**From** Jiselle Cash <jiselle.cash@csuglobal.edu>
**Date** Wed 4/15/2026 8:39 AM
**To** Luis Hernandez <luis@kazlg.com>

Response from Detective Young this morning
Sent from my iPhone

Begin forwarded message:

> **From:** Michael Young <Michael.Young@laramiecountywy.gov>
> **Date:** April 15, 2026 at 8:30:39 AM MDT
> **To:** Jiselle Cash <jiselle.cash@csuglobal.edu>
> **Subject: Re: Wells Fargo Data Breach**
>
> Good morning Jiselle, and thank you for the update.
>
> **Michael Young, Detective**
> Laramie County Sheriff's Office
> Criminal Investigations Division
> 1910 Pioneer Ave.
> Cheyenne, WY 82001
> Office: 307-633-4737
> Work Cell: 307-640-9012
> Email: Michael.Young@laramiecountywy.gov
>
> ---
>
> **From:** Jiselle Cash <jiselle.cash@csuglobal.edu>
> **Sent:** Wednesday, April 15, 2026 5:59 AM
> **To:** Michael Young <Michael.Young@laramiecountywy.gov>
> **Subject:** Wells Fargo Data Breach
>
> Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.
>
> Detective Young,
>
> I wanted to update you that I have formally requested confirmation from Wells Fargo regarding whether my personal information was included in any of their data breaches. As soon as I receive a response from them, I will forward it to you. If it turns out that my

information was part of a breach, that may help explain how the individuals involved obtained my personal details.

Wells Fargo has stopped responding to all of my written correspondence, including multiple follow-ups requesting updates, documentation, and clarification regarding my case. Despite my repeated attempts to communicate in writing, the bank has provided no substantive responses and has not addressed the issues I raised. This lack of engagement has left me without information, without resolution, and without any indication that Wells Fargo intends to address or investigate the matter further. I am trying to find a lawyer however, no one in Wyoming will take my case and not many firms handle cases like mine.

Please let me know if you need anything else from me in the meantime.


Thank you,
Jiselle
Sent from my iPhone

 **Outlook**

## Detective response Fwd: Update: Bank Still Cannot Locate ATM Deposit

**From** Jiselle Cash <jiselle.cash@csuglobal.edu>
**Date** Wed 4/22/2026 4:44 PM
**To** Mark J. Green <mark@kazlg.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Young <Michael.Young@laramiecountywy.gov>
> **Date:** April 22, 2026 at 4:40:43 PM MDT
> **To:** Jiselle Cash <jiselle.cash@csuglobal.edu>
> **Subject: Re: Update: Bank Still Cannot Locate ATM Deposit**
>
> Jiselle,
> Thank you for the information. I have not heard back from Wells Fargo yet. When I do, I will let you know.
>
> **Michael Young, Detective**
> Laramie County Sheriff's Office
> Criminal Investigations Division
> 1910 Pioneer Ave.
> Cheyenne, WY 82001
> Office: 307-633-4737
> Work Cell: 307-640-9012
> Email: Michael.Young@laramiecountywy.gov
>
> ---
>
> **From:** Jiselle Cash <jiselle.cash@csuglobal.edu>
> **Sent:** Wednesday, April 22, 2026 3:39 PM
> **To:** Michael Young <Michael.Young@laramiecountywy.gov>
> **Subject:** Update: Bank Still Cannot Locate ATM Deposit
>
> Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.
>
> Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Hi Detective Young,

I wanted to provide a quick update on the ATM deposit case. The bank issued their final written response today and closed the last remaining open CFPB complaints. Their position is that they still "cannot locate the alleged deposit," even though the ATM video confirmed the deposit occurred.

The deposit was initiated through Apple Wallet on my iPhone, which should give them device-level authentication data and a clear transaction trail. Despite that, they continue to state they cannot find it.

I've attached the bank's letter for your reference in case it's relevant to your report or any next steps on your end.

Thank you,
Jiselle McKee


<IMG_0381.PNG>

Sent from my iPhone

 Outlook

---

## RE: Clarification Regarding Fraud Department Statement

---

**From** Michael Young <Michael.Young@laramiecountywy.gov>

**Date** Wed 5/6/2026 4:04 PM

**To** Jiselle Cash <jiselle.cash@csuglobal.edu>

Thanks for the info. That's odd that they said you haven't provided a copy of the search warrant, since you wouldn't have a copy of it. Their legal (Summons and Subpoena Department) should have a copy of the warrant itself. That being said, I haven't heard from them as of yet. I will reach out to them again next week and see what the hangup is.

Michael
Young, Detective
Laramie County Sheriff's Office
Criminal Investigations Division
1910 Pioneer Ave.
Cheyenne, WY 82001
Office: 307-633-4737
Work Cell: 307-640-9012
Email: Michael.Young@laramiecountywy.gov
-----Original Message-----
From: Jiselle Cash <jiselle.cash@csuglobal.edu>
Sent: Wednesday, May 6, 2026 3:37 PM
To: Michael Young <Michael.Young@laramiecountywy.gov>
Subject: Clarification Regarding Fraud Department Statement

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

Detective Young,

I wanted to bring something to your attention in case you have not yet seen the most recent written determination sent by Amanda from Wells Fargo.

In her letter, she stated that I "had not provided the fraud department with a copy of the search warrant." I want to be clear that this is not something I am capable of providing, nor is it my obligation. I do not have a copy of the warrant, and as you know, service of a judge-signed warrant is a responsibility of law enforcement, not the victim.

I also wanted to let you know that I filed pro se today in U.S. District Court. As the case moves forward, I will be obtaining records through the formal process, and the issues surrounding the warrant and Wells Fargo's statements will be addressed as part of the record.

Please let me know if you need anything from me at this stage.

Thank you,
Jiselle McKee

Sent from my iPhone

 

## RE: Clarification on Missing ATM Records and Next Steps

**From** Michael Young <Michael.Young@laramiecountywy.gov>

**Date** Mon 5/11/2026 8:34 AM

**To** Jiselle Cash <jiselle.cash@csuglobal.edu>

Thanks for the info. I still haven't heard from them and will be calling to check in and see where they are in getting me the information.

Michael
Young, Detective
Laramie County Sheriff's Office
Criminal Investigations Division
1910 Pioneer Ave.
Cheyenne, WY 82001
Office: 307-633-4737
Work Cell: 307-640-9012
Email: Michael.Young@laramiecountywy.gov
-----Original Message-----
From: Jiselle Cash <jiselle.cash@csuglobal.edu>
Sent: Saturday, May 9, 2026 10:09 AM
To: Michael Young <Michael.Young@laramiecountywy.gov>
Subject: Clarification on Missing ATM Records and Next Steps

Attention: This email message is from an external(non-County) email address. Please exercise caution and/or verify authenticity before opening the email/attachments/links from an email you aren't expecting.

Detective,

I wanted to add one clarification that may help explain why Wells Fargo's fraud department continued to insist that "no deposit happened," even after you confirmed I was on the ATM video.

Fraud can only see deposits that actually post to an account. They cannot see incomplete deposits, failed ATM transactions, jammed deposits, or cash that goes into ATM suspense. Those records are only visible to ATM Operations, not fraud or customer service. So when the deposit never finalized, fraud saw nothing at all — which is why they kept repeating that no deposit existed.

This also explains why the warrant-required ATM records never reached you. The video alone cannot show where the cash went. The ATM logs, cassette totals, error codes, and suspense/unassigned cash records are what would show an incomplete deposit or cash retained inside the machine. Those were never provided, which prevented you from tracing the deposit even though you confirmed I was on the video.

I also want to note that if these records are still not produced, I can subpoena them through the federal court case — assuming I make it to that stage, which I fully expect to with the 300-page filing already submitted. My only goal is to locate the deposit, and these records are the only way to determine where the funds actually went.

Thank you again for your time and for looking into this.

Jiselle McKee

Sent from my iPhone