# Exhibit 32

IRS Possible Employment-Related Identity Theft Notice

(CP01E)

# EXHIBIT 32

**IRS "Possible Employment-Related Identity Theft Notice" — Post-Mortgage-Data-Exposure Confirmation**

**Document Title:** Department of the Treasury, Internal Revenue Service — CP01E Notice: Possible Employment-Related Identity Theft

**Date of Letter:** March 13, 2023

**Source:** Internal Revenue Service, Fresno, CA 93888-0025

**Summary of Document:** This official IRS notice informs Plaintiff that another individual used her Social Security Number to obtain employment, triggering an IRS identity-theft indicator on her tax account. The notice confirms federal recognition of SSN misuse and instructs Plaintiff to contact credit bureaus and law enforcement.

The timing of this notice aligns with the Wells Fargo insider mortgage-data breach that began in 2022 and continued into 2023. Plaintiff had been in the Wells Fargo mortgage system since 2018 and received marketing emails from Wells Fargo Mortgage in 2022, indicating her personal data remained active in the mortgage database during the breach period.

This letter therefore represents direct federal confirmation of identity misuse following the Wells Fargo mortgage-data exposure, supporting Plaintiff's claim that her SSN and personal information were compromised through Wells Fargo's internal systems.

**Purpose of Exhibit:** To show (1) federal acknowledgment of identity theft involving Plaintiff's SSN, (2) temporal connection between the IRS notice and Wells Fargo's 2022-2023 mortgage-data breach, and (3) that Plaintiff's personal data had been stored in Wells Fargo's mortgage system since 2018 and remained active through 2022 marketing communications.

**Attached Pages:** Copy of IRS CP01E Notice dated March 13, 2023.



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0025



| Notice | CP01E |
| --- | --- |
| Tax Year | 2022 |
| Notice date | March 13, 2023 |
| To contact us | 800-908-4490 ext. 477 |
| Your Caller ID | 917305 |
| Page 1 of 2 | 29H |

136546.303285.141721.23233 1 AB 0.507 371

JISELLE Y MCKEE
PO BOX 1813
CHEYENNE WY 82003-1813

136546

# Possible Employment-Related Identity Theft Notice

We believe another person may have used your Social Security number (SSN) to obtain employment. There's currently no known impact to your tax account because of this potential misuse of your SSN.

You should take appropriate steps to protect yourself from any potential effects of identity theft.

We can't give you specific details about the identity of the individual who may have used your SSN for employment purposes.

We placed a marker on your tax account to identify that you may have been a victim of identity theft. Therefore, a Form 14039, Identity Theft Affidavit, isn't necessary.

## What you need to do

Continue to file all federal tax returns on time.

You should review your earnings with the Social Security Administration to ensure their records are correct. You can create an account online at www.ssa.gov.

We strongly suggest you monitor your credit reports and all financial accounts for signs of misuse of your personal information.

As a precaution, you can contact one of the three major credit bureaus to have a no-cost temporary 'fraud alert' placed on your account:
- Equifax: 800-525-6285, www.equifax.com
- Experian: 888-397-3742, www.experian.com
- TransUnion: 800-680-7289, www.transunion.com

You only need to contact one of the credit bureaus. The bureau you contact must contact the other two bureaus.

Consider filing a report with law enforcement such as the Federal Trade Commission (FTC). The FTC can also provide information on how to file reports with other law enforcement agencies. Contact the FTC at 'identitytheft.gov' or call them at 877-438-4338. TTY 866-653-4261.

If law enforcement requires personal tax information for an investigation, you must file Form 8821, Tax Information Authorization, to give them access to your information. You can request Form 8821 by visiting www.irs/forms or calling 800-TAX-FORM (800-829-3676).

If you need Wage and Income transcripts (i.e. Form W-2, 1099, 1098) in the future, contact us at the number below. You can get an Identity Protection PIN (IP PIN). Requesting an IP PIN is voluntary. An IP PIN is a six-digit number you include on your personal tax return to help verify your identity and prevent identity theft related to your personal tax return. A missing or incorrect IP PIN prevents the electronic filing of a tax return, and a paper return filed with a missing or incorrect IP PIN will be subject to additional review. Visit www.irs.gov/getanippin to verify your identity. We'll assign an IP PIN to prevent misuse on tax returns filed for the rest of this year. A new IP PIN will be generated each year and can be retrieved starting in mid-January by logging into the account you created at www.irs.gov/getanippin.

Continued on back...



## Additional information about Identity Theft

- Visit www.irs.gov/cp01e for additional CP01E notice information.
- To validate the legitimacy of this notice, visit www.irs.gov/employmentIDT.
- Visit www.irs.gov/identitytheft for additional identity theft information.
- Visit www.identitytheft.gov for information about various types of identity theft and actions you can take to protect yourself.
- If you have any questions about this notice, contact the IRS identity theft line at 800-908-4490 ext. 477, Monday – Friday 7 a.m. – 7 p.m. your local time (Alaska & Hawaii follow Pacific Time). If you're out of the country, call us at +1-267-941-1000 (not toll free).