# Exhibit 35

## May 16, 2026

## Wells Fargo Correspondence Received at Plaintiff's Residential Address

This exhibit consists of Wells Fargo letters received by Plaintiff on May 16, 2026:

(1) a May 11, 2026 letter from representative Amanda stating that Wells Fargo would no longer respond to Plaintiff's concerns, that Plaintiff's accounts were in good standing, and that no collection efforts would be made.

(2) a May 8, 2026 letter from representative Amber addressing Plaintiff's mortgage-system privacy request stating that the items requested are considered confidential, privileged or proprietary information of Wells Fargo. She also stated that my August 2023 application was not impacted but ignored the fact that my data was present in the mortgage system since 2018.

Prior letters from Amanda were also enclosed with these letters and those were attached as evidence in Exhibit 9 and were not repeated in Exhibit 35.



May 11, 2026

Jiselle Y McKee
7052 Rilley Rd
Cheyenne, WY 82009

Subject: We're responding to your concerns
Wells Fargo case number: 06202604270005576 and 06202605010006824
Account number ending in: 0543, 6510, 8197, and 6488
Office of the Comptroller of the Currency, case number: CS0433803

Dear Jiselle Y McKee:

Our research found that we have already addressed the concerns you have raised in full. Please refer to our previous responses sent to you on April 1, April 9, and April 22, 2026, which you have confirmed receipt of.

**We will no longer be providing a response to you regarding these concerns:**

- Handling, processing, and decisioning of all claims relating to this matter
- Phishing/spoofing
- Customer service experience
- Security measures
- Account document requests
- Provisional credit
- Income/employment status
- Missing deposits
- Mobile/online banking issues and requests
- Search warrants, subpoenas, and legal orders
- Allegation(s) against Executive Office employees
- Requests for monetary compensation
- Arbitration
- Complaint-handling process and timeframes
- ATM deposit tracing

**Addressing additional concerns of documentation for collections, furnishing and disputes.**

Your deposit accounts ending in 6510 and 6488 are not overdrawn as of May 11, 2026. As the account is in good standing there would be no collection process or attempts

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

If you would like to review or dispute any information in your EWS consumer report, you can request a free copy of the report by:

Early Warning Services
Attn: Consumer Services Department
5801 North Pima Road
Scottsdale, AZ 85250
Fax: 1-480-656-6850
Phone: 1-800-745-1560
Website: earlywarning.com/consumer-information

Please see the enclosed response that addresses the concerns you raised relating to the previous mortgage application.

**What's next?**

We have closed the subject cases as of the date of this letter. Please continue to work with your local law enforcement and any other parties you may have involved in attempting to rectify this matter. As of the date of this letter, Wells Fargo considers our role in this matter complete until we receive any new information from you.

**How to contact us**

We appreciate the time and effort you took to contact us. If you have questions, you may reach me at 1-844-576-6424, ext. 221890, Monday through Friday from 7:30 a.m. to 3:00 p.m. Central Time. We accept telecommunications relay service calls from individuals with hearing or speech disabilities. This includes calls facilitated by a trusted third party, such as a family member, so long as the customer is present and actively participating in the entire communication.

Sincerely,

Amanda R.
Escalations Representative
Enterprise Complaints Management Office
PO Box 5133, Sioux Falls, SD 57117

Enclosure
cc: Office of the Comptroller of the Currency



**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls SD 57117-5133

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Jiselle Y Mckee
7052 RILLEY RD
CHEYENNE WY  82009-7934

May 08, 2026

Subject: We're responding to your concerns
Case Number: 06202605050005453
Account number ending in: 0000

Dear  Jiselle Y Mckee :

**Concerns with mortgage data breach**

You stated we had not completed a response to your privacy-data request. You requested the following:

- Mortgage- system data
- Breach-period data for 2022-2023
- Access logs
- Internal Notes
- Any documentation confirming or denying whether your information was involved in the 2022-2023 mortgage-data breach

In reviewing your concerns, we found you have no active mortgage loan with us. However, a purchase application was found in August 2023 which was cancelled due to no response. If you were involved in a data breach you would have been made aware. We did not locate any information to suggest you have been impacted.

We completed our review of your request for documentation and information. We determined the items you requested are considered to be confidential, privileged, or proprietary information of Wells Fargo. For this reason, we're unable to provide the documents and information requested.

Sincerely,

Amber F
Executive Office Case Specialist
Enterprise Complaints Management Office

5669f9b9-f683-4f42-aab7-6e3fb9ea3297



For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

© 2022 Wells Fargo Bank, N.A. All rights reserved.

 

---

**Jiselle, get limited-time mortgage pricing**

---

From  Wells Fargo Online <wellsfargo@connect.wellsfargoemail.com>
Date  Wed 5/25/2022 4:23 AM
To    jiselle.cash@csuglobal.edu <jiselle.cash@csuglobal.edu>

Lock your interest rate by May 26.

Wells Fargo home page

# Make your move during the Summer Mortgage Kickoff

**Get reduced mortgage pricing when you lock your rate by May 26.**

Call us at 1-877-687-9577

or

| Get started |
|:---:|

## Turn up the heat with this limited-time offer before it's gone

As a valued customer, we wanted to let you know that we're reducing our price on a mortgage purchase or refinance when you lock your interest rate by May 26, 2022.

Talk with a Home Mortgage Consultant to explore your options — including free preapprovals and low down payments.

Call us at 1-877-687-9577

Monday through Friday: 7:00 am – 8:00 pm
Saturday: 8:00 am – 6:00 pm Central Time

or

```
┌─────────────────────────────────────────┐
│                                         │
│              Get started                │
│                                         │
└─────────────────────────────────────────┘
```

Disclosure:

<u>*</u> Only available with conforming and government mortgage programs. Other restrictions may apply. Components of price include interest rate and points. This price reduction may result in a lower interest rate, a lower discount point payment for the same rate, or an increase to a credit for interest rate chosen. Talk to a Home Mortgage Consultant about your specific situation.

If you are a servicemember on active duty, prior to seeking a refinance of your existing mortgage loan, please consult with your legal advisor regarding the relief you may be eligible for under the Servicemembers Civil Relief Act or applicable state law.

Information is accurate as of the date provided and is subject to change without notice.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

<u>Home/Sign on</u>  |  <u>Contact us</u>  |  <u>View this email online</u>  |  <u>Update email address</u>

  

<u>Privacy Policy</u>  |  <u>Protect yourself from fraud</u>

This is a promotional email. <u>Unsubscribe</u> from future Wells Fargo promotional emails.

**Contact us:**
If you have questions, please do not reply to this message.
Wells Fargo Online® customers, <u>sign on</u> and select **Contact Us**.
If you are not a Wells Fargo Online customer, view our <u>contact information</u>.

Please direct all written correspondence to:
Wells Fargo Online Customer Service: PO Box 4132, Concord, CA 94524, MAC A0314-032

Online Customer Service Code: 2205PRMTGM5

Wells Fargo & Company Headquarters: 420 Montgomery St., San Francisco, CA 94104

© 2022 Wells Fargo Bank, N.A. Member FDIC. NMLSR ID 399801

Equal Housing Lender.





**Wells Fargo Online**                 10/14/18
To: Jiselle McKee >

Reply To: Wells Fargo Online >

# Wells Fargo Home Mortgage - Thank you for your inquiry (KMM68626951V49111L0KM)

Thank you for signing up for a free prequalification with Wells Fargo Home Mortgage.

A home mortgage consultant will be

contacting you shortly to give you
the free prequalification.  You can also take
advantage of our other
free online tools to get the home financing
information you need.

================================

## Compare your home financing options

================================

Fi at meets your nee is
just become easier.  Whether

 **Outlook**

---

**Subject: Request for Confirmation of Inclusion in Wells Fargo Mortgage Data Breach**

---

**From** Jiselle Cash <jiselle.cash@csuglobal.edu>

**Date** Sun 4/19/2026 1:14 PM

**To**  Steven J. Scrivner <Steven.J.Scrivner@wellsfargo.com>; privacyrequests@wellsfargo.com <privacyrequests@wellsfargo.com>; dataprivacymail@wellsfargo.com <dataprivacymail@wellsfargo.com>

📎 2 attachments (1 MB)

ATT00001.txt; IMG_0366.PNG;

To the Wells Fargo Privacy Office,

I am requesting formal confirmation regarding whether my personal information was included in any Wells Fargo mortgage-related data breach.

Although I did not obtain a mortgage with Wells Fargo, I submitted a mortgage application and my information entered the Wells Fargo Home Mortgage system as early as 2018. Because mortgage-application data is retained and stored in the same systems as active mortgage files, I need to know whether my information was accessed, exposed, or otherwise involved in any security incident, including but not limited to the 2022–2023 insider-access breach.

Please provide:

1. Confirmation of whether my mortgage-application data from 2018 forward was part of any data breach or unauthorized access event.
2. The specific dates of any access or exposure.
3. The categories of data involved.
4. Any internal findings or incident reports related to my records.

This request is being made for legal and regulatory purposes, and I expect a complete and accurate response.

Thank you,
Jiselle McKee