PROOF OF SERVICE BY MAIL
(For Service of First Amended Complaint Under Fed. R. Civ. P. 5)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 18  AM 8: 23

MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Jiselle McKee, Plaintiff,
v.
Wells Fargo Bank, N.A., Defendant.
Case No. 26-CV-146
Judge: _Skavdahl_

I, Jiselle McKee, declare as follows:
1. I am the Plaintiff in this action.
2. On May 18, 2026, I served the following document: First Amended Complaint.
3. I served Defendant Wells Fargo Bank, N.A. by mailing a true and correct copy in a sealed envelope with postage prepaid to:

Corporation Service Company
Wells Fargo Authorized Agent
1821 Logan Avenue
Cheyenne, WY 82001
p
4. I deposited the envelope in the United States Mail at Cheyenne, Wyoming on May ___, 2026.
5. Service was completed in compliance with Fed. R. Civ. P. 5(b)(2)(C).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2026, in Cheyenne, Wyoming.

*Jiselle McKee*        8:19 Am

Jiselle McKee
7052 Rilley Road
Cheyenne, WY 82009
307-214-0841
Jiselle.cash@csuglobal.edu
Pro Se Plaintiff

Priority Mail

Certified Mail
return receipt

Tracking#7021 1197 00000 5817 6497

Return Receipt Tracking #
9590 9402 9730 5199 7651 17