JISELLE MCKEE,
Plaintiff,

v.

WELLS FARGO BANK, N.A.,
Defendant.

Case No. 26-CV-146

---

NOTICE OF FILING SUPPLEMENTAL EVIDENCE

Plaintiff hereby gives notice of filing newly obtained supplemental evidence relevant to the allegations in the Amended Complaint. Attached as Exhibit A is the Supplemental Detective Report prepared by Detective Young of the Laramie County Sheriff's Office, which was not available at the time of filing.

Dated: June 2, 2026
Respectfully submitted,

Jiselle McKee

Jiselle McKee
Plaintiff, Pro Se

7052 Rilley Road
Cheyenne, Wyoming 82009

Jiselle.cash@csuglobal.edu

**2025-39665**

This copy reflects a record for the Laramie County Sheriff's Office only.

This information is furnished upon authorized request. It is to be treated as a privileged and confidential matter and is not to be distributed outside your agency until so authorized.

**SUSPECT(S): Unknown**

**VICTIM:       Jiselle McKee**

**DETECTIVE YOUNG C32**

**SUPPLEMENTAL INVESTIGATIVE REPORT #1 – Search Warrant Wells Fargo**


## SYNOPSIS:

This report is in reference to a search warrant that was served to Wells Fargo Bank.

## NARRATIVE:

On 12/5/2025, Deputy Gerhardt-Valois requested assistance with obtaining a search warrant for Wells Fargo Bank for a fraud that she took the initial report on 11/26/2025.

On 1/9/2026, a search warrant was granted for Wells Fargo Bank to get the following information:

• Surveillance video of the door and ATM from both 1701 Capitol Avenue and 3600 E. Pershing Avenue locations on 11/26/2025 from 1500 hours to 1800 hours.

• Account information for account ███████0543. Transaction history, such as withdrawals, transfers, and deposits from the aforementioned account that occurred on 11/26/2025.

• Bank and account information of the bank/account the money was transferred to.

On 2/17/2026, I received a file (SDD660320) from Wells Fargo that included signature cards for the account and stated that there were 2 ATM/DVD videos that would follow. The signature cards that were provided showed McKee's Consumer Account Application. The account was under Jiselle Y. Cash as the signer for the minor, ████████. The account was an account that McKee set up for █████. The account was set up on 7/30/2024 and had McKee's signature. The last file received in this packet was a "transactions.dat" file appeared to be incomplete.

I called Wells Fargo to get a readable version of the transactions.dat file and to ask them about the status of the requested video footage. I was told they were working on the video surveillance, and they could only get the video for the Capitol Ave location.

On 3/5/2026, I received two files (31797669-2 9, 11 CHEYENNE, and 31797669-1 7-8 CHEYENNE MAIN) that contained the surveillance video of the Capitol Ave location. The

video in folder 31797669-2 9, 11 CHEYENNE is of the interior and exterior front door. The exterior camera shows a partial view of the drive-up ATM. On 11/26/2025 at approximately 1651, a silver Toyota, later identified in another angle of the video as McKee's vehicle, pulls up to the ATM. At approximately 1659 hours, the vehicle is seen leaving the area. There was no audio to this surveillance video.

In folder 31797669-1 7-8 CHEYENNE MAIN, are the camera views for the ATM and the drive-through teller lanes from the ATM. The ATM view is a front view of the vehicles pulling up to the ATM. The second view is a view of the driver of the vehicle from the ATM's perspective. At 1651 hours, McKee pulled up to the ATM in her silver Toyota (2-P-980A). She pulled out her phone and held it to the ATM. The phone was out of the camera's view, then she pulled the phone back up and plugged it in. There was a phone number visible on the phone, but it was not readable when zoomed in.  At 1652 hours, she appeared to be pulling something up on her phone, then held it to the ATM. At 1653 hours, McKee is seen on the video with cash in her hand and putting it in the ATM. AT 1654 hours, McKee pulled out more cash from the ATM and looked like she was counting it, then put it back in the ATM. She reached down a second time and had two bills in her hand. Later in the video, you can see they were $100 bills. She examined the bills and appeared to be talking to someone. At 1657 hours, she held her phone up to the ATM again, hit some buttons, and put the two bills back into the ATM. She tried the 2 $100 bills numerous times before leaving at 1659 hours.

Throughout the duration of the video, she appeared to be talking with someone, but since there was no audio in the video, I couldn't make out what was being said. At various points in the video, McKee is seen putting the phone near her mouth and talking. I didn't see anyone else in the passenger seat, and I couldn't see into the rear seats of the vehicle due to the windows being tinted.

On 3/12/2026, I received another file from Wells Fargo that contained the final statement for the closed account XXXXXX0543 (primary account), belonging to McKee. A transaction was shown on 11/26/2025 labeled as: "Account Transferred to XXXXXX6510" for the amount of $21,074.17. This is McKee's new account that was created after the money was deposited into the unknown account.

The information I received from Wells Fargo didn't show the $18,000 withdraw from McKee's account, only the balance transfer.

The contents received from Wells Fargo were uploaded to evidence.com under this case number.

**Jiselle McKee:**

This copy reflects a record for the Laramie County Sheriff's Office only.

This information is furnished upon authorized request. It is to be treated as a privileged and confidential matter and is not to be distributed outside your agency unless so authorized.

McKee said on a follow-up phone call that when she put the $18,000 cash into the ATM, the $100 bills were causing problems, and she had to hit the confirm button twice, and the screen kept going to the welcome screen. After the transaction, she didn't have the option to get a receipt or get confirmation that the transaction went through. After she pulled away from the ATM, she went around the corner and pulled over into the parking and called Wells Fargo because she was unable to see the transaction through the Wells Fargo mobile app. While she was on the phone with Wells Fargo, they closed the account XXXXXX0543 and issued her a new account, XXXXXX6510. McKee reiterated that she was not sure if the scammers collected the money because the ATM did not show the transaction as complete or give her an option to get a receipt.

I asked McKee if she received any information or bank statements showing the original withdrawal of the $18,000. She received what she labeled in a PDF document as "Ledger Manipulation and Transaction Description Changes." There was a screenshot of an overview of transactions from 11/26/2025.

•The first in the list was dated 11/26/2025: Teller Cashed Check #7302 for $18,000. This transaction was in pending status.

•On 11/26/2025, there was a pending transfer for $246.35. The label said it was "Online Transfer Ref # 1B0VTJKB33 to Wells Fargo.

•On 11/26/2025, Account Transferred to XXXXXX6510, amount of transfer was $21,074.17. *This was the transaction that showed on the bank statement that I was provided by Wells Fargo from the search warrant.*

The second page of the document showed that the withdrawal of $18,000 was made in a "Branch/Store" and was dated on 11/28/2025. The transfer for $246.35 was now listed as "ONLINE TRANSFER REF #IB0VTJKB33 TO WELLS FARGO ACTIVE CASH VISA CARD XXXXXXXXXXXX4684 ON 11/26/25," and was dated on 11/28/2025.

The second document that McKee provided was correspondence letters from Wells Fargo regarding her fraud claims. In the letter dated 4/2/2026, they reference number 2604010046118, they stated, *"We have completed our research of your inquiry about a missing deposit made on 11/26/2025 for S17,800.oo. Based upon our research, we are not able to verify we received the deposit. Please consider your claim closed."*

In a letter to McKee dated 4/17/2026, reference claim 7041526T086, again stated, they *"have completed our research of your inquiry about an ATM deposit of $17,800.00 made on 11/26/2025, and have not been able to find a record of this transaction."*

This copy reflects a record for the Laramie County Sheriff's Office only.

This information is furnished upon authorized request. It is to be treated as a privileged and confidential matter and is not to be distributed outside your agency unless so authorized.

On 4/23/2026, McKee emailed a written statement written by ████████. The statement talked about being present for the phone calls McKee received from Wells Fargo on 2/26/2026 and 3/2/2026. ██████████████████████████████████████████ ████████████████████████████████ He gave her permission to disclose the statement on his behalf. He went on to say that when she was talking, she sounded angry and dismissive of McKee's claims.

The documents from McKee are attached to this report.

When I talked with McKee to clarify some information, I let her know that, based on the information I received from Wells Fargo, I didn't have any leads to pursue to see where her funds went, and her case was being put into inactive status. I advised McKee that if any new information were to surface, I could reopen the case and investigate the new leads.

## ATTACHMENTS:

- Search Warrant Packet
- Postin Statement
- Ledger Manipulation
- Misclassification letter
- Wells Fargo Letter

## CASE DISPOSITION:

Inactive

This copy reflects a record for the Laramie County Sheriff's Office only.

This information is furnished upon authorized request. It is to be treated as a privileged and confidential matter and is not to be distributed outside your agency unless so authorized.