Chad S. Caby (Wyo. Bar No. 7-5457)
WOMBLE BOND DICKINSON (US) LLP
1601 19th Street, Suite 1000
Denver, CO   80202
Tel:   (303) 623-9000
Fax:  (303) 623-9222
Chad.Caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JISELLE MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-00146-SWS |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

---

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

Wells Fargo Bank, N.A., a nongovernmental corporate party, by and through its undersigned counsel, hereby makes the following corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1.      Wells Fargo Bank, N.A. is a wholly-owned subsidiary of Wells Fargo & Company.

2.      Wells Fargo & Company is a publicly-traded corporation on the New York Stock Exchange under the symbol "WFC".

3.      Wells Fargo & Company is not aware of any publicly held corporation that owns 10% or more of its stock.

Dated this 3rd day of June, 2026.

WOMBLE BOND DICKINSON US LLP

*/s/ Chad S. Caby*
Chad S. Caby (Wyo. Bar No. 7-5457)
1601 19th St., Suite 1000
Denver, CO  80202
Telephone: 303-628-9583
Email:  Chad.Caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was electronically filed via CM/ECF and placed in the U.S. Mail, postage prepaid, and addressed to the following:

Jiselle McKee
7052 Rilley Road
Cheyenne, WY 82009


*/s/ Jennifer Eastin*
Of Womble Bond Dickinson (US) LLP

- 3 -