**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JUN -9 AM 9: 20

MARGARET BOTKINS, CLERK
CHEYENNE

---

| | |
|---|---|
| **MCKEE, Plaintiff, v.** | **Case No. 1:26-cv-00146-SWS   NOTICE OF** |
| **WELLS FARGO BANK, N.A.,** | **PLAINTIFF'S POSITION ON RULE 26(f)** |
| **Defendant.** | **CONFERENCE AND ALTERNATIVE DISPUTE** |
| | **RESOLUTION** |

---

COMES NOW Plaintiff McKee, appearing pro se, and respectfully files this Notice to inform the Court of Plaintiff's position regarding the scheduling of the Rule 26(f) conference and the proposed form of alternative dispute resolution (ADR), should the Court order it.

## I. RULE 26(F) CONFERENCE

Plaintiff requests that the Court schedule the Rule 26(f) conference pursuant to the default scheduling framework under Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 of the U.S. District Court for the District of Wyoming.

Plaintiff is prepared to confer with counsel for Defendant Wells Fargo Bank, N.A. and to participate in good faith in the development of a proposed discovery plan and case management schedule.

Plaintiff respectfully requests that the Court set a scheduling order pursuant to Federal Rule of Civil Procedure 16(b) following the Rule 26(f) conference.

## II. POSITION ON ALTERNATIVE DISPUTE RESOLUTION

Should the Court order ADR in this matter, Plaintiff respectfully requests that such ADR take the form of a settlement conference conducted by or under the supervision of the presiding United

States District Judge or a referred United States Magistrate Judge (judge-run ADR), rather than private mediation or other party-retained alternative resolution process.

Plaintiff submits that judge-run ADR is best suited to the circumstances of this case, and that a judicial settlement conference would most efficiently serve the interests of fairness and economy for both parties and the Court.

Plaintiff does not oppose ADR in principle and will cooperate fully with any ADR process ordered by the Court.

### III. REQUEST FOR REASONABLE ACCOMMODATIONS

Plaintiff respectfully notifies the Court that Plaintiff has a documented disability — Attention-Deficit/Hyperactivity Disorder (ADHD) — which may affect Plaintiff's processing speed, working memory, and ability to manage complex multi-step procedural requirements under time pressure.

Plaintiff requests that the Court take this disability into account when setting deadlines, scheduling conferences, and issuing procedural orders, and respectfully asks for reasonable accommodations consistent with the Americans with Disabilities Act and this Court's procedures, including but not limited to: reasonable additional time to respond to complex filings, advance notice of hearing dates and conference times, and clear written instructions accompanying scheduling orders.

Plaintiff is committed to participating fully and diligently in all proceedings and submits this notice solely to ensure a fair and accessible process.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court:

(a) Set a Rule 26(f) scheduling conference pursuant to default federal and local rules;

(b)  If ADR is ordered, direct the parties to participate in a judge-run settlement conference; and

(c)  Consider and grant reasonable disability accommodations as described herein.

Respectfully submitted,

*Jiselle McKee*

Date: June 9, 2026

Jiselle McKee

Pro Se Plaintiff

7052 Rilley Road

Cheyenne, WY 82009

307-214-0841

Jiselle.cash@csuglobal.edu

Page 1 of 2

---

*McKee v. Wells Fargo Bank, N.A., Case No. 1:26-cv-00146-SWS*

**CERTIFICATE OF SERVICE**

**I certify that on June 9, 2026 the foregoing document was filed with the Clerk of the Court, who will upload it on CM/ECF system which will send notice to all counsel of record.**

**Jiselle McKee, Pro Se Plaintiff**

Page 2 of 2