IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JUN -9 AM 9: 21

MARGARET BOTKINS, CLERK
CHEYENNE

JISELLE McKEE,
Plaintiff,

v.

WELLS FARGO BANK, N.A.,
Defendant.

Case No. 1:26-cv-00146-SWS

---

PLAINTIFF'S EVIDENCE COVER SHEET-Supplemental Evidence

(Supplemental Contradictions Based on Defendant's 5/21 Letter)

Plaintiff submits the attached supplemental evidence and contradictions arising from Defendant's correspondence dated May 21, 2026. These materials are provided to ensure the record accurately reflects the factual disputes requiring discovery and to maintain a clear, organized evidentiary file for the Court.

Submitted by:

*Jiselle Mckee*

Jiselle McKee
Pro Se Plaintiff
7052 Rilley Road
Cheyenne, WY 82009

Jiselle.cash@csuglobal.edu

June 9.2026

NEW CONTRADICTION SECTION

A. Wells Fargo's 5/21/2026 Letter — Evidence of Unequal Investigation, Privacy Breach, and False Assertions

---

## 1. Contradiction: WF claims to have "investigated" your complaint but provided no evidence except your own bank statements

What WF sent you

• Only your bank statements
• No ATM records
• No chain-of-custody logs
• No reconciliation reports
• No internal notes
• No evidence relied upon
• No documentation of any investigation

Why this is a contradiction

This conflicts with:

• Regulation E, which requires:• a reasonable investigation
• review of evidence
• documentation of findings
• copies of documents relied upon

• WF's own prior statements, where they claimed:• "We reviewed records through August 2023"
• "We reviewed ATM reconciliation"
• "We reviewed your account activity"

• WF's CFPB responses, which claimed:• "We conducted an investigation"
• "We reviewed the deposit"
• "We reviewed ATM logs"

Contradiction summary

WF cannot claim:

• "We investigated your claim"

when the only "evidence" they provided was your own bank statements, which prove nothing and show no investigation.

This is a Reg E contradiction, procedural contradiction, and credibility contradiction.

---

2. Contradiction: WF mailed you another customer's full dispute file (Stacey Rodriguez) while providing you no evidence for your own claim

What they mailed you

Stacey's packet included:

• her driver's license
• her credit card dispute forms
• her MGM Grand gambling transactions
• her internal WF documents
• her claim narrative
• her supporting documents

Why this is a contradiction

This contradicts:

• WF's claim that your data was not mishandled
• WF's claim that they follow strict privacy protocols

- WF's Privacy Center statements that:• "We cannot confirm breach exposure by phone"
- "Only Legal can notify you"
- "We do not know if mortgage applicants were notified"

- WF's claim that they treat all customers equally
- WF's claim that they cannot disclose other customers' information

Contradiction summary

WF claims:

- your data was not mishandled
- they follow strict privacy rules

But they mailed you another customer's entire dispute file.

This is a privacy contradiction, chain-of-custody contradiction, and data-handling contradiction.

---

3. Contradiction: WF provided more investigation for Stacey than for you

Stacey's packet shows

- multiple pages
- detailed dispute forms
- transaction breakdowns
- internal notes
- supporting documents
- evidence relied upon

Your packet shows

- only your bank statements

- no evidence
- no investigation
- no documentation
- no internal notes
- no ATM records
- no chain-of-custody logs

Why this is a contradiction

WF claims:

- they "could not locate" your deposit
- they "reviewed ATM reconciliation"
- they "conducted an investigation"
- they "follow consistent procedures"

But the 5/21 mailing proves:

- they conducted a full investigation for Stacey
- they conducted no investigation for you

Contradiction summary

This is a procedural contradiction, equal-treatment contradiction, and Reg E contradiction.

---

4. Contradiction: WF's 5/21 letter attempts to deny your complaints using a packet that proves mishandling

WF attempted

- to issue a "final denial"
- to justify closing your complaints
- to claim no further review is needed

But the packet itself contains

- a privacy breach
- evidence of mishandling
- evidence of unequal treatment
- evidence of missing records
- evidence of no investigation

Contradiction summary

WF attempted to deny your complaints using a letter that proves your complaints.

This is a self-contradiction and a credibility contradiction.

---

5. Contradiction: WF's 5/21 letter conflicts with law enforcement's findings

Detective Young confirmed

- you are visible on ATM video
- the ATM accepted your cash
- the deposit is missing inside WF
- WF did not provide chain-of-custody records
- WF requested an extension
- WF still did not comply

WF's 5/21 letter claims

- your complaints are denied
- based only on "statements"
- with no evidence
- and no investigation

Contradiction summary

WF's 5/21 letter contradicts:

• the sheriff's report
• the detective's emails
• the detective's findings
• the search-warrant record

This is a law-enforcement contradiction.

---