Chad S. Caby (Wyo. Bar No. 7-5457)
**WOMBLE BOND DICKINSON (US) LLP**
1601 19th Street, Suite 1000
Denver, CO   80202
Tel:   (303) 623-9000
Fax:  (303) 623-9222
Chad.Caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JISELLE MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-00146-SWS |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), by and through its undersigned counsel, Womble Bond Dickinson (US), LLC, submits this Motion to Compel Arbitration and Stay Proceedings (the "Motion") and states as follows:

### CERTIFICATION

Undersigned counsel certifies that Defendant conferred in good faith with pro se plaintiff, Jiselle McKee ("McKee" or "Plaintiff"), regarding the relief sought in this Motion and that Plaintiff does not consent to the requested relief.

### MEMORANDUM OF LAW

Wells Fargo respectfully requests this Court to compel McKee to arbitrate her claims in this matter pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq*., and the Wyoming

1

Uniform Arbitration Act, Wyo. Stat. §§ 1-36-101 through 119. McKee and Wells Fargo (together,the "Parties") have an agreement to arbitrate that is enforceable under both federal law and Wyoming law. Wells Fargo also requests that this Court stay the case in its entirety pending arbitration, pursuant to Section 3 of the FAA and Wyo. Stat. § 1-36-103. This Motion is supported by the attached Affidavit of Jonathan A. Gillespie, **Exhibit A**.

## I. INTRODUCTION

The issue presented by this Motion is clear and the law well-settled. On July 30, 2014, McKee opened a "Wells Fargo Way2Save Savings" account ending in ***0543 (the "Account") with Wells Fargo, on behalf of a minor. Ex. A ¶ 5. By opening and depositing funds into the Account, McKee agreed to be bound by the dispute resolution program set forth in the account agreement. The account agreement, accepted by McKee, contains clear and unambiguous language enabling either party to the account agreement to select arbitration as the exclusive forum to address any claim or dispute relating to the account. Therefore, Wells Fargo is entitled to an order compelling McKee to submit these claims to arbitration and staying this proceeding pending arbitration.

Both federal and Wyoming law are clear that arbitration provisions, such as the one in the account agreement, must be enforced. The United States Supreme Court has plainly recognized the FAA, 9 U.S.C. 1, *et seq.*, mandates a "liberal … policy favoring arbitration" because there is a "fundamental principle that arbitration is a matter of contract." *See AT&T Mobility, LLC v. Concepcion*, 563 U.S. 333, 339, 131 S. Ct 1740 (2011) (quoting *Moses H. Cone Memorial Hospital v. Mercury Constr. Corp.*, 460 U.S. 1, 24, 103 S. Ct. 927 (1983) and *Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63, 67, 130 S. Ct. 2772 (2010)). Wyoming courts interpreting Wyoming's Uniform Arbitration Act have reached the same conclusion. *See Stewart Title Guar. Co. v. Tilden*,

2003 WY 31, ¶ 7, 64 P.3d 739, 742 (Wyo. 2003) ("Arbitration is embedded in the public policy of Wyoming and is favored by this court.") (quoting *Simon v. Teton Bd. of Realtors*, 4 P.3d 197, 201 (Wyo. 2000)).

Given the express terms of the account agreement, the FAA, and the Wyoming Uniform Arbitration Act, McKee should be compelled to arbitrate her claims against Wells Fargo and proceedings in this Court must be stayed. *See Smith v. Spizzirri*, 601 U.S. 472, 478, 144 S. Ct. 1173, 1178, 218 L. Ed. 2d 494 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.").

## II. STATEMENT OF FACTS

On behalf of a minor, McKee opened the Account ending in \*\*\*0543 with Wells Fargo on July 30, 2014 (the "Account"), through submission of a Consumer Account Application (the "Application"). Ex. A ¶ 5. At the time, McKee was known as "Jiselle Y Cash." *Id.* With the Application, McKee expressly agreed to the terms of the dispute resolution program set forth in the applicable account agreement and acknowledged that "**[u]nder the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**" Ex. A-1, Application at 3 (bolded language in original). Further, McKee agreed: "**I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.**" *Id.* (bolded language in original).

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Both the account agreement in place at the time McKee opened the Account (Ex. A-2, the "2014 Account Agreement"), as well as the updated version of the account agreement (Ex. A-3, the "2025 Account Agreement"), include enforceable arbitration provisions. The 2025 Account Agreement expressly establishes the scope of claims subject to arbitration. Ex. A-3, Account Agreement at 35 ("**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court**. This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.") (emphasis in original). For all claims other than those in small claims court, the Account Agreement encourages arbitration in the first instance by providing as follows:

> Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

*Id.* In her Complaint, McKee requested actual damages in an amount of $17,800, as well as statutory, punitive, and compensatory damages, and accordingly, this dispute does not fall within the "small claims" exception of the Parties' arbitration agreement.

Both versions of the account agreement are governed by the FAA and Wyoming law. The 2025 Account Agreement states the following: "This Agreement, your accounts, services and any related disputes are governed by United States law and (when not superseded by United States law) the laws of the state where your account is located (without regard to conflict of laws principles). *Id.* at 39.

**III. ARGUMENT**

Wells Fargo is entitled to enforcement of the Parties' arbitration agreement under both the FAA and Wyoming's Uniform Arbitration Act, and McKee's claims must be stayed pending arbitration. *See* 9 U.S.C. § 3; Wyo. Stat. § 1-36-104.

**A. The FAA Requires Enforcement of the Arbitration Agreement.**

When a dispute that is referrable to arbitration pursuant to a written agreement is filed in state or federal court, the FAA mandates that "upon being satisfied that the making of the agreement for arbitration or the failure to comply therewith is not an issue, the court shall make an order directing the parties to proceed to arbitration in accordance with the terms of the agreement." 9 U.S.C. § 4. Similarly, in such circumstances, the FAA requires that the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." 9 U.S.C. § 3. This reflects the strong and "liberal" public policy in favor of the strict enforcement of arbitration agreements by the terms set forth in such agreements. *AT&T Mobility, LLC v. Concepcion*, 563 U.S. 346, 131 S. Ct 1740 (2011).

Under the FAA, agreements to arbitrate are "valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. The "principal purpose" of the FAA is "to ensure that private arbitration agreements are enforced according to their terms." *Concepcion*, 563 U.S. at 344; *see also Stolt-Nielsen S.A. v. AnimalFeeds Int'l Corp.,* 559 U.S. 662, 682 (2010). The United States Supreme Court described the federal policy favoring arbitration as a requirement imposed upon courts to "rigorously enforce agreements to arbitrate." *Shearson/American Express v. McMahon*, 482 U.S. 220 (1987). The point of the FAA is to "reverse the longstanding judicial hostility to arbitration agreements that had existed at English common law and had been adopted by American courts, and to place arbitration agreements upon the same footing as other contracts." *Gilmer v. Interstate/Johnson*

5

*Lane Co.*, 500 U.S. 20, 24 (1991), *citing Dean Witter Reynolds Inc. v. Byrd,* 470 U.S. 213, 219-220 (1985); *Scherk v. Alberto-Culver Co.*, 417 U.S. 506, 510, n. 4 (1974).

The federal policy regarding arbitration stems from recognition of the benefits of arbitration. As noted by the United States Supreme Court:

> [A]daptability and access are hallmarks of arbitration. The anticipated subject matter of the dispute may be taken into account when the arbitrators are appointed, and arbitral rules typically provide for the participation of experts either employed by the parties or appointed by the tribunal. Moreover, it is often a judgment that streamlined proceedings and expeditious results will best serve their needs that causes parties to agree to arbitrate their disputes; it is typically a desire to keep the efforts and expense required to resolve a dispute within manageable bounds that prompts them mutually to forgo access to judicial remedies.

*Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth,* 473 U.S. 614, 633 (1985). Under the FAA, arbitration agreements must be enforced "save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. A party's ability to challenge a valid arbitration agreement is extremely limited; only "[g]enerally applicable contract defenses, such as fraud, duress, or unconscionability, may be applied to invalidate arbitration agreements without contravening § 2 [of the FAA]." *Doctor's Assocs., Inc. v. Casarotto,* 517 U.S. 681 (1996); *see also Concepcion*, 563 U.S. at 334 ("Although § 2's saving clause preserves generally applicable contract defenses, nothing in it suggests an intent to preserve state-law rules that stand as an obstacle to the accomplishment of the FAA's objectives.").

While state law determines the validity of an arbitration agreement, the FAA preempts state law that applies solely to arbitration agreements, as opposed to contracts generally. *Perry v. Thomas,* 482 U.S. 483, 492, n. 9 (1987); *Marmet Health Care Ctr., Inc. v. Brown,* 132 S. Ct. 1201, 1203 (2012). Under the FAA, courts are required to apply the "federal substantive law of arbitrability, applicable to any arbitration agreement within the coverage of the Act." *Mitsubishi Motors Corp.*, 473 U.S. at 626 (quoting *Moses H. Cone Mem'l Hosp. v. Mercury Const. Corp.,*

460 U.S. 1, 24 (1983)). Questions of arbitration must be "addressed with a healthy regard for the federal policy favoring arbitration" and "as a matter of federal law, any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration, whether the problem at hand is the construction of the contract language itself or an allegation of waiver, delay, or a like defense to arbitration." *Moses H. Cone Mem'l Hosp.*, 460 U.S. at 24–25.

Arbitration does not cause a party to lose substantive rights created by statute, but merely requires parties to submit claims regarding their substantive rights to arbitration rather than a judicial forum. *Gilmer*, 500 U.S. at 26. It trades the procedures of the courtroom for the "simplicity, informality, and expedition of arbitration." *Mitsubishi Motors Corp.*, 473 U.S. at 628.

Here, the Parties entered into the 2014 Account Agreement on July 30, 2014. Ex. A-1, Application. The agreement contains a valid arbitration agreement. Ex. A-2, 2014 Account Agreement at 4. Specifically, the parties agreed to arbitrate all claims, with one exception – claims brought in small claims court. *Id*. McKee's claims against Wells Fargo do not fit within the small claims exception and arise from the operation and maintenance of the Account, including the transfers McKee initiated from the Account. Compl. at p. 5. Therefore, pursuant to the 2014 Account Agreement, the claims must be submitted to arbitration if one of the parties so elects.

Further, when she completed the Application, McKee acknowledged and agreed the applicable account agreement "may be amended from time to time" and agreed to be bound by the updated terms. *See* Ex. A-1, Application. Like the 2014 Account Agreement, the 2025 Account Agreement now in effect contains a valid arbitration agreement. *See* Ex. A-3, 2025 Account Agreement at 34. Therefore, at all relevant times, the Account included enforceable arbitration agreements.

Accordingly, under the FAA, the arbitration agreement is irrevocable and enforceable, and Wells Fargo is entitled to an order compelling McKee to submit the claims to arbitration and staying these proceedings pending arbitration. *Smith v. Spizzirri*, 601 U.S. at 478.

**B.      Wyoming Law Requires Enforcement of the Arbitration Agreement.**

As discussed in section III.A., *supra*, under the FAA, whether a valid arbitration agreement exists between the parties is determined by the applicable state contract law which, in this case, is Wyoming law, as McKee resides in Wyoming.  *See* Compl. p. 4. The Wyoming Uniform Arbitration Act provides:

> A written agreement to submit any existing or future controversy to arbitration is valid, enforceable and irrevocable, save upon such grounds as exist at law or in equity for the revocation of the contract.

Wyo. Stat. § 1-36-103.

> The Act continues:

> (a) On application of a party showing an arbitration agreement and the opposing party's refusal to arbitrate, the court shall order the parties to proceed with arbitration. If the opposing party denies the existence of the agreement to arbitrate, the court shall proceed summarily to determine the issue raised and shall order or deny arbitration accordingly.

> (b) If an issue referable to arbitration under the alleged agreement is involved in an action or proceeding pending in a court having jurisdiction to hear applications to compel arbitration, the application shall be made therein. Otherwise the application shall be made in the court of proper venue.

> (c) Any action or proceeding involving an issue subject to arbitration shall be stayed if an order for arbitration or an application therefor has been made or, if the issue is severable, the stay may be with respect thereto only. When the application is made in such action or proceeding, the order for arbitration shall include such stay.

> (d) An order for arbitration shall not be refused on the ground that the claim in issue lacks merit or because any fault or grounds for the claim sought to be arbitrated have not been shown.

Wyo. Stat. § 1-36-104.

Under these provisions, arbitration is favored in Wyoming as a convenient and efficient alternative to resolving disputes by litigation. *Scherer v. Schuler Custom Homes Const., Inc.*, 2004 WY 109, ¶ 16, 98 P.3d 159, 163 (Wyo. 2004) ("This Court favors arbitration or other forms of alternative dispute resolution . . . . Alternative dispute resolution allows parties to resolve their differences in a less expensive and more timely manner than traditional litigation does."); *see also EmpRes at Riverton, LLC v. Osborne*, 2023 WY 112, ¶ 9, 538 P.3d 670, 673 (Wyo. 2023) ("There is a preference to enforce arbitration provisions. They are the result of the parties' bargained-for agreement.").

"[W]hen deciding whether an arbitration agreement is enforceable, courts apply state law principles governing the formation of contracts." *Kindred Healthcare Operating, Inc. v. Boyd*, 2017 WY 122, ¶ 12, 403 P.3d 1014, 1018 (Wyo. 2017). A "fundamental goal of contract interpretation is to determine the intent of the parties" and afford the words in a contract "the plain meaning that a reasonable person would give to them." *James v. Taco John's Int'l, Inc.*, 2018 WY 96, ¶ 11, 425 P.3d 572, 577 (Wyo. 2018).

Here, McKee agreed at the time of opening the Account on July 30, 2014, that "**[u]nder the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**" Ex. A-1, Application at 3 (emphasis in original). Further, the 2025 Account Agreement expressly establishes the scope of claims subject to arbitration. Ex. A-3, 2025 Account Agreement at 35 ("**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court**. This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.") (emphasis in original). Because McKee's claims against Wells Fargo do not fit within the small claims exception and arise from the operation

and maintenance of her Account, Wyoming's Uniform Arbitration Act compels McKee to submit the claims to arbitration and the Court should stay further proceedings in this action pending such arbitration.

## IV.     CONCLUSION

For the foregoing reasons, Wells Fargo respectfully prays that this Court compel McKee to submit the claims asserted in this action to arbitration and stay further proceedings in this action pending the resolution of arbitration.

Submitted this 11th day of June, 2026.

WOMBLE BOND DICKINSON US LLP

*/s/ Chad S. Caby*
Chad S. Caby
Wyo. Bar No. 7-5457
1601 19th St., Suite 1000
Denver, CO  80202
Telephone: 303-628-9583
Email:  chad.caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, on June 11, 2026, the foregoing **DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** was electronically filed via CM/ECF and placed in the U.S. Mail, postage prepaid and address to the following:

Jiselle McKee
7052 Rilley Road
Cheyenne, WY 82009


*s/ Chad S. Caby*
Of Womble Bond Dickinson (US) LLP

# EXHIBIT A

JISELLE MCKEE,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

        Defendant.

Civil Case No. 1:26-cv-00146-SWS

---

## AFFIDAVIT IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

The undersigned, Jonathan A. Gillespie, being duly sworn hereby states as follows:

1. My name is Jonathan A. Gillespie. I am over 18 years of age and testify to the facts below upon personal knowledge, unless indicated otherwise.

2. I am authorized to submit this affidavit on behalf of Defendant Wells Fargo Bank, N.A. ("Wells Fargo").

3. As a Business Execution Consultant for Wells Fargo, I am responsible for, among other things, maintaining and overseeing records for Wells Fargo bank accounts, including the relevant account agreements, account opening documents and information, account transaction histories, and other pertinent account information.

4. In preparation of this affidavit, I have reviewed the business records of Wells Fargo, which are maintained in the ordinary course of business and for which I am a custodian, as those records relate to the plaintiff, Jiselle McKee ("Ms. McKee"), and accounts referenced in this action.

5. On behalf of a minor, Ms. McKee opened a "Wells Fargo Way2Save Savings" account ending in ***0543 (the "0543 Account") on July 30, 2014, through submission of a Consumer Account Application (the "Application"). At the time, Ms. McKee was known as "Jiselle Y Cash." A true and accurate copy of the Application signed by Ms. Mckee, née Cash, is attached as **Exhibit 1**.

6. When she signed the Account Application, Ms. McKee agreed to the following: "**I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms**. I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge**."

7. At or near the time the 0543 Account was opened, Wells Fargo provided Ms. McKee with the then-current version of the Deposit Account Agreement (the "2014 Account Agreement"). A true and accurate copy of the 2014 Account Agreement is attached as **Exhibit 2**.

8. Wells Fargo's Deposit Account Agreement is amended from time to time. An updated version of the Deposit Account Agreement (the "2025 Account Agreement"), with an effective date of November 4, 2025, is attached as **Exhibit 3**. This version of the account agreement was effective on November 26, 2025, the date of the transaction in question in this lawsuit.

9. This lawsuit relates to Ms. McKee's withdrawal of $18,000 from the 0543 Account. A copy of the withdrawal slip, signed by Ms. McKee and dated November 26, 2025,

is attached as **Exhibit 4**.

10. After Ms. McKee reported fraud, the 0543 Account was transferred to an account ending in ***6510.

11. The documents attached to this affidavit are all true and accurate business records created and maintained by Wells Fargo in the course of regularly conducted business activity and as part of the regular practice of Wells Fargo to create and maintain such records, and also were made at the time of the act, transaction. occurrence, or event, or within a reasonable time thereafter.

Executed this 8th day of June, 2026, under the pains and penalties of perjury,

_____
Jonathan Gillespie

Business Execution Consultant

SWORN TO AND SUBSCRIBED BEFORE ME
_____ day of _____, 2026.

_____

Notary Public for the State of _____
My commission expires: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this ___8___ day
of June, 2026 by Jonathan
Gillespie _____, proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



DAVID RHEE
Notary Public - California
Los Angeles County
Commission # 2461900
My Comm. Expires Sep 1, 2027

# EXHIBIT 1

# Consumer Account Application



| | |
|---|---|
| Bank Name: | Store Name: |
| WELLS FARGO BANK, N.A. | CHEYENNE EAST |
| Banker Name: | Officer/Portfolio Number: / Date: |
| MADDISON S. HIGGINS | G1464 / 07/30/2014 |
| Banker Phone: / Store Number: | Banker AU: / Banker MAC: |
| 307/634-3314 / 00816 | 0009039 / C7814-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Way2Save Savings | ████████0543 | DDA |
| Purpose of Account: | Minor: COID: | |
| Savings | 810 | |
| New Account Kit: | Checking/Savings Bonus Offer Available: | |
| Printed | NO | |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| ████████ <br> JISELLE Y CASH | Minor on a Minor by Account <br> Signer on a Minor by Account |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: |
|---|---|
| ████████ <br><br> A MINOR BY JISELLE Y CASH | 5016 VOSLER PL |
| | Address Line 2: |
| | City: CHEYENNE — State: WY |
| | ZIP/Postal Code: 82009-5364 — Country: US |



2W02-00068574350-01

## Customer 1 Information

| | |
|---|---|
| Customer Name: ███████ | Street Address: 5016 VOSLER PL |
| Customer Number (ECN): ███████ | Address Line 2: |
| Account Relationship: Minor on a Minor by Account | Address Line 3: |

| Taxpayer Identification Number (TIN): ███████ | TIN Type: SSN | Date of Birth: ███████3 |
|---|---|---|

City: CHEYENNE  State: WY

| Primary ID Type: | Primary ID Description: |
|---|---|

ZIP/Postal Code: 82009-5364  Country: US  Time at this address: Year(s) Month(s)

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: |
|---|---|---|

Directional Address:
(Document when no physical residence, business or alternate street address.)

| Secondary ID Type: | Secondary ID Description: |
|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|

Previous Street Address:

| Home Phone: ███████ | Business Phone: |
|---|---|

City:  State:

Current Employer:

ZIP/Postal Code:  Country:  Time at this address: Year(s) Month(s)

Check Reporting: SYSTEM BYPASSED

Country of Citizenship: US

## Customer 2 Information

| | |
|---|---|
| Customer Name: JISELLE Y CASH | Street Address: 5016 VOSLER PL |
| Customer Number (ECN): ███████ | Address Line 2: |
| Account Relationship: Signer on a Minor by Account | Address Line 3: |

| Taxpayer Identification Number (TIN): ███████ | TIN Type: SSN | Date of Birth: ███████ |
|---|---|---|

City: CHEYENNE  State: WY

| Primary ID Type: DLIC | Primary ID Description: ███████6 |
|---|---|

ZIP/Postal Code: 82009-5364  Country: US  Time at this address: 5 Year(s) 7 Month(s)

| Primary ID St/Ctry/Prov: WY | Primary ID Issue Date: 11/16/2011 | Primary ID Expiration Date: 11/01/2016 |
|---|---|---|

Directional Address:
(Document when no physical residence, business or alternate street address.)

| Secondary ID Type: OTHR | Secondary ID Description: SS CARD ███7 |
|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|

Previous Street Address:

| Home Phone: ███████ | Business Phone: |
|---|---|

City:  State:

Current Employer: NURSING STUDENT

ZIP/Postal Code:  Country:  Time at this address: Year(s) Month(s)

Check Reporting: NO RECORD

Country of Citizenship: US



## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.      ☐ I am subject to backup withholding      ☐ I am exempt from backup withholding

4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

Tax Responsible Customer Name:

Taxpayer Identification Number (TIN):

TIN Certification Signature



☐ Submit manually
☐ Signature not required

Date:
07/30/2014

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Customer 1 Name

Customer 1 Signature

☐ Submit manually
☒ Signature not required

Date:
07/30/2014

Customer 2 Name

JISELLE Y CASH

Customer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
07/30/2014

# EXHIBIT 2



## Consumer Account Agreement

# Important legal information, disclosures, and terms you need to know

Effective April 7, 2014

Together we'll go far



# Table of contents

Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   Words with special meaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Dispute resolution program: arbitration agreement . . . . . . . . . . . . . . . . . . . . 4
Statements and error notifications
   Statements and other account related information . . . . . . . . . . . . . . . . . . . . . . . 6
   Fraud prevention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   Claims of *unauthorized transactions;* the Bank's rights and liability . . . . . . . . . . . . . . 10
Checking and savings accounts
   Check 21 mandated consumer disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   Deposits to your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Funds availability policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
   Withdrawals from your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   Stop payment orders; notices of post-dating. . . . . . . . . . . . . . . . . . . . . . . . . . . 24
   *Overdrafts;* security interest; the Bank's right to setoff . . . . . . . . . . . . . . . . . . . . . 25
   Checking subaccounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
   Form of account ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
   Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
   Interest-earning accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   Time Accounts (CDs). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
   Check safekeeping and image statements. . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Electronic banking *services*
   ATM cards and debit cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
   ATM linkages and designation of accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
   ATM transactions and point-of-sale purchases . . . . . . . . . . . . . . . . . . . . . . . . . 41
   Funds transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
   Other electronic fund transfer *services*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
   Liability for unauthorized electronic fund transfers. . . . . . . . . . . . . . . . . . . . . . . 51
   Wells Fargo Phone Bank℠ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
   Terms of use to Wells Fargo Mobile® Text Banking *Service*. . . . . . . . . . . . . . . . . . 55
   Index. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Introduction

## Welcome to your new account

Congratulations on opening your new account. We know you have many choices when selecting a financial institution, and we are glad you chose Wells Fargo.

We understand that you may sometimes have questions about your account and related *services*. This document and other documents provided are collectively referred to as the "*Agreement*" and includes the following disclosures related to our consumer deposit accounts and related *services* that we have separately provided to you:

- The *Consumer Account Agreement*
- The *Consumer Account Fee and Information Schedule*, which explains the schedule of our fees and other account related information
- The Privacy Policy
- Rate sheets for interest-earning accounts
- Any additional disclosures regarding your account that we may provide to you from time to time

We value our relationship with you. This booklet contains important information you need to know about your banking relationship with Wells Fargo. You are responsible for ensuring that all *authorized signers* are familiar with this *Agreement*. Unless you have submitted a request to us in writing otherwise, we may communicate information about your account to an *authorized signer* and may treat communications regarding your account that are received from an *authorized signer* as communications from you. You agree to notify the Bank immediately in writing if any *authorized signer's* authority has been terminated.

This *Agreement* governs your account and related *services*, and replaces all prior agreements with the Bank regarding them. By signing the Bank's signature card for your account or using your account or *service*, you will be considered to have received and agreed to this *Agreement*.

You should retain a copy of this *Agreement* (and any information that the Bank provides you regarding changes to this *Agreement*) for as long as you maintain your account with us.

## Terminology

- You, the account owner, may also be referred to as "you," "your," or "yours"
- Wells Fargo may also be referred to as "the Bank," "we," "us," or "our"
- The companion booklet, the *Consumer Account Fee and Information Schedule*, may also be referred to as "*Schedule*"
- Certain words used in this booklet are defined in the *Schedule's* glossary

# Words with special meaning

In this *Agreement*, certain words have a special meaning and are therefore defined. You will find certain terms and their definitions will be found in this section and elsewhere in this *Agreement*.

### Affiliate

An *affiliate* is an entity, other than the Bank, that is, directly or indirectly, a wholly or substantially owned subsidiary of Wells Fargo & Company.

### Authorized signer

An *authorized signer* is a person whom you have authorized to transact business on your account, whether or not such person has signed the signature card or other documentation for your account. The Bank may continue to recognize your authorization or the Bank's record of it until the Bank has received and had a reasonable time to act upon your written modification or revocation of it.

### Available balance

Your *available balance* is the most current record we have about the funds that are available for withdrawal from your account. For more information, please see the section entitled "Determining your account's *available balance*."

### Business days

Every day is a *business day* except Saturdays, Sundays, and federal holidays.

### Card

Unless the specific context indicates otherwise, "card" includes every type of debit card (but does not include any prepaid debit card) and every type of ATM card that the Bank may periodically issue to you. The debit card can also be referred to as the check card.

### Deposited item

A *deposited item* is an *item* that the Bank cashes or collects for you or accepts for deposit to your account.

### Item

An *item* includes a check, substitute check, purported substitute check, electronic *item*, draft, demand draft, remotely created *item*, remotely created consumer *item*, image replacement document, indemnified copy, preauthorized draft, or other order or instruction for the payment, transfer, or withdrawal of funds (including a withdrawal slip or bill payment instruction), *deposited item* returned unpaid, automatic transfer, and electronic transaction including Automated Clearing House (ACH), Automated Teller Machine (ATM), and point-of-sale or a photocopy of any of the foregoing. *Item* also includes any written document created or authorized in your name that would be a check or draft but for the fact that it has not been signed. An *item* may also include a cash-in ticket or a deposit adjustment.

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Words with special meaning

### Overdraft

An *overdraft* is any event that results in a negative balance in your account.

### Paper item

A *paper item* is an *item* that originates in tangible form.

### Service

Any *service* the Bank provides you.

### Unauthorized EFT

An *unauthorized EFT* is an electronic fund transfer (such as ATM and debit card transactions, transfers initiated by telephone, ACH debit or credit transactions) that has been made without your permission.

### Unauthorized transaction

An *unauthorized transaction* is a transaction that was not authorized by you, including but not limited to an erroneous or unauthorized debit. It might include a missing signature, an unauthorized signature, or an alteration, or otherwise a transaction that was not authorized by you.

# Dispute resolution program: arbitration agreement

This part constitutes the arbitration agreement between you and the Bank.

## Binding arbitration

If you have a dispute with the Bank, and you are not able to resolve the dispute informally, you and the Bank agree that upon demand by either you or the Bank, the dispute will be resolved through the arbitration process as set forth in this part. A "dispute" is any unresolved disagreement between you and the Bank. It includes any disagreement relating in any way to *services*, accounts or matters; to your use of any of the Bank's banking locations or facilities; or to any means you may use to access your account(s). It includes claims based on broken promises or contracts, torts, or other wrongful actions. It also includes statutory, common law, and equitable claims.

"Disputes" include disagreements about the meaning, application or enforceability of this arbitration agreement. This arbitration agreement shall survive any termination of your account(s). YOU AGREE THAT YOU AND THE BANK ARE WAIVING THE RIGHT TO A JURY TRIAL OR TRIAL BEFORE A JUDGE IN A PUBLIC COURT.

As the sole exception to this arbitration agreement, you and the Bank retain the right to pursue in small claims court any dispute that is within that court's jurisdiction. If either you or the Bank fail to submit to binding arbitration following lawful demand, the party so failing bears all costs and expenses incurred by the other in compelling arbitration.

## Arbitration procedure; severability

You or the Bank may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has been previously commenced.

NEITHER YOU NOR THE BANK SHALL BE ENTITLED TO JOIN OR CONSOLIDATE DISPUTES BY OR AGAINST OTHERS IN ANY ARBITRATION, OR TO INCLUDE IN ANY ARBITRATION ANY DISPUTE AS A REPRESENTATIVE OR MEMBER OF A CLASS, OR TO ACT IN ANY ARBITRATION IN THE INTEREST OF THE GENERAL PUBLIC OR IN A PRIVATE ATTORNEY GENERAL CAPACITY. Each arbitration, including the selection of the arbitrator(s) shall be administered by the American Arbitration Association (AAA), or such other administrator as you and the Bank may mutually agree to (the AAA or such other mutually agreeable administrator to be referred to hereinafter as the "Arbitration Administrator"), according to the Commercial Arbitration Rules and the Supplemental Procedures for Consumer Related Disputes ("AAA Rules"). To the extent that there is any variance between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement shall control. Arbitrators must be members of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the dispute. No arbitrator or other party to an arbitration proceeding may disclose the existence, content or results thereof, except for disclosures of information by a party required in the ordinary course of its business or by applicable law or regulation. The parties agree that in this relationship: (1) The parties are participating in transactions involving interstate commerce; (2) The arbitrator shall decide any dispute regarding the enforceability of this arbitration agreement; and (3) This agreement and any resulting arbitration are governed by the provisions of the Federal Arbitration Act (Title 9 of the United States Code), and, to the extent any provision of that act is inapplicable, unenforceable or invalid, the laws of the state that govern the relationship between you and the Bank. If any of the provision of this arbitration agreement dealing with class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, that invalid provision shall not be severable and this entire arbitration agreement shall be unenforceable.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Dispute resolution program: arbitration agreement

### Rights preserved

This arbitration agreement does not prohibit you or the Bank from exercising any lawful rights or using other available remedies to preserve, or obtain possession of property; exercise self-help remedies, including setoff rights; or obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment or the appointment of a receiver by a court of competent jurisdiction. All statutes of limitations applicable to any dispute apply to any arbitration between you and the Bank. The provisions of this arbitration agreement shall survive termination or amendment of the deposit relationship or any other relationship between you and the Bank.

### Fees and expenses of arbitration

Arbitration fees shall be determined by the rules or procedures of the arbitration administrator, unless limited by applicable law. Please check with the arbitration administrator to determine the fees applicable to any arbitration you may file. If the applicable law of the state in which you opened your account limits the amount of fees and expenses to be paid by you, then no allocation of fees and expenses to you shall exceed this limitation. Unless inconsistent with applicable law, each of us shall bear the expense of our own attorney, expert and witness fees, regardless of which of us prevails in the arbitration.

# Statements and other account related information

## Mailing statements and other account related information to you

Except as expressly provided otherwise in this *Agreement*, the Bank will mail, send electronically, or otherwise make available to you statements for your account, notices and other information regarding your account or any *service* (collectively "account related information") to the postal or electronic address of the owner as reflected in the Bank's records for your account. If there is more than one owner on your account, the Bank may send account related information to any one of them.

- If your account is in a combined statement, your statement is sent to the address associated with the first account (master account) in the combined statement
- Mailed account related information will be deemed to have been delivered the second *business day* following the day account related information was mailed
- Account related information held for pick up or made available electronically will be deemed to have been delivered when the Bank makes it available to you

If there are co-owners on the account, then the co-owner receiving the account related information shall be responsible for providing copies of all account related information to all co-owners of the account, and for combined statements, to co-owners of any other accounts included in the combined statement. If the account owner has advised us to give the account related information to an *authorized signer*, then the *authorized signer* is responsible for providing copies to all account owners.

## Your obligation to review statements and account related information and to notify bank of errors

Except as expressly provided otherwise in this *Agreement*:

- You agree to promptly and carefully examine account related information and to promptly notify the Bank of and reimburse the Bank for any erroneous credit to your account
- Within 30 days after the Bank mails or otherwise makes account related information available to you, you must notify the Bank of any claim for credit or refund due to an *unauthorized transaction*
- Within six months after the Bank mails or otherwise makes the account related information available to you, you will notify the Bank of any claim for credit or refund resulting from a forged, unauthorized, or missing endorsement

Such notification is to be made by:

- Calling the telephone number listed on the statement for your account or in the other account related information for such purpose
- Submitting a written report to the Bank as soon as possible, but in any event, within the time frames specified above

If you fail to notify the Bank within the time frames specified above, the balance shown on the statement for your account or other account related information will be conclusively presumed to be correct and the Bank will be released from all liability for the *items* charged to your account and for all other transactions or matters covered by the statement or other account related information.

Introduction

Dispute Resolutions

Statements & Error
Notifications

Checking &
Savings Accounts

Electronic Banking
Services

Index

# Statements and other account related information

In addition, if you fail to notify the Bank of an *unauthorized transaction* on your account within 30 days after the Bank mails, sends electronically, or otherwise makes available to you the statement or other account related information containing information describing the *unauthorized transaction*, the Bank will not be liable to you for any *unauthorized transactions* committed by the same person on your account that could have been prevented if you had complied with your obligations under this subsection. If you notify the Bank of any claim for credit or refund later than required by this subsection, the Bank will assert on your behalf any claim against a third party that the Bank determines in the Bank's sole discretion is permitted under the laws governing your account.

### Combined statements

The Bank will automatically provide to you a statement reflecting your account activity for each statement period. To reduce the number of statements you receive each month, the Bank may combine statements if you have more than one deposit account. If you do not want your account automatically combined by the Bank, you can opt-out by going into a bank location or calling the number on your statement.

### Returned, unclaimed account related information

Unless otherwise prohibited by the laws governing your account, this subsection applies if two or more account related information documents are returned or in the case of online statement email notifications the email notice is returned undeliverable. The Bank may consider your account to be "inactive." This means the Bank may discontinue sending and destroy account related information sent to you until you provide a valid postal or electronic address to the Bank.

### Address changes for Bank statements and other account related information

You may instruct the Bank to change the address to which the Bank mails or emails account related information concerning your account at any time. If you are in a combined statement, any owner of the first account (master account) can change the address of all accounts included in the combined statement. The Bank may act on any such instruction purportedly made on your behalf within a reasonable time after the Bank receives such instruction. Unless you instruct the Bank otherwise, the Bank may, in its sole discretion, change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with the Bank. The Bank may change your postal or email address of record if it receives an address change notice from the U.S. Postal Service or if the Bank receives information from another party in the business of providing correct address information that the address in the Bank's records no longer corresponds to your address.

### Notices and other mail

Any notice you send the Bank will not be effective until the Bank actually receives it and has a reasonable opportunity to act on it.

### Contacting you regarding servicing and/or collections

You agree, in order for us to *service* your account or to collect any amounts you owe, we may from time to time make calls and/or send text messages to you at any telephone number(s) associated with your account, including wireless telephone numbers that could result in charges to you. The manner in which these calls or text messages are made to you may include, but is not limited to, the use of prerecorded/artificial voice messages and/or an automatic telephone dialing system. You further agree that, in order for us to *service* your account or to collect any amounts you owe, we may send e-mails to you at any e-mail address you provide to us.

# Statements and other account related information

### Copies of cancelled *paper item*

You can order a copy of a cancelled *paper item* by calling the Bank at the number provided on the statement for your account. When ordering a copy of a cancelled *paper item*, you need to give the Bank your name, account number, *paper item* number, *paper item* amount, and posting date of the *paper item* as shown on the statement for your account. The copy you request will be mailed or otherwise provided to you.

# Fraud prevention

### Fraud prevention guidelines

To help prevent check fraud and other criminal activities against you, we strongly encourage you to comply with the following fraud prevention guidelines.

- Do not preprint your driver's license or Social Security number (SSN) on your checks
- Call the Bank at the number listed on the statement for your account immediately if your new checks do not arrive within 10 *business days* of your order
- Call the Bank immediately if there are discrepancies you cannot explain on the statement for your account, or if you do not receive your statement or an ordered ATM card
- Store blank and cancelled check copies in a safe place. Remember that your checks provide access to your account. Even blank and cancelled checks have information on them that someone could use to obtain funds from your account. Notify the Bank immediately if any check is lost or stolen.
- Do not leave any outgoing mail containing checks in an unlocked mail collection box or in your residence mailbox. Whenever possible, deposit this type of mail in the designated slots inside your local post office.
- Thoroughly destroy unused deposit slips, transaction receipts, cancelled checks, and statements for your account before discarding them
- Notify the Bank immediately if any form of identification, your checkbook, or any blank checks are missing, lost or stolen. "Identity theft" is on the rise.
- Write your checks in ink and fill in all lines completely
- Write your checks carefully. Make sure that your numbers are readable and that they begin as far to the left side of the line as possible so someone cannot easily insert additional numbers.
- Sign your checks clearly, as illegible signatures are more easily forged
- Do not give anyone permission to sign your name on checks
- Do not give anyone a pre-signed, blank check
- Do not provide account information, including account numbers or Personal Identification Numbers (PINs), to callers, even if they claim to be Bank representatives
- Use tamper-resistant checks at all times. If you do not order your checks through the Bank, ask your check vendor about checks with special security features
- Keep accurate records. You can avoid many fees to your account by keeping an accurate record of your account balance. The statement for your account provides space for you to balance your account for each statement period. Remember to record any transaction you make at an ATM, or by telephone or online. Also remember to record any point-of-sale transaction or automatic payment from your account.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Fraud prevention

### Lost or stolen *paper items;* unauthorized *items*

If any of your unissued *paper items* have been lost or stolen, or if someone is issuing unauthorized *paper items* against your account, or unauthorized *items* occur against your account, you agree to immediately notify the Bank. To the extent you fail to notify the Bank within the time frames specified in the section titled "Your obligation to review statements and account related information and to notify Bank of errors," the Bank will be relieved of any liability for such *paper items,* and unauthorized *items.* Upon receipt of any such notice, the Bank may, at its sole discretion, and without any liability to you take one or more of the following actions:

- Close your account and open a new account for you
- Dishonor any *paper item* you have indicated may have been lost or stolen
- Pay any *paper item* presented for payment on your account, provided you have instructed the Bank to pay such *paper item,* and given the Bank the number of that *paper item*

If the Bank does open a new account for you and you have authorized any other party to automatically make regular deposits to or withdrawals from your account (such as wire or electronic payment transfers), the Bank shall have no liability to you if you do not receive any regularly scheduled deposit or if a regularly scheduled payment is not made for you due to your failure to notify that other party in a timely fashion of the number of your new account.

# Claims of *unauthorized transactions;* the Bank's rights and liability

### Investigation by the Bank; your agreement to cooperate

The Bank shall investigate any transactions you have reported to the Bank as unauthorized (a "claim of *unauthorized transaction*").

You agree to:

- Submit your claim of *unauthorized transaction* in writing to the Bank by completing a declaration under penalty of perjury describing your claim of *unauthorized transaction* (in an affidavit form approved by the Bank, if so requested)
- File a police report
- Complete and return to the Bank any documents requested of you
- In all respects, cooperate fully with the Bank in its investigation of your claim of *unauthorized transaction*

The Bank shall have the right to reverse any credit made to your account if you fail to sign such documents, cooperate fully with the Bank's investigation of your Claim of *unauthorized transaction* or the Bank's efforts to recover funds related to your Claim of *unauthorized transaction* or if the Bank determines that the transaction that gave rise to your Claim of *unauthorized transaction* was proper.

### Standard of care

The Bank will meet its standard of care for your account, provided the Bank exercises ordinary care in the transaction at issue. When the Bank takes an *item* for processing by automated means, "ordinary care" does not require that the Bank examine the *item*. In all other cases, "ordinary care" requires only that the Bank follow standards that do not vary unreasonably from the general standards followed by similarly situated banks. The Bank's policies and procedures are general internal guidelines and do not establish a higher standard of care for the Bank than is otherwise established by the laws governing your account. If the Bank waives any of its rights as to you or your account on one or more occasions, it will not be considered a waiver of the Bank's rights on any other occasion.

### Limitation of liability; indemnification

WHETHER IN CONNECTION WITH YOUR ACCOUNT OR A *SERVICE*. IN NO EVENT WILL EITHER YOU OR THE BANK, OR ITS *AFFILIATES*, OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS, SHAREHOLDERS, OR AGENTS BE LIABLE TO THE OTHER PARTY FOR ANY SPECIAL, CONSEQUENTIAL, INDIRECT OR PUNITIVE DAMAGES, WHETHER ANY CLAIM IS BASED ON CONTRACT OR TORT OR WHETHER THE LIKELIHOOD OF SUCH DAMAGES WAS KNOWN TO EITHER PARTY. The foregoing limitation of liability will not apply where expressly prohibited by the laws governing your account. The Bank will not have any liability to you if there are insufficient available funds in your account to pay your *items* due to actions taken by the Bank in accordance with this *Agreement*. Except to the extent that the Bank fails to exercise "ordinary care" or breaches this *Agreement*, you agree to indemnify and hold the Bank and its *affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney fees and legal expenses) arising out of or in any way connected with performance under this *Agreement*. You agree that this indemnification will survive termination of this *Agreement*.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Claims of *unauthorized transactions;* the Bank's rights and liability

### Adverse claims

If any person or entity makes a claim against funds in your account, or if the Bank believes that a conflict exists between or among the owners on your account or that there is a dispute over matters such as the ownership of your account or the authority to withdraw funds from your account, the Bank, without any liability to you, may take one or more of the following actions:

- Continue to rely on the signature *card(s)* for your account
- Honor the claim upon receipt of evidence satisfactory to the Bank to justify such claim
- Freeze all or a part of the funds in your account until the dispute is resolved to the Bank's satisfaction
- Close your account and send a check for the *available balance* in your account payable to you or to you and each claimant
- Pay the funds into an appropriate court

The Bank may charge your account for expenses (including attorney's fees and expenses) and fees the Bank incurs.

### Legal process

The Bank may accept and act on any legal process that it believes is valid, whether served in person, by mail, or by electronic notification, at any location of the Bank. "Legal process" includes a levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture, seizure, or other legal process relating to your account. Any such legal process is subject to the Bank's security interest and right of setoff. The Bank will not notify you of a grand jury subpoena affecting you or your account. Any fees or expenses (including attorney's fees and expenses) the Bank incurs in responding to any such legal process may be charged against any account you maintain with the Bank.

### "Freezing" your account

As part of the Bank's loss prevention program, when the Bank suspects that irregular, unauthorized, or unlawful activities may be involved with your account, the Bank may "freeze" (or place a hold on) the balance in your account (and in other accounts you maintain with the Bank) pending an investigation of such suspected activities. If the Bank freezes your account, the Bank will give any notice required by the laws governing your account.

### Acts beyond the control of the Bank

Neither you nor the Bank shall be deemed to be in default of any of the obligations required to be performed under this *Agreement* if the performance thereof is delayed, hindered, or becomes impossible because of any act of God or public enemy, hostilities, war (declared or undeclared), guerilla activities, terrorist activities, act of sabotage, blockade, earthquake, flood, land slide, avalanche, tremor, ground movement, hurricane, storm, explosion, fire, labor disturbance, riot, insurrection, strike, accident, civil commotion, epidemic, act of government or its agencies or officers, power interruption or transmission failure, or any cause beyond the control of you or the Bank.

## Check 21 mandated consumer disclosure

IMPORTANT INFORMATION ABOUT YOUR CHECKING ACCOUNT

### Substitute checks and your rights

#### What is a substitute check?

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from the Bank may be substitute checks. This notice describes rights you have when you receive substitute checks from the Bank. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other laws with respect to those transactions.

#### What are your rights regarding substitute checks?

In certain cases, federal laws provide a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that the Bank withdrew the wrong amount from your account or that the Bank withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-earning account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other laws.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 *business days* after the Bank received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after the Bank received your claim.

The Bank may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Check 21 mandated consumer disclosure

### How do you make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that was posted to your account, please contact the Bank at 1-800-869-3557. You must contact the Bank within 40 calendar days of the date that the Bank mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the statement for your account showing that the substitute check was posted to your account, whichever is later. The Bank will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect)
- An estimate of the amount of your loss
- An explanation of why the substitute check you received is non-sufficient to confirm that you suffered a loss
- A copy of the substitute check or the following information to help the Bank identify the substitute check: the check number, the name of the person to whom you wrote the check, and the amount of the check

### Special notice for check return customers

Your account statement will provide information to inform you that a substitute check has posted to your account. The Bank will grant you rights described above in this notice concerning substitute checks as though you received a substitute check in the statement cycle describing the posting of it.

# Deposits to your account

## General

Unless otherwise agreed in writing, the Bank may, without inquiry, accept a deposit to your account at any time, from any party, made in any manner, including without limitation, a deposit based on an image of an *item*. The Bank may also refuse to accept all or any part of any deposit. The Bank may require that you deposit an *item* that is made payable to you to your account, instead of permitting you to cash the *item*. Also review the "Funds availability policy".

## Collection *items*

Upon notice to you, the Bank may, in its sole discretion, handle a *paper item* as a collection *item*, instead of as a deposit. This means that the Bank sends the *item* to the issuer's bank for payment and credits your account when the Bank receives payment for the *item*.

## Material appearing on the back of *items*; check legends

You are responsible for losses incurred by any person that cashes or accepts your *paper items* for deposit, if: (i) the loss is due to a delay in the return of the *item*; and (ii) the delay is caused by material appearing on the back of the *item* when it was issued or transferred by you. This material may include, but is not limited to, carbon bands, blacked out areas, and printed or written text or numbers. You are responsible for all losses, claims, damages or expenses (including attorney's fees and expenses) that result from a restrictive legend or notation on your *paper items*.

## Endorsements

This subsection applies if the endorsement is necessary for the transfer or negotiation of the *item*. You authorize the Bank to supply your endorsement on any *item* that the Bank takes for collection, payment, or deposit to your account. You also authorize the Bank to collect any unendorsed *item* that is made payable to you without first supplying your endorsement, provided the *item* was deposited to your account. The Bank may refuse to pay or cash any *item* or accept any *item* for deposit or collection unless it is able to verify to its satisfaction that all of the necessary endorsements are present on the *item*. For example, the Bank may require that all endorsers be present at the time that an *item* is presented to the Bank for payment or encashment or accepted for deposit or collection.

If you issue a check that contains a carbon band, printing, endorsements or other material on the back of the check outside the area extending 1½ inches from the trailing edge of the check, that material could also interfere with endorsements by banks and cause delays in returning the check. Similarly, if you or a prior endorser signs, stamps or affixes an endorsement to a check for deposit which is outside of the area extending 1½ inches from the trailing edge of a check, that material could also interfere with endorsements by banks and cause delays in returning the check. Therefore, you agree that (1) the Bank shall not be liable to you for and (2) you will indemnify and hold the Bank harmless from any and all claims, loss, costs and expenses (including without limitation reasonable attorneys' fees and the costs of litigation) that the Bank or you may incur as a result of the late return of a check caused by carbon band, printing, endorsements or other material on the back of any check drawn on or deposited to your account that extend outside the area extending 1½ inches from the trailing edge of the check. The trailing edge is defined as the left side of the check when viewing it from the front.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Deposits to your account

### Checks bearing notations

Although we are not obligated to, we may pay or accept checks and other *items* bearing restrictions or notations (for example, "Void after six months," "Void over $50," "Payment in Full"), whether on the front or back, in any form or format. If you cash or deposit an *item* or write a check with such a notation, you agree that it applies only between you and the payee or maker. The notation will have no effect on us, and you agree to accept responsibility for payment of the *item*. You agree to indemnify, defend and hold harmless the Bank, its *affiliates*, officers, directors, employees, consultants, shareholders, and agents from all losses, claims, damages or expenses, (including attorney's fees and expenses) we incur, in connection with any maker or payee involving such notations, whether you are the maker or payee or the funds are otherwise deposited into an account which you have an interest.

### Breach of warranties

If you breach any warranty that you make with the Bank or under the laws governing your account with respect to any *item*, you shall not be released or otherwise discharged from any liability for such breach so long as the Bank notifies you of the breach within 120 days after the Bank learns of the breach. If the Bank fails to notify you within this 120-day period, you shall be released from liability and discharged only to the extent that the Bank's failure to provide you notice within such time period caused a loss to you.

### When deposits are credited to your account

All over-the-counter deposits or ATM deposits to your account which are received before the Bank's established cutoff time on any *business day* will be credited (and will be considered deposited) to your account as of the close of business that day, and will be reflected in that day's ledger balance for your account. All other deposits will be processed in accordance with the written agreements governing such deposits or, if there is no written agreement, banking practice. All deposits received after the Bank's established cutoff time on a *business day* or at any time on a day which is not a *business day* will be credited (and will be considered deposited) to your account at the end of the next *business day*.

### Deposits at Bank

The Bank's funds availability policy describes when funds deposited to your checking or savings account will be available to be used for all purposes. The Bank may change its collection schedule and funds availability policy from time to time, and provide any notice required by law.

### Deposits at *affiliates*

You may make deposits at an *affiliate*, provided the *affiliate* agrees. If you make a deposit at an *affiliate*, the availability of the deposit for withdrawal will be described in the *affiliate's* funds availability policy.

# Deposits to your account

### Deposits of non-U.S. *items*

The Bank may refuse to accept for deposit or collection an *item* that is payable in currency other than U.S. dollars or an *item* that is not drawn on a financial institution chartered in the U.S. (each, a "non-U.S. *item*"). If the Bank accepts any such *item* for deposit or collection, you accept all risk associated with foreign currency fluctuation (exchange rate risk) and with any late return of the *item*. You agree that the Bank may use the Bank's current buying and selling rate, as applicable when processing a non-U.S. *item* and may recover from any account you maintain with the Bank any loss incurred by the Bank as a result of its processing such an *item* for you. The Bank reserves the right to place longer holds on non-U.S. *items* than the time frames specified in the Bank's funds availability policy.

### Acts and omissions of other financial institutions

When the Bank cashes, collects, or accepts a *deposited item*, the Bank is not liable for the insolvency, neglect, misconduct, mistake, or default of another bank or person, or for the loss or destruction of a *paper item* or notice of nonpayment in transit or in the possession of others. If a *deposited item* is lost or misrouted during the collection process or its subsequent return:

- The Bank shall have no responsibility to you for the actions or inactions of any collecting or returning bank
- The Bank may charge your account for the amount of the *deposited item* (and reverse any interest that may have accrued to your account in connection with the *deposited item*)
- You agree to cooperate with the Bank in recreating the *deposited item*

### Deposited items returned

The Bank has the right to charge back to or otherwise debit any account(s) you maintain with the Bank for any *deposited item* that is returned (assess any associated fees and to reverse or recover any associated interest that may have accrued), even if you have made withdrawals against it. This right of charge back or debit is not affected by the expiration of any applicable midnight deadline, provided the Bank does not have actual knowledge that such deadline has expired or, having such knowledge, the Bank concludes that:

- The *deposited item* is returned in accordance with the laws governing your account or rule (including a clearing house rule)
- The Bank has received a breach of warranty claim in connection with the *deposited item*

The Bank has the right to pursue collection of such *deposited item*, even to the extent of allowing the payor bank to hold the *deposited item* beyond the midnight deadline in an attempt to recover payment. The Bank may, without notice to you, redeposit a returned *deposited item* and represent it for payment by any means (including electronic means), unless the Bank has received instructions from you not to redeposit such *deposited item*. The Bank will have no liability for taking or failing to take any action to recover payment of a returned *deposited item*.

If one of your *deposited items* is returned with a claim that there is a breach of warranty (for example, that it bears a forged endorsement or is altered in any way), the Bank may debit your account for the amount of the *item* (plus any associated fees) and pay the amount to the claiming party. The Bank is under no duty to question the truth of the facts that are being asserted, to assess the timeliness of the claim, or to assert any defense.

The Bank need not give you any prior notification of its actions with respect to the claim. You agree to immediately repay any *overdrafts*. The Bank may create substitute checks from your *deposited items* to facilitate the forward collection of such *items*. Certain features of a

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

*deposited item* (such as security features) impair the quality of the substitute check that the Bank creates. You agree to indemnify and hold the Bank and its *affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with such substitute check, including without limitation, any claim based on image quality of such substitute check.

### Direct deposits returned by the Bank

If, in connection with a direct deposit plan, funds are deposited to your account and later returned to the originator, the Bank has the right to deduct the amount from that or any other account you have, without prior notice and at any time, except as prohibited by the laws governing your account. The Bank may also use any other legal remedy to recover the amount.

### Reconstructing lost or destroyed *deposited items*

If a *deposited item* is lost or destroyed during processing or collection (either at the Bank or at another point in the payments system), you agree to cooperate fully with the Bank to reconstruct the *deposited item* by promptly:

- Providing the Bank with a copy of the front and back of the *deposited item* from your or the issuer's records
- Asking the issuer to place a stop payment on it (at the Bank's expense) and issue a replacement *item* to you (if the *deposited item* has not been paid)
- Reviewing your records and other information and conducting any additional research as may be reasonable to determine the issuer's identity (if you do not know the identity of the issuer of the *deposited item*)

If you fail to cooperate with the Bank, at anytime without advance notice to you the Bank may reverse or otherwise adjust any credit made to your account for a lost or destroyed *deposited item*.

# Funds availability policy

The Bank's policy is to make funds from your check deposits to your checking or savings account (in this policy, each an "account") available to you on the first *business day* after the day we receive your deposit. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $200 of a day's check deposit made through a Wells Fargo ATM will be available on the *business day* we receive the deposit. Certain electronic credit transfers, such as those through *card* networks or funds transfer systems, will be available on the first *business day* after the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other *items* presented for payment and fees and expenses that you have incurred.

## Determining the day of receipt

For determining the availability of your deposits, every day is a *business day*, except Saturdays, Sundays, and federal holidays. If you make a deposit before the Bank's established cutoff time on a *business day* that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the deposit was made on the next *business day* we are open.

Cutoff times may vary by location and are posted in each store. The earliest cutoff time for a store is 2:00 p.m. local time. Cutoff time for checks deposited at a Wells Fargo ATM is 9:00 p.m. local time (8:00 p.m. in Alaska).

## Longer delays may apply

In some cases, the Bank will not make all the funds that you deposit by check available to you on the first *business day* after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third¹ *business day* after the day of your deposit. The first $200 of your deposit, however, may be available on the first or second¹ *business day*.

Except as otherwise explained in this paragraph, if the Bank is not going to make all funds from your deposit available on the first *business day*, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Bank employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first *business day* after we receive your deposit.

If you need the funds from a deposit right away, you may ask the Bank when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- The Bank believes a check you deposit will not be paid
- You deposit checks totaling more than $5,000 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh or eighth¹ *business day* after the day of your deposit.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Funds availability policy

### Additional rules for Opportunity Checking® and Opportunity Savings℠ accounts

The Bank's policy is to delay the availability of funds from your check deposits. During the delay, you may not withdraw the funds in cash and we will not use the funds to pay checks and other *items* presented for payment and fees and expenses that you have incurred.

### Determining the availability of a deposit

The length of the delay is counted in *business days* from the day of your deposit. Every day is a *business day* except Saturdays, Sundays, and federal holidays. If you make a deposit before the Bank's established cutoff time on a *business day* that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider that the deposit was made on the next *business day* we are open. The length of the delay varies depending on the type of deposit and is explained below.

### Same-day availability

Funds from incoming wire transfers, electronic direct deposits, and cash deposited at a teller window will be available on the *business day* we receive the deposit.

### Next-day availability

Funds from the following deposits are available on the first *business day* after the day of your deposit:

- U.S. Treasury checks that are payable to you
- Checks drawn on the Bank

If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first *business day* after the day of your deposit:

- State and local government checks that are payable to you
- Cashier's, certified, and teller's checks that are payable to you
- Federal Reserve Bank checks, Federal Home Loan Bank checks, and U.S. Postal Service money orders, if these *items* are payable to you

If you do not make your deposit in person to one of our employees (for example, if you mail the deposit), funds from these deposits will be available on the second *business day* after the day we receive your deposit.

### Other check deposits

All other check deposits are considered local checks. From your deposit, $200 will be available on the first *business day* after the day of the deposit. The remaining balance will be available on the second or third* *business day* after the day of your deposit.

### Longer delays may apply

Funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of computer or communications equipment.

The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh or eighth* *business day* after the day of your deposit.

# Funds availability policy

### Special rules for new accounts

During the first 30 days your account is open, if we delay the availability of your deposit, the following additional special rules will apply:

- The first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first *business day* after the day of your deposit. The excess over $5,000 will be available on the seventh *business day* after the day of your deposit.
- Funds from all other check deposits will be available on the seventh or eighth[1] *business day* after the day of your deposit. The first $200 of a day's total deposits of funds from all other check deposits, however, may be available on the first or second[1] *business day* after the day of your deposit.
- We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

### Holds on other funds (check cashing)

If the Bank cashes a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

### Holds on other funds (other account)

If the Bank accepts a check for deposit that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this Policy.

### Delays on other funds

Funds from any deposit (cash or checks) into accounts domiciled in Iowa and Nebraska made at eligible non-Wells Fargo ATMs in those same states will not be available until the third *business day* after the day of your deposit. This rule does not apply at ATMs that we own or operate. All ATMs that we own or operate are identified on our machines as "Wells Fargo".

[1] The Bank may delay availability of funds by one additional *business day* for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Withdrawals from your account

### Determining your account's *available balance*

Your *available balance* is the most current record we have about the funds that are available for withdrawal from your account. In determining whether you have sufficient funds to cover a transaction, we will consider all transactions that have posted to your account, any holds that may be in place on deposits you have made, and pending transactions (such as pending debit card purchases or ATM withdrawals) that the Bank has authorized but that have not yet posted to your account.

Please note it is still possible for you to overdraw your account even though the *available balance* appears to show there are sufficient funds to cover a transaction that you want to make. The *available balance* does not reflect all your outstanding checks, automatic bill payments (such as ACH and recurring debit card transactions) that you have authorized, or other transactions that have not been paid from your account. For example, when you write a check, the payee may not present the check to us for payment on the same day, so the outstanding check will not be reflected in your *available balance*.

Also, your *available balance* may not reflect all of your *card* transactions. For example, if a merchant does not submit a one-time debit card transaction for payment within three (3) *business days* of authorization (or for up to thirty (30) *business days* for certain types of debit or ATM card transactions, including but not limited to, car rental transactions, cash transactions, and international transactions), we must release the authorization hold on the transaction. The *available balance* will not reflect this transaction until it has been received by us and paid from your account. See the section entitled "authorization holds for *card* transactions" for information about how authorization holds affect your *available balance*. A one-time debit card transaction is referred to as an "everyday debit card transaction" in the document entitled Consumer Overdraft Services.

Finally, your *available balance* may not reflect the most recent deposits to your account. For details on the availability for withdrawal of your deposits, see the section entitled "Funds availability policy."

### Order of posting; categories of *items*

We post transactions during our nightly processing each *business day*. Generally, we first post deposits or incoming transfers received before the deposit cutoff time that day. We then post your withdrawals (such as ATM, debit card or check transactions) that have been received for payment from your account. We pay some categories (or types) of transactions, such as debit card transactions, before other types of transactions, such as checks.

The order in which *items* are posted to your account will depend upon a number of factors. For example, in connection with our process of posting *items*, we have the right to (i) establish different categories of *items*, (ii) establish a posting order for each category of *item(s)*, and (iii) establish different posting orders for *items* within each category. Except to the extent limited by federal regulatory and judicial authorities, we have the right to change any of the factors described in (i), (ii) and (iii) listed above at any time without notice to you.

Establishing categories of *items.* We group *items* into categories defined by us. For example, we may group *card* transactions into one category, and group checks into another category. A single category established by us may include more than one type of *item*.

Establishing a posting order for each category of *item(s).* We pay some categories (or types) of transactions, such as debit card transactions, before other types of transactions, such as checks.

Establishing a posting order of *items* within a single category. If there are multiple transactions within a category, the order in which the transactions are posted will vary depending on the type of transaction.

# Withdrawals from your account

For example, we will pay the most common types of transactions in the following order:

- ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals – transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the Bank at the time of the transaction, we will use the date the transaction is received for payment from your account. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.
- Checks and automatic payments (also known as ACH)

    **All states except Nevada**

    If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

    **Nevada only**

    If there are multiple transactions, the transactions will be sorted in sequential order if the *item* has a serial number. *Items* without a serial number will be paid from highest to lowest dollar amount.

### Relation between posting order and *overdrafts*/returned *items*

On any given *business day*, if we receive more than one *item* for payment and if we determine there are sufficient funds to pay one or more but not all of the *items*, then the number of *items* paid and the *overdraft* and returned *item* fees assessed could be affected by the order that we choose to post those *items*. For example, if we post *items* in the order of highest to lowest dollar amount, the total number of *overdraft* and returned *item* fees you are charged could be larger than if we were to post the *items* in a different order.

### *Paper items* presented over-the-counter for payment by a non-customer

If a *paper item* drawn against your account is presented over-the-counter for payment by a person who does not have a deposit account at the Bank, the Bank may require identification acceptable to the Bank and not prohibited by the laws governing your account, including a fingerprint of the person presenting the *paper item*. The Bank may dishonor the *paper item* if the person refuses to provide the identification the Bank requests.

### Large cash withdrawals and deposits

If you want to cash a check (or make a cash withdrawal) for a very large sum, the Bank may require five *business days* advance notice so that it can order the cash from its vault. The Bank may require that you provide adequate security but the Bank has no obligation to do so. The Bank may also require that you arrange to pick up the cash at the Bank's central vault or other location. If you want to deposit cash for a very large amount, the Bank may, but is not obligated to, require you to provide adequate security or exercise other options to mitigate possible risks.

### Withdrawals at *affiliates*

You may make withdrawals from your account at an *affiliate*, provided the *affiliate* agrees. If an *affiliate* cashes an *item* for you, the bank may place a hold on your account(s) for a corresponding amount of funds. If the *item* is later returned to the *affiliate* for any reason, the Bank may debit one or more of your accounts at the Bank for the amount of the *item*.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Withdrawals from your account

### *Items* resulting from your voluntary disclosure of your account number

If you voluntarily disclose your account number to another person orally, electronically, or in writing, or by some other means, and the Bank determines that the context of such disclosure implies your authorization to debit your account, the Bank may treat such disclosure as your authorization to that person to issue *Items* drawn against your account.

### Forgeries or missing signatures; alterations

The Bank will have no responsibility for reviewing the number or combination of signatures on or with an *item* drawn against your account. This means that if you have indicated that more than one signature is required in connection with an *item* drawn on your account, the Bank will have no liability to you if a transaction is conducted on or through your account contrary to the signature requirements you have specified, provided at least one of the required signatures appears on or with the *item*. The Bank will have no liability to you for failing to detect a forgery of your signature or an alteration of one of your *items*, if the forgery or alteration is such that a reasonable person could not reasonably be expected to detect it.

### Dates and special instructions on *paper items*

The Bank may, without inquiry or liability, pay one of your *paper items* even though:

- Special instructions written on the *paper item* indicate that the Bank should refuse payment (e.g., "Void after 30 days," "Paid-in-full," or "Void over $100")
- The *paper item* is stale-dated (i.e., it bears a date that is more than six months in the past), even if the Bank has knowledge of the date on the *paper item*
- The *paper item* is post-dated (i.e., it bears a date in the future)
- The *paper item* is not dated

In addition, the Bank may pay in U.S. dollars the amount that has been MICR-encoded on your *paper item*, even though you have purportedly drawn the *paper item* in a foreign currency.

### Facsimile or mechanical signatures

If you have elected to use a facsimile or other mechanical signature (including a stamp) to sign or endorse a *paper item*, the Bank may rely on that signature (or any signature that purports to be your facsimile or other mechanical signature) as your authorized signature without regard when or by whom or by what means or in what ink color such signature may have been made or affixed to a *paper item* deposited to or drawn against or otherwise debited from your account.

### The Bank's right to require notice

If your account is a negotiable order of withdrawal account ("NOW account") or savings account, then in accordance with Regulation D, the Bank reserves the right to require seven days written notice before you withdraw money from your account.

# Stop payment orders; notices of post-dating

## General

"Stop payment order" refers to both an order to the Bank not to pay a *paper item* and to a notice of post-dating. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on it before paying, accepting, certifying, cashing, or otherwise becoming obligated to pay your *paper item* as provided in the Uniform Commercial Code. Each stop payment order is subject to the Bank's verification that the *item* described in the order has not been paid. This verification may occur subsequent to the time the Bank accepts the stop payment order.

## Content of stop payment order

To be valid:

- Name of the payee
- Account number on which *paper item* is drawn
- *Paper item* amount
- *Paper item* number or a range of *item* numbers

The Bank may, at its sole discretion, use only a portion of the required information in order to identify a *paper item*. Failure to provide correct and complete information may prevent us from acting on the stop payment order. You agree to indemnify and hold the Bank and its *affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from and against any loss incurred by the Bank as a result of the Bank's paying a *paper item* if any of the information relied upon in the stop payment order is incorrect or incomplete.

## Effective period of stop payment order; renewal; revocation

It is your obligation to remove a stop payment order for a post-dated *paper item* once the *paper item* is no longer post-dated. You must renew a stop payment order if you do not want the stop payment order to expire. Each renewal is treated as a new stop payment order. The Bank is permitted but need not honor, a *paper item* after a stop payment order has expired, even though the *paper item* is more than six months old. An instruction to revoke a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on it.

## Liability to holders in due course

Notwithstanding the timely return of any *paper item* due to a valid stop payment order, you may still be liable under the laws governing your account for the amount of that *Item*.

## *Paper items* paid over valid stop payment orders

If the Bank pays a *paper item* over a valid stop payment order, then the Bank will credit your account for the amount of loss you prove has occurred, or the face amount of the *paper item*, whichever is less. The Bank may charge your account for the amount of a post-dated *paper item* on or after the date of the post-dated *paper item*, unless you have given the Bank a new stop payment order.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# *Overdrafts;* security interest; the Bank's right to setoff

### *Overdrafts* and Non-Sufficient Funds/NSF
General

It is important to keep track of the funds in your account that are available for you to use before you write a check, make a cash withdrawal at an ATM, or use your *card* for a purchase. We encourage you to manage your funds responsibly by keeping track of transactions using the tools that suit you – keeping a running balance in your checkbook, using Online Alerts, and checking your *available balance* online, by phone, or at a Wells Fargo ATM. Don't forget to keep track of your outstanding checks or automatic bill payments you may have authorized, as your *available balance* will not reflect these transactions until they are paid from your account. As discussed in the section entitled "Determining your account's *available balance*," our record of your *available balance* may also not reflect all of your *card* transactions, including transactions that have been authorized but not yet submitted by the merchant for payment. Do not assume that you can make a covering deposit before an *item* is presented for payment because your deposit may not be immediately available for withdrawal and *items* are often presented for payment very quickly. (See our "Funds availability policy" for complete details).

### Debit card *overdraft service*

You can tell us how you want your ATM and everyday (one-time) debit card transaction handled when you do not have enough money in your checking account or linked *overdraft* protection accounts to cover your transaction. Adding the debit card *overdraft service* to your checking account may be an appropriate "back-up" plan to avoid declines when you do not have sufficient funds in your checking account or linked *overdraft* protection account to cover a transaction. If you prefer to have your ATM and everyday (one-time) debit card transactions approved, at the Bank's discretion, if you do not have sufficient funds, you may want to consider this *service*.

### Important details

- There is **no fee** if your account is overdrawn **during the day** and you make a sufficient deposit or transfer before the posted "cutoff" time on the same *business day*. Deposits are subject to our funds availability policy.
- The payment of transactions into *overdraft* is discretionary and the bank reserves the right not to pay. For example, the bank typically does not pay *overdrafts* if your account is not in good standing or you have had excessive *overdrafts*.
- If an ATM or everyday debit card transaction overdraws your account, you will pay the *overdraft* fee described in the *service* fee section "*overdraft* (OD), returned *item* (Non-Sufficient Funds/NSF)". You must immediately bring your account to a positive balance.
- This *service* does not apply to checks and other transactions such as Bill Pay, ACH and debit card transactions that you have established for recurring payment (such as utilities or club memberships). The Bank may continue to authorize or pay these transactions at our discretion, even if you do not sign up for the debit card *overdraft service*.

### *Overdraft* protection plans

If you enroll in an *overdraft* protection plan (such as a linked savings or credit card account) and there are sufficient available funds under that plan to cover the amount of the *overdraft*, we will pay the *item*, and an *overdraft* protection transfer or advance fee will apply. If there are insufficient available funds under that plan to cover the amount of the *overdraft*, the following terms apply:

## *Overdrafts;* security interest; the Bank's right to setoff

For ATM and one-time debit card transactions:

- If you have requested that we pay *overdrafts* for ATM and one-time debit card transactions (also known as everyday debit card transactions), we have the right to either (i) decline the transaction or (ii) pay the transaction by transferring available funds under the *overdraft* protection plan to the account and creating an *overdraft* in your account in the amount of the difference between the amount of the transaction and the amount transferred.

- If you have not requested that we pay *overdrafts* for these types of transactions, but your account nonetheless becomes overdrawn, we will not charge you for the resulting *overdraft*. However, we are permitted to transfer any available funds under the *overdraft* protection plan to your account, and you will be subject to any fees in accordance with the terms governing that plan.

For *items* other than ATM and one-time debit card transactions

We have the right to either (i) return the *item* or (ii) pay the *item* by transferring available funds under the *overdraft* protection plan to the account and creating an *overdraft* in your account in the amount of any difference between the amount of the *item* and the amount transferred.

### *Overdrafts*

If you do not have an *overdraft* protection plan, the actions we are authorized to take with respect to a transaction creating an *overdraft* depends upon the type of *item* involved in the transaction.

- ATM and one-time debit card transactions. We will not authorize an ATM or one-time debit card transactions if it appears from your *available balance* that allowing the transaction will result in an *overdraft* to your account, unless you have requested us to pay *overdrafts* on these transactions. We reserve the right on a case-by-case basis, to authorize and pay, at our discretion, an ATM or one-time debit card transaction. Regardless, if you have not requested payment of *overdrafts* on these transactions, we will not charge you an *overdraft* fee if an ATM or one-time debit card transaction pays into *overdraft*, but you must immediately repay the resulting *overdraft*. Even if you request us to pay such *overdraft* transactions, it does not mean that we will allow such transactions to occur. Information about how you may request us to pay ATM and one-time debit card transactions that create *overdrafts* is separately provided.

- *Items* other than ATM and one-time debit card transactions. We have the right to take the following actions without prior notice to you if we receive an *item*, other than an ATM or one-time debit card transaction, for payment against your account and there are insufficient funds in your account to cover the *item*:
  - Pay the *item* and create an *overdraft* to your account, or
  - Return or decline the *item*.

We will in no instance be obligated to pay an *item* and create an *overdraft* even if we may have previously established a pattern of honoring or dishonoring such an *item*. Any negative balance on your account is immediately due and payable by you, unless we agree otherwise in writing, and you agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur in recovering the negative balance (including *overdraft* and associated fees.)

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## *Overdrafts;* security interest; the Bank's right to setoff

### *Overdraft* protection plans

The Bank offers a number of *overdraft* protection plans to help you avoid the inconvenience and expense of *overdrafts* and returned *items*. If there is an *overdraft* in your checking account, the Bank will automatically access available funds in the Wells Fargo account(s) you have linked to your checking account to cover the *overdraft* so the *available balance* in your checking account is sufficient to cover paid *items* and/or notices of presentment (pending authorized point-of-sale transactions). The types of accounts that can be linked for *overdraft* protection depend on the checking account you have.

- You may link one savings account and one eligible credit card or line of credit account, except where expressly prohibited by law. See your credit agreement for the terms governing *overdraft* protection advances from your credit card or line of credit account.

- If you link both a savings account and credit account as *overdraft* protection, you can designate the account that you want the Bank to access first.

- If you do not designate an account, the Bank will access funds in your savings account first, up to the *available balance*, and then from your credit account. If there are not enough funds or credit available to cover the entire amount of an *item* presented for payment, the Bank may take any of the actions specified in the subsection "*Overdrafts* and Non-Sufficient Funds/NSF."

- The account to which the Bank charges its *overdraft* protection transfer fee depends on the account used for *overdraft* protection. When the Bank accesses funds in your savings account or your line of credit account, the Bank's fee is charged to your checking account. See "*service* fees" in the *Schedule* applicable to your account. When the Bank accesses funds through your credit card account, the Bank's fee is charged to your credit card in accordance with your credit card agreement. You will be subject to interest charges on funds accessed from your line of credit or credit card and other fees or charges (if applicable) in accordance with your line of credit agreement or credit card agreement.

### Security interest; the Bank's right to setoff

To secure your performance of this *Agreement*, you grant the Bank a lien on and security interest in your account at the Bank and your accounts with any *affiliate* of the Bank. In addition, you acknowledge that the Bank may setoff against any accounts you own at the Bank (including matured and unmatured CDs) with any *affiliate* of the Bank for any obligation you owe the Bank at any time and for any reason as allowed by the laws governing your account. These obligations include both secured and unsecured debts and debts you owe individually or together with someone else. The Bank may consider this *Agreement* as your consent to the Bank's asserting its security interest or exercising its right of setoff should any laws governing your account require your consent. The Bank's security interest and its right of setoff shall not apply if such security interest or right would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) that you maintain with the Bank. If your account is an unmatured CD, the Bank may deduct any early withdrawal fee that may be due as a result of the Bank having exercised its right of setoff. The rights described in this subsection are in addition to and apart from any other rights, including any rights granted under any security interest that you may have granted to the Bank.

## Checking subaccounts

For each checking account, the Bank may establish on your behalf, a master account and two subaccounts. All information that is made available to you about your account will be at the master account level. The subaccounts are composed of a savings account and a transaction account. On the first day of each month, the Bank will allocate funds between the two subaccounts as it deems appropriate. *Items* received by the Bank that are drawn against your master account will be presented for payment against the transaction subaccount. Funds will be transferred from the savings subaccount to cover checks presented against the transaction subaccount as may be needed. On the sixth transfer from the savings subaccount during a statement period all of the funds on deposit in the savings subaccount will be transferred to the transaction subaccount. If your account earns interest, the use of subaccounts will not affect the interest you earn.

## Form of account ownership

### Accounts owned by more than one person

If two or more of you open an account together, the Bank may presume that it is owned by all of you as joint tenants with right of survivorship, unless: state laws governing your account require other treatment, or the Bank otherwise agrees with you in writing that the account is owned in some other capacity. Regardless of the form of ownership, the Bank is not obligated to separately record each co-owner's interest in the account.

Not every form of ownership described below is available in every state:

### Joint tenants with right of survivorship

If your account is held by you as joint tenants with right of survivorship and one of you dies, the account is payable to any surviving co-owner, subject to the Bank's right of setoff and security interest in the account.

### Tenants-in-common

If your account is held by you as tenants-in-common and one of you dies, the Bank may pay the account, subject to the Bank's right of setoff and security interest in the account, in whole or in part, to any surviving co-owner or to the personal representative, heirs, or successors of the deceased owner.

### Community property

If your account is held as community property, the owners of the account are husband and wife, and each has an equal and undivided interest in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest by will. Community property does not exist in every state. You should ask your own legal adviser to determine whether your account will be treated as community property.

### Marital property

If your account is held as a marital account, the owners of the account are husband and wife, and each has an equal and undivided interest in the account during their lifetimes. When one spouse dies, 50 percent of the funds belong to the surviving spouse and 50 percent of the funds belong to the estate of the deceased spouse, or if applicable, are paid to the Pay-On-Death (POD) beneficiary. A marital account is available only in the state of Wisconsin, and only if the Bank agrees in writing to establish your account as a marital account.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Form of account ownership

### Pay-On-Death (POD) accounts

Regardless of how it is designated, an account that is payable on your death (or the death of the last surviving co-owner) to one or more named payees is considered a POD account. A POD account may be alternatively described as "payable on death," (POD), "in trust for," (ITF), "transfer on death," (TOD), a "Totten Trust" or otherwise. An account that is owned by one or more persons as trustee for one or more beneficiaries is also a POD account if: the account is to be paid to the beneficiaries only on your death or the death of the last surviving co-owner; the relationship of the trustees and the beneficiaries is established by this *Agreement*; and there is no subject of the trust other than the sums on deposit in the account.

Unless the account is held as community property or marital property, payee or beneficiary must survive all owners to have an interest in the account. You may change, add, or remove the name of any payee or beneficiary anytime by giving proper written notice to the Bank. If at the time you die (or the last surviving co-owner dies), a payee or beneficiary is a minor, the Bank may in its discretion transfer the payee's or beneficiary's interest to the person who is appointed custodian for that payee or beneficiary according to the applicable Uniform Transfers/Gifts to Minors Act.

### Uniform transfers/Gifts to minors act accounts

An account established under a state's uniform transfers/gifts to minors act is controlled by the custodian (or a successor custodian). Only the named custodian (or successor custodian) is authorized to instruct the Bank regarding the account. The Bank may, however, disclose information about the account to the minor or the minor's representative. When the minor reaches the age that transfer by the custodian to the minor is mandated, or anytime thereafter, the Bank may pay the funds on deposit in the account to the minor in accordance with the custodian's duty without waiting for instructions from the custodian. The custodian agrees to keep the Bank informed of the minor's location.

### Minor-by accounts

One or more adults may open an account in the name of the minor as allowed by the Bank or state laws governing your account. (An "adult" is a person who has reached the age of majority.) Beneficial ownership of the funds deposited in the account vests exclusively in the minor. Control of the account is vested exclusively in the adult throughout the period of minority. If there is more than one adult, each may act independently. The Bank is not obligated to inquire about or investigate the application of the funds. When the minor reaches the age of majority, the Bank may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, the Bank may transfer the funds to the person who is appointed custodian according to the uniform transfers/gifts to minors act, as enacted in the state in which the Bank branch holding the account is located.

### Transferring an interest in your account

To be effective, an assignment must be agreed to by all co-owners and accepted in writing by the Bank. If you attempt to pledge, assign, or in any other manner transfer all or a part of any interest in or to your account, the Bank is not bound by the transfer or assignment until the Bank acknowledges its acceptance in writing. The Bank does not have to accept or in any way recognize the transfer, and the Bank is not obligated to make any further inquiry regarding the matter. The Bank does not need to acknowledge or in any way respond to or act on any document the Bank receives that claims to assign or transfer any interest in your account. If the Bank does accept or in any way recognize the transfer, the Bank may, in its

# Form of account ownership

sole discretion, make such acceptance or recognition conditional. Unless the Bank expressly agrees in writing to the contrary, any rights of a transferee or an assignee are subject to the Bank's right of setoff and security interest in the account, and you are responsible for notifying such transferee or assignee of such fact. The Bank is not obligated to notify you or any other person before the Bank disburses any funds from your account according to what the Bank in good faith believes to be the terms of the transfer or assignment.

### Reliance on Bank records to determine ownership

The Bank may rely solely on its records to determine the form of ownership of your account. The Bank may presume that any person named in addition to you in its records for your account owns the funds in your account with you as a co-owner, unless the Bank's records indicate that the person is an *authorized signer* or has some other relationship to the account.

### Failure to supply signature

The failure of a person identified in the Bank's records as an owner or a co-owner of an account to sign a signature *card* (or other account related documentation) does not prevent the Bank, in its sole discretion, from treating such person as an owner or a co-owner of that account, and the Bank is not liable to anyone else as a result.

### Instructions of co-owners and their representatives

The Bank may act on the instructions of any co-owner (or a co-owner's legal representative), including instructions to withdraw or transfer funds, make payments, or close the account. The Bank may pay any sums in the account on request of any co-owner (or a co-owner's legal representative), regardless of their contributions, whether any other co-owner is then incapacitated or deceased or whether the account includes a right of survivorship. The Bank may act on the instructions of any co-owner of an account to open additional, like-titled accounts, provided the same signature requirements apply to such accounts.

### Joint liability

If there is an *overdraft* to your account, you are each individually and jointly liable for the amount, regardless of who caused or benefited from the *overdraft*. If there is a setoff, the Bank's enforcement of its security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy), affecting any co-owner, the Bank has the right to treat all funds in the account as belonging to the person against whom the setoff, enforcement of the security interest or other legal action is directed. If your account is closed for unsatisfactory handling, the Bank is permitted to report all of you to the consumer reporting agencies.

### Death or incompetence

You agree to notify the Bank immediately in writing if any co-owner or *authorized signer* on your account dies or is declared incompetent by a court. You also agree to instruct all owners and *authorized signers* on your account to notify the Bank of such an event.

Introduction

Dispute Resolutions

Statements & Error
Notifications

Checking &
Savings Accounts

Electronic Banking
Services

Index

## Miscellaneous

### General

This *Agreement* constitutes the entire agreement between you and the Bank and supersedes prior oral or written representations, conditions, warranties, understandings, proposals, or agreements regarding your account and any *service*. Headings do not constitute a part of this *Agreement*. No person or entity will be deemed to be a third party beneficiary under this *Agreement*.

### Acceptable form of *paper items*, Document and image quality

You agree to comply with the Bank's specifications for *paper items*, including, without limitation, paper stock, dimensions, and other generally applicable industry standards for *paper items* and to include on your *paper items* the Bank's name and address as directed by the Bank. Certain features (such as security features) of an original *paper item* issued by you or any *deposited item* may impair the image quality of a substitute check, purported substitute check, or electronic *item*, that the Bank or any third party creates from that *paper item* or *deposited item*. The Bank reserves the right to accept *paper items*. The Bank will not be liable for any claims, demands, judgments, or expenses (including attorney's fees and expenses) paid, suffered or incurred by you, and you will indemnify and hold the Bank and its *affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from and against any claims, demands, judgments, or expenses (including attorney's fees and expenses) paid, suffered, or incurred by the Bank, arising directly or indirectly as a result of or in connection with the untimely return of any check you have issued as a result of, and any presentment-related problem resulting from, the failure of the check to conform in any respect to the Bank's specifications for *paper items*, including without limitation, failure to include the Bank's full name and address on the *paper item*.

### Account conversion

The Bank may convert your account to another type of deposit account offered by the Bank at any time, provided the Bank gives you any advance notice that may be required. If you have a high volume of activity, inappropriate activity, or a negative balance or if the Bank stops offering the type of account you have, the Bank may convert your account to another type of account designed to accommodate your needs. The Bank will give you more information about your new account when it converts your account.

### Closing your account

You or the Bank may close your account at any time. If the account is closed, the Bank may send the collected balance on deposit in your account by ordinary mail to your most recent address shown on the Bank's records. The Bank may, but shall not be required to, allow you to leave on deposit sufficient funds to cover outstanding *items* to be paid from your account. If the Bank does allow such funds to remain on deposit, the terms and conditions of this *Agreement* shall continue until the Bank makes a final disbursement from your account. If the Bank does not allow you to keep any funds on deposit, the Bank will not be liable for any loss or damage that may result from dishonoring any of your *items* that are presented or otherwise received after your account is closed. If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed. If your account balance does not reach zero within three months from the date of your request, the Bank may close your account and send you the balance as described above or return your account to active status.

# Miscellaneous

## Contract language

English is the controlling language of the relationship between you and the Bank. The Bank may translate its forms, disclosures, and advertisements into another language for your convenience. However, if there is a discrepancy between the Bank's English language materials and the materials in another language, the English language version is controlling, unless:

- The Bank otherwise agrees with you in writing
- The laws governing your account specifically provide for a different result.

You agree to issue *paper items* in English. You further agree that the Bank will not be liable for any losses incurred if you do not comply with this restriction.

## Credit reports

You authorize the Bank to make any inquiries that it considers appropriate to determine if it should open and maintain your account. This may include ordering a credit (or other) report (e.g. information from any motor vehicle department or other state agency) on you.

## Disclosure of information

Generally, absent your consent, the Bank will not disclose information about your account, except under the following circumstances:

- To comply with a statute, regulation, or rule
- In connection with examinations by state and federal banking authorities
- To comply with any legal process, including, without limitation, a subpoena, search warrant, or other order of a government agency or court
- When the Bank determines that disclosure is necessary or appropriate in order to complete a transaction
- To verify the existence and condition of your account for a third party, such as a merchant or credit bureau
- To provide information to your legal representative or successor
- To report the involuntary closure of your account
- When the Bank concludes that disclosure is necessary to protect you, your account, or the interests of the Bank
- To agents, independent contractors, and other representatives of the Bank in connection with the servicing or processing of your account or account transactions, or similar purposes
- To its *affiliated* banks and companies
- If you give your permission

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Miscellaneous

### Dormant and unclaimed accounts

Your account is dormant if, for one year for a checking account or three years for a savings account or CD, there is no customer-initiated activity (except where state laws governing your account require otherwise). If your account is dormant, the Bank may hold all statements for your account, but normal maintenance and other fees continue to apply except where prohibited. *Card* privileges (including ATM and point-of-sale access) may also be blocked or terminated.

If your account remains dormant and is unclaimed by you for the period required under the state laws governing your account, the Bank is required by that law to "escheat" the funds; that is, to deliver the funds in your account to the state. The Bank may charge a fee for mailing an escheat notice. When the funds in your account are delivered to the state, your account is closed, and no interest accrues. To recover funds delivered to the state, you must file a claim with the state.

### Laws governing your account

Your account is governed by the laws and regulations of the United States and, to the extent applicable, the laws of the state in which the office of the Bank that maintains your account is located (unless the Bank has notified you in writing that the laws of another state shall govern your account), without regard to conflicts of laws principles, or clearing house rules and the like. If you were not physically present at an office of the Bank when you opened your account (for example, if you opened your account by phone, through the mail, or over the Internet), your account will be governed by the laws of the state in which the main office of the Bank is located, unless the Bank notifies you that your account has been assigned to a particular office of the Bank. If the Bank does notify you that your account has been assigned to a particular office, the laws of the state in which that office is located will govern your account.

Notwithstanding the preceding paragraph, any funds transfer (including a wire transfer) that is a "remittance transfer" as defined in Regulation E, Subpart B, shall be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

The Bank and you agree that any lawsuits, claims, or other proceedings arising from or relating to your account or this *Agreement*, including without limitation, the enforcement of the arbitration agreement in this *Agreement* and the entry of judgment on any arbitration award, shall be venued exclusively in the state or federal courts in the state whose laws govern your account (unless the Bank has notified you that your account will be assigned to a particular office, in which case it shall be venued exclusively in the state or federal courts located in the state in which that office is located), without regard to conflict of laws principles.

### Limit on number of accounts

The Bank reserves the right to limit each account type per account holder or per household. The term "household" refers to all persons occupying an individual housing unit, whether a single person or two or more unrelated persons.

## Miscellaneous

### Modification of *Agreement*

The Bank may, in its sole discretion, from time to time change this *Agreement* by adding new provisions or by modifying or deleting existing provisions. Each such addition, modification or deletion is referred to in this *Agreement* as a "modification." When the laws governing your account require the Bank to notify you of a modification of this *Agreement*, the Bank may do so by posting notice of the modification in the Bank's home page (www.wellsfargo.com), by including a message on or with the statement for your account, or by any other means that the Bank considers appropriate, unless the laws governing your account require notice by a specific means. In addition, the Bank may agree in writing (or otherwise) to waive a provision of this *Agreement*, including, without limitation, a fee (a "waiver"). The Bank may, upon prior written notice to you, revoke any waiver. Your continued use of your account or a related *service* including a balance inquiry or any other communication with the Bank about your account following the effective date of any modification of this *Agreement*, or revocation of any waiver, will show your consent to that modification, or revocation of waiver.

Each of the rules, terms, and conditions set forth in this *Agreement* stand alone. Any term or condition contained in this *Agreement* which is inconsistent with the laws governing your account will be deemed to have been modified by the Bank and applied in a manner consistent with such laws. Any term of this *Agreement* which a court of competent jurisdiction determines to be unenforceable or invalid will not affect the enforceability or validity of the remaining provisions of this *Agreement*.

### Monitoring and recording communications

The Bank may monitor, record and retain telephone conversations, electronic messages, electronic records, and other data transmissions between you and the Bank at any time without further notice to anyone, unless further notice is otherwise required by the laws governing your account, and will have no liability for doing or failing to do so.

### No fiduciary relationship

The Bank's relationship with you concerning your account is that of debtor and creditor; no fiduciary, quasi-fiduciary, or special relationship exists between you and the Bank.

### Reordering checks

You can reorder checks by Logging in at wellsfargo.com/checks or by calling 1-800-TO-WELLS (1-800-869-3557). If you or a third party prints your checks, the Bank shall have no liability to you if the Bank is unable to process such checks by automated means.

### Verification of transactions; right to reverse erroneous credits

All transactions, including without limitation, those for which the Bank has provided a receipt, are subject to the Bank's final verification. Verification of a deposit does not occur at the teller window. Consequently, the receipt that you receive at the time of your deposit is not evidence that your deposit has been verified. The Bank may reverse or otherwise adjust any credit it believes it has erroneously made to your account at any time without prior notice to you.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Interest-earning accounts

### Variable/Fixed-rate accounts

An interest-earning account may be either a variable-rate or a fixed-rate account. Unless the Bank has specified otherwise in writing, your account will be a variable-rate account. That means the Bank may, in its sole discretion, change the interest rate on your account at any time. Excluding CDs, the Bank may change the interest rate on fixed-rate accounts provided it pays the new interest rate for at least 30 days.

### Method used to calculate earned interest

The Bank may use either the average daily collected balance or daily collected balance method to calculate interest. Interest is calculated using a 365-day year.

- The average daily collected balance method applies a periodic rate to the average daily collected balance for the period. The average daily collected balance is calculated by adding collected balance for each day and dividing by the number of days in the period.
- The daily collected balance method applies a daily periodic rate to collected balance each day

Unless the Bank has specified otherwise in writing, it will use the daily collected balance method to calculate interest. If your account is a tiered-rate account, the Bank may pay the same interest rate on more than one tier.

### Interest accrual

If you deposit a non-cash *item*, such as a check, interest begins to accrue no later than the *business day* the Bank receives credit for the deposit of that *item*. This may not be the same day that you deposit the noncash *item* to your account.

### Compounding and crediting

Interest will compound on a daily basis. For checking and savings accounts, interest will be credited on a monthly basis. For CDs, the Bank will notify you separately as to the frequency with which interest will be credited to your account.

### Interest adjustments

If you receive a statement for your account, an interest adjustment may be reflected on the statement for your account for the month after it occurs rather than the month in which it occurs.

### Annual Percentage Yield and Annual Percentage Yield Earned

The Bank may periodically disclose the annual percentage yield that is applicable to your account. The Annual Percentage Yield (APY) is a percentage rate that reflects the total amount of interest paid on the account. It is based on the interest rate earned on the account and the frequency of compounding for a 365-day period. Your statement will include the Annual Percentage Yield Earned (APYE) on your savings accounts and interest-earning checking accounts for the period covered by the statement. The APYE is an annualized rate that reflects the relationship between the amount of interest actually earned on your account and the average daily collected balance (also described as "average collected balance") in the account. Both the APY and the APYE are calculated according to formulas established by federal regulations. The APY that is disclosed in connection with your account may not be the same as the APYE that appears on the statement for your account.

# Interest-earning accounts

### The Bank's right to require notice

The Bank has the right to require seven days written notice before you withdraw money from any savings account.

### Savings account transaction limits

Regulation D limits certain types of withdrawals and transfers from savings or money market accounts to a total of six (6) per monthly statement period (exceptions to the statement period may apply).

Limited:

- Transfers by phone using our automated banking service or speaking with a banker on the phone
- Transfer or payments through online, mobile, and text banking (including bill pay)
- Transfers to a checking account for overdraft protection coverage
- Pre-authorized transfers and withdrawals (including recurring and wire transfers)
- Payments to third parties such as checks, drafts, or similar other transactions (counted when they are posted to your account and not when they are written)
- Debit or ATM card purchases that post to the savings account

Not limited:

There are no limits on transfers or withdrawals made in person at an ATM or Wells Fargo banking location or on any types of deposits.

An excess activity fee (see Fee Schedule) is assessed for transactions exceeding the limit stated above. If the limit is exceeded on more than an occasional basis, the Bank may be required to convert the savings account to a checking account, which would discontinue any overdraft protection it might be providing to another account, or close the account. If the withdrawal and transfer limit is reached, we may decline transfers and withdrawals for the remainder of the monthly statement period to help you avoid a fee and account conversion or closure.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Time Accounts (CDs)

### General

Time Accounts include deposits which are payable, either on a specified date or at the expiration of a specified time, no less than seven calendar days after the date of deposit. The Bank may refer to a Time Account as a "CD" or a "Certificate of Deposit," even though the Time Account is not represented by a certificate.

### Certificated CDs

If you received a certificate evidencing your CD, the Bank may require you to present the certificate and any amendments to receive payment or transfer ownership.

### Maturity date

Your CD will mature at the end of the term stated on your receipt, disclosure, or certificate, as applicable.

### Time requirements

You agree to keep your funds on deposit until the maturity date. You may make withdrawals from your CD on the maturity date or within the grace period after that date. For Step Rate Time Accounts partial withdrawals are allowed before maturity during specified early withdrawal periods. The Bank will not agree in advance to allow other withdrawal before maturity.

### Payment of interest

If you have elected a payment of interest other than a credit to your CD, the Bank may, in its discretion, terminate this interest payment method in favor of crediting your CD. Ordinarily, such discretion will be exercised when an interest payment mailed to your account address has been returned undelivered, when an account to which your interest payments were automatically credited has been closed, or if the interest payment amount is less than any minimum amount as determined by the Bank.

### Additional deposits

You may not make additional deposits to your CD except during the grace period, unless the Bank otherwise agrees in writing.

### Withdrawal of interest prior to maturity

The Annual Percentage Yield (APY) disclosed to you assumes that interest will remain on deposit until maturity. A withdrawal of interest prior to maturity will reduce earnings.

### Withdrawal of principal prior to maturity

All or any part of the principal may be withdrawn before maturity without a fee due to the death of the accountholder or if the accountholder is declared mentally incompetent by a court of competent jurisdiction. Step Rate accounts allow partial withdrawals before maturity during specified early withdrawal periods.

# Time Accounts (CDs)

### Renewal policies

If your CD is automatically renewable, at maturity it will renew:

- Typically for a like term unless you are informed prior to maturity of a different term
- At the Bank's interest rate in effect on the maturity date for a new CD of the same term and amount, unless the Bank has notified you otherwise
- Your Step Rate CD will renew into a standard (non-step) 24 month fixed rate Time Account (CD)

You may withdraw your funds, up to the amount of the matured CD, anytime during the grace period without a fee. The Bank will not pay interest from the maturity date to the date of withdrawal on the funds withdrawn. If your CD is not automatically renewable and you do not withdraw the funds on the maturity date, the CD will cease to earn interest.

# Check safekeeping and image statements

Check safekeeping is automatically included on all Bank accounts that allow check writing. Image Statements are available on all checking accounts. With check safekeeping, the front and back of all checks paid against your account are copied on microfilm or by other means. The copies are retained for seven years (or longer as required by law) from the date each check is paid against your account. As soon as your original check is copied, it is destroyed.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# ATM cards and debit cards

This part describes the Bank's account-related electronic banking *services*, and provides the terms applicable to these *services*. In general, these *services* provide ways to transfer funds electronically to and from your account using an ATM card or debit card linked to the account and/or a Personal Identification Number (PIN). The Bank may limit the availability of these *services* at any time, and all of these *services* may not be available at each Bank location. The Bank may require you or the cardholder to sign a separate agreement to obtain these *services*. If there is a conflict between the separate agreement and this *Agreement*, the separate agreement will control. Additional terms and conditions, if any, applicable to these *services* are provided in the *Schedule*.

The Bank may, in its sole discretion, limit the availability of electronic banking *services* as it considers appropriate. Additional disclosures, if any, applicable to these *services* may be included in the *Schedule*.

### Issuance of a *card* and PIN

Subject to qualification, the Bank may issue a *card* and a Personal Identification Number (PIN) to each cardholder to access account(s) linked to your *card* (each, a "linked account") at automated teller machines (each, an "ATM") and, for Wells Fargo ATM Cards or Wells Fargo Debit Cards, where offered, at point-of-sale network merchants.

### Instant debit card

The Instant Debit Card is a temporary card that permits you to access the funds in your designated account. The Bank may permit the card to be used to make point-of-sale purchases at participating retailers and service providers and/or to access funds in your account through an ATM.

### Use of the *card*

The specific functions that can be performed depend on the type of *card* that the Bank agrees to issue. Wells Fargo Debit Cards may also be used to receive certain electronic credit transfers such as those through card networks or funds transfer systems. Some *services* may not be available at all locations.

### Illegal transactions

Your *card* must not be used for any unlawful purpose under applicable law, including, but not limited to, "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issued thereunder. You agree to take steps to ensure each cardholder will not use his or her *card* or any linked account for any transaction that is illegal under the laws governing your account. In addition, the Bank reserves the right to deny transactions or authorizations from merchants apparently engaging in the Internet gambling business or identifying themselves through the *card* transactions record or otherwise as engaged in such business.

### Protecting the *card* and Personal Identification Number (PIN)

Take care of the *card* and PIN as you would your checks and other important documents. Each cardholder must have his or her own unique PIN for the *card*, which may be embossed with his or her name. Each cardholder is responsible for maintaining the confidentiality of the PIN. Memorize the PIN. Never write the PIN on the *card* or share it with anyone, including Bank personnel. Never allow anyone else to use, borrow, or obtain the *card* or PIN. If the *card* and/or PIN are given to another person, the account owner will be responsible for all transactions made by that person or anyone else to whom that person gives the *card* and/or PIN. Notify the Bank immediately if the *card* is lost or stolen or is no longer secure.

# ATM linkages and designation of accounts

### Account linkages

The Bank shall determine the number and type of accounts that can be linked to your *card*. You may link such additional accounts to your *card* as the Bank permits from time to time. The permitted linkages may vary depending on the type of *card*. The Bank may link to your *card* any or all of the accounts on which you are an *authorized signer*, unless you request the Bank not to link specific accounts.

### Designation of primary transaction account

If you link only one account of a single type (e.g., checking, savings accounts) to the *card*, that linked account is automatically designated as the "primary" account for purposes of electronic banking *services*.

### Designation of primary vs. other accounts

If you link more than one account of a single type to the *card*, you may designate a primary account, secondary account, and other accounts. For example, if you link four checking accounts to your *card*, one account will be the primary account, another will be the secondary account and the remaining two accounts will be other accounts. If you do not designate one account as the primary account of a particular type of account, the first account of that type linked to your *card* is considered the primary account for that type of account. Certain transactions are debited from the linked account designated as primary.

If a "primary" account linked to the *card* is closed or delinked for any reason, the Bank will designate a "secondary" account (if applicable) as the new "primary" account. If a "secondary" account linked to the *card* is changed to a "primary" designation or closed or delinked for any reason, the Bank may designate any additional qualified account that is linked to the *card* as the new "secondary" account on the *card*.

### Linked credit card and line of credit accounts

If the Bank permits you to link your credit card account or line of credit account (each a "credit account") to your *card*, you may use your *card* to obtain cash or transfer funds from a linked credit account, so long as the credit account is in good standing and has available funds. Cash advances or transfer of funds are treated as cash advances, and are subject to the provisions of the agreement between you and the Bank applicable to the linked credit account.

Introduction

Dispute Resolutions

Statements & Error
Notifications

Checking &
Savings Accounts

Electronic Banking
Services

Index

# ATM transactions and point-of-sale purchases

### Daily limits

If the *card* may be used to make withdrawals and/or transfers at an ATM or to make point-of-sale purchases, the following rules apply:

- While there is generally no limit on the number of times the *card* may be used each day so long as the applicable daily limits for linked accounts that are separately disclosed are not exceeded, we may limit the number of authorizations we allow during a period of time. We reserve the right to deny certain transactions for any reason, including default, suspected fraudulent or unlawful activity, internet gambling, or any indication of increased risk related to the transaction. For security reasons, we cannot explain the details of how the authorization system works. You agree that the Bank will not be liable for failing to give an authorization. If the authorization is denied, the Bank may notify the person who attempted the transaction that it has been refused.
- The ATM daily dollar limit is the maximum amount of cash that can be withdrawn from any combination of linked deposit accounts by an individual *card*
- The daily point-of-sale purchase limit is the maximum amount of purchases (including cash back, if any) that can be debited from the linked account used for point-of-sale access
- For purposes of the daily limits only, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. If a transaction is initiated in another time zone, it will be processed when the Bank receives it. The Bank will send notification if the Bank decreases the daily limits.
- If your daily purchase point-of-sale limit is greater than $99,999, you may need to request that the merchant process multiple transactions to complete a purchase above this amount

If the cardholder already has a *card* and does not know what the daily limits are, call the Bank at the telephone number listed in the *Schedule* or on the statement for your account. For any *cards* that allow linkage to credit accounts, cash advances, or transfers from linked credit accounts are subject to all terms in the agreement governing the credit card account or line of credit including daily limits and cash advance fees.

### Available funds

Generally, a cardholder can withdraw funds up to the daily ATM or point-of-sale withdrawal limit, subject to the *available balance* in any combination of linked deposit accounts accessed for withdrawal. If the ATM or point-of-sale purchase would create an *overdraft* on the linked account, the Bank may, in its sole discretion, take any of the actions described in the section of this *Agreement* titled "*Overdraft* and Non-sufficient Funds/NSF." The availability of deposits for withdrawal is described in the funds availability policy.

### Point-of-sale purchases

A cardholder may use the *card* to purchase goods and services from participating retailers and service providers that accept payment through networks in which the Bank participates.

Your Personal Identification Number (PIN) may be required at point-of-sale terminals where PINs are accepted. You may also use your *card* with your PIN to get cash back when you make a purchase at merchant locations that allow that type of transaction and accept payment through networks in which the Bank participates. You must follow the instructions on the merchant terminal and enter your PIN to obtain cash back.

# ATM transactions and point-of-sale purchases

Stop payments may not be requested on point-of-sale transactions. If the Bank receives an electronic notice that a point-of-sale transaction has occurred, a hold may be placed on the account designated as the "primary" transaction account. The hold will be for the actual amount of the purchase or, depending on the merchant's practice, for the anticipated amount of the purchase (which may be greater than the actual amount of the purchase). The hold may remain in effect from the time the notice is received until the merchant draft or other *item* is presented. The amount of each point-of-sale transaction will be deducted from the available funds in that designated account.

Some point-of-sale merchants may assess a fee for a purchase made at their location. A sign describing any fee should be posted by the merchant. This fee will be included in the total purchase amount shown on the Bank account statement linked to the card and reflected on the receipt issued at the time of the transaction.

## Visa Account Updater service

The Bank subscribes to the Visa Account Updater service (VAU). Under this service, if you give a merchant your *card* number and authorized it to bill your *card* periodically for recurring payments, and your *card* number changes due to replacement of a damaged *card*, lost/stolen *card*, or an updated *card* number, your new *card* number will automatically be sent to such merchant that subscribes to the VAU service. Because not all merchants or billing entities subscribe to the VAU service, you should always notify each individual merchant of your new *card* number. Changes to your *card* number as a result of a lost/stolen *card* will not be updated if there is reported fraud on the *card* number that is being replaced, and you must contact merchants to notify them of your new *card* information.

## Authorization holds for *card* transactions

For all *card* purchase transactions, please note that we are permitted to place a temporary hold against some or all of the funds in the account linked to your *card* if and when an authorization request is obtained. We refer to this temporary hold as an "authorization hold," and it will be subtracted from your *available balance*. In the case of an authorization request at a restaurant, hotel, or similar merchant, this amount may differ from the actual transaction amount as the actual transaction amount may not yet be known to the merchant when they submit the authorization request. For those transactions, there may be no authorization hold, or the amount of the authorization hold may be different from the transaction amount. In some other cases we may not receive an authorization request from the merchant, and there will be no authorization hold. We are permitted to place an authorization hold on your account for up to three (3) *business days* (or for up to 30 *business days* for certain types of debit or ATM card transactions, including but not limited to, car rental transactions, cash transactions, and international transactions) from the time of the authorization or until the transaction is paid from your account. However, if the transaction is not submitted for payment, we will release the authorization hold, which will increase your *available balance* until the transaction is submitted for payment by the merchant and finally posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. We urge you to record and track all of your transactions closely to confirm that your *available balance* accurately reflects your spending of funds from the account linked to your *card*. See the terms and conditions accompanying your *card* for more information on these authorization holds and the manner in which you may obtain balance information.

Introduction

Dispute Resolutions

Statements & Error
Notifications

Checking &
Savings Accounts

Electronic Banking
Services

Index

# ATM transactions and point-of-sale purchases

### Transactions outside the United States

If a *card* is used to make an ATM withdrawal or a point-of-sale purchase outside the United States, the network that handles the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a point-of-sale purchase only, the merchant that handles the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant that handles the point-of-sale purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, the Bank may also charge an international purchase transaction fee, which is based on the amount provided to the Bank by the network in U.S. dollars (the "Network transaction amount").

### Non-Wells Fargo network ATMs

A cardholder may use the *card* at non-Wells Fargo ATMs. These are designated ATMs, owned or operated by other financial institutions, at which the cardholder may conduct such non-Wells Fargo ATM transactions as withdraw cash from, deposits to, transfer available funds between, or check the balance on, the accounts designated as the primary linked checking and primary linked savings account(s). These ATM transactions may not be available at all network ATMs, and may differ from those available at Wells Fargo ATMs. Transactions will be limited to the account access, withdrawal limit(s), and currency denomination(s) provided or allowed by the participating network ATM. Some banks do not provide the option of account type. In this case, the cash withdrawal will be deducted from the primary account linked to the *card*. A fee may be assessed for each non-Wells Fargo network ATM transaction you perform. Outside parties (merchants, financial institutions, etc.) may assess additional transaction fees for transactions made at their ATMs. These fees may be included in the total amount of the transaction amount that is withdrawn from your account and shown on the statement for the account.

### Deposits at ATMs; deposit verification

*Items* that the cardholder wants to deposit to linked account(s) must be endorsed by all payees. *Paper items* drawn on credit accounts (also known as "superchecks"), or made out to payees not on the account may not be accepted once the *paper item* has been examined. You may not deposit foreign currency or *paper items* with payment amounts stated in foreign currency. If the cardholder makes a deposit at the ATM and the amount keyed differs from the sum of the *deposited items*, a debit or credit adjustment will be made to the account. During the verification process, *items* that the Bank refuses to accept for deposit for any reason (e.g. non-negotiable, endorsement exceptions, or otherwise irregular) will be returned by first class mail to the address in the Bank's records for your account. The dollar amount of such *items* will be deducted from the total dollar amount keyed in for deposit. The availability of deposits for withdrawal is described in the funds availability policy.

# ATM transactions and point-of-sale purchases

### Statements

If your account is governed by Regulation E, the Bank will send you a monthly statement if there are electronic fund transfers in a particular month. Otherwise, the Bank will send you a statement at least quarterly.

### Statement of last 10 transactions

The cardholder may use the *card* to obtain a printout of the 10 most recent monetary transactions (within the last 45 days) on any checking, savings, or remittance account linked to the *card*. The transactions and the account balance may include deposits still subject to verification or collection by the Bank, and the balances may differ from the cardholder's records because of deposits in progress, outstanding checks, or other withdrawals, payments or fees. Statement of Last 10 Transactions should not be used in lieu of the monthly statement for balancing/verifying the true account balance.

### Statement of balances of linked accounts

The cardholder may use the *card* to obtain a printout of the balances of all accounts linked to the *card*. Any balance shown on the statement may include deposits still subject to verification by the Bank, and the balances may differ from the cardholder's records because of deposits in progress, outstanding checks, or other withdrawals, payments, or fees. If there is a "*" next to the "balance" for any deposit account (checking, savings, or remittance), there may be a hold on some or all of the total balance shown.

### Certain *items* affect the account total balance:

- "Deposits/Credits in process" reflects a cumulative total of all credit transactions performed on your account using a *card* since the ATM cutoff of the most recent *business day*, including ATM deposits and ATM transfers into your account
- "Withdrawals/Debits in process" reflects a cumulative total of all debit transactions performed on your account using a *card* since the ATM cutoff of the most recent *business day*, including ATM withdrawals, ATM transfers from the account, point-of-sale purchases, and cash withdrawals from your account
- "Preauthorized deposits/Payments in process" reflects the net amount of any deposits or payments (preauthorized by you) that the Bank has received but has not yet posted to your account
- "Funds on hold" may include any amounts not yet available for withdrawal. Periodically and during system maintenance, statement of balances of linked accounts may not be available. However, the cardholder may be offered the option of obtaining a statement of last 10 transactions (which does not include a running balance) during these times.

### Receipts at ATMs

The cardholder will have the option to print a receipt each time an ATM is used to make an electronic transfer. The receipt is evidence of the transaction as recorded by the ATM. All transactions are subject to posting, final payment, or verification, as applicable. The cardholder can use the receipt to reconcile the statement for their account.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# ATM transactions and point-of-sale purchases

### Access to linked credit card and line of credit accounts using ATMs

If the Bank links the cardholder's Wells Fargo credit card account or line of credit account to the *card* at the cardholder's request, the cardholder may use the *card* to access the linked credit card account or line of credit account at any Wells Fargo ATM, as long as all of the necessary account information is provided. The cardholder can use the *card* to obtain cash or transfer funds from the linked credit card or line of credit account, as long as the linked credit card or line of credit account is in good standing and has available credit. Cash advances and transfer of funds from your credit card account or line of credit account are treated as cash advances. Each transaction with the *card* involving any linked credit card account or line of credit account is subject to, respectively, the provisions of the applicable credit card account agreement or line of credit account agreement.

You must notify the Bank in case of errors or questions about your Wells Fargo credit card bill. If you think your bill is wrong, or if you need more information about a transaction on your bill, write to the Bank, on a separate sheet of paper, at: Wells Fargo Card Services, P.O. Box 522, Des Moines, IA, 50302-9907. You also may call the Bank at the telephone number listed on the statement for your account. However, you must **write** to the Bank to preserve your billing rights. Please consult your Wells Fargo Visa® or MasterCard® customer agreement and disclosure statement for complete information on the terms and conditions applicable to your credit card account, including the rules relating to cash advances from, and payments to, your credit card accounts.

### U.S. Postage stamp purchases

If a *card* is used to purchase sheets of U.S. postage stamps at designated Wells Fargo ATMs, the purchase price will be debited from the linked account selected and appear on the statement for that account. Stamp purchases are subject to the *card's* daily dollar limit for cash withdrawals at the ATMs.

### ATM and point-of-sale malfunctions

The cardholder will not hold the Bank responsible for damages that result from or are a consequence of an ATM or point-of-sale malfunction. The cardholder will promptly notify the Bank if an ATM fails to dispense the correct amount of cash or provide a proper receipt by calling or writing the Bank at the telephone number or address provided in the *Schedule*.

### When a transaction is posted

The time required to debit or credit your account after the *card* is used will depend on the location of the ATM or point-of-sale and the type of transaction.

### Termination of *card* privileges

The *card* is the property of the Bank. The Bank may terminate the cardholder's *card* privileges at any time without notice to you or the cardholder. You or the cardholder may terminate *card* privileges at any time by writing the Bank at the address provided in your statement. You will immediately notify the Bank in writing of the termination of the cardholder's authority to use a *card*. If the cardholder's authority is terminated, the account is closed or the *card* is cancelled, you will immediately retrieve and destroy the *card*(s) and upon request provide written confirmation that the *card*(s) has been destroyed. If *card* privileges are terminated, the cardholder(s) must immediately surrender the *card*(s) to the Bank. Termination of *card* privileges will not affect any rights and obligations for transactions made with a *card* before the privileges were terminated.

# Funds transfers

### Changes in terms affecting electronic transactions

From time to time, the Bank may change the terms and conditions applicable to electronic transactions. The Bank will send you written notice as required by the laws governing your account.

### Termination of electronic fund transfer privileges

All of your electronic transfer privileges end if your account is closed. Either you or the Bank may terminate specific electronic transfer *services* without closing your account. You may terminate a *service* by calling or writing the Bank at the number or address listed on the statement for your account or provided in the *Schedule*. The Bank may terminate specific electronic fund transfers anytime without prior notice to you.

### Rules of funds transfer systems

Funds transfers to or from your account will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), and Clearing House Interbank Payments System (CHIPS). The following terms and conditions are in addition to, and not in place of, any other agreements you have with the Bank regarding electronic transactions.

### Notice of receipt of funds

Unless the Bank has otherwise agreed in writing, we will notify you of funds electronically debited or credited to your account through the statement for your account covering the period in which the transaction occurred. The Bank is under no obligation to provide you with any additional notice or receipt.

### Reliance on identification numbers

If a transfer instruction describes the person to receive payment inconsistently by name and account number, payment may be made on the basis of the account number even if the account number identifies a person different from the named person. If a transfer instruction describes a participating financial institution inconsistently by name and identification number the identification number may be relied upon as the proper identification of the financial institution.

### Duty to report unauthorized and erroneous fund transfers

You will exercise ordinary care to determine whether a fund transfer to or from your account was either erroneous or not authorized and will notify the Bank of the facts within a reasonable time not exceeding 14 days after the Bank sends you the statement for your account on which the transfer appears or you otherwise have notice of the transfer, whichever is earlier. You will be precluded from asserting that the Bank is not entitled to retain payment unless you object to payment within the 14 day period.

### Erroneous payment orders

The Bank has no obligation to detect errors in payment orders (for example, an erroneous instruction to pay a beneficiary not intended by you or to pay an amount greater than the amount intended by you, or an erroneous transmission of a duplicate payment order previously sent by you). Should the Bank detect an error on one or more occasions, it shall not be construed as obligating the Bank to detect errors in any future payment order.

Introduction

Dispute Resolutions

Statements & Error
Notifications

Checking &
Savings Accounts

Electronic Banking
Services

Index

# Funds transfers

### Automated Clearing House (ACH) transactions

The following terms apply to payments to or from your account that are transmitted through an ACH.

- Your rights as to payments to or from your account will be based upon the laws governing your account
- Credit given by a receiving bank to its customer for a payment from your account is provisional until final settlement has been made or until payment is considered received under the laws governing your account
- If a payment is made to your account and the Bank does not receive final settlement or payment is not received under the laws governing your account, you will not be considered to have received payment and the Bank will be entitled to reimbursement from you for that payment
- You hereby authorize any Originating Depository Financial Institution (ODFI) to initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for electronic presentment or re-presentment of *items* written or authorized by you

# Other electronic fund transfer *services*

### Electronic payments

#### Accounts that may be used

Electronic payment *services* are available to you from your checking or savings account.

#### Your authorization

No one can charge your account unless you authorize them to do so. If you authorize a person to periodically debit your account, in most cases, that person must give you a copy of your written authorization to keep.

#### Limitations

There are no limitations on the amount or frequency of debits that you may make from your checking account. If, however, you make payments from your savings account, any limitation on withdrawals applicable to savings accounts will apply. See the section entitled "Limitations on transfers from your savings account" in the "Interest-earning accounts" section within this *Agreement*.

#### Notice of change in amount

If you authorize a person to regularly debit your account and the amount varies from the previous amount debited, the person debiting your account is required to tell you, at least 10 days before each debit, when the debit will be made and how much it will be.

You have the same right to stop payment as described in the "electronic payments" section within this *Agreement*.

#### Liability for failure to make certain preauthorized transfers

If we do not complete a transfer on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages, unless any of the following conditions exist:

- You do not have enough funds in your account or linked account for *overdraft* protection to make the transfer;
- If the automated teller machine where you are making the transfer does not have enough cash or is not working properly;
- If circumstances beyond our control (such as earthquake, fire, flood, or system failure) prevent the transfer despite reasonable precautions that we have taken; or
- There are other exceptions stated in our agreement with you.

#### Stop payment of preauthorized electronic fund transfers

You may place a stop payment order of preauthorized electronic fund transfers by calling Wells Fargo Phone Bank at the number listed on the statement for your account at least three *business days* prior to the scheduled transfer date. The Bank requires your name and the account number associated with the such transfer, and the exact:

- Name of the payee
- The exact payment amount
- Scheduled transfer date

Failure to provide correct and complete information may prevent us from acting on the stop payment order of the preauthorized electronic fund transfer. You agree to indemnify and hold the Bank and its *affiliates*, officers, directors, employees, consultants, shareholders,

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

## Other electronic fund transfer *services*

and agents harmless from and against any loss incurred by the Bank as a result of the Bank's paying an electronic fund transfer if any of the information relied upon in the stop payment order is incorrect or incomplete (or as a result of the Bank's not paying a preauthorized electronic fund transfer for which a valid stop payment order is in effect.) If the Bank pays a preauthorized electronic fund transfer over a valid stop payment order, the Bank may require you to provide it with an affidavit describing in detail the dispute. If you order us to stop a preauthorized transfer three *business days* or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

### Reversal

You have the right to reverse any unauthorized payment that was debited from your account through an automated clearinghouse (ACH). If you give the Bank written notice that you want to reverse a payment, the Bank will recredit your account for the amount of the payment. You must notify the Bank within 15 days after we send you the statement for your account that reflects the payment you wish to reverse. This right of reversal is in addition to your right to stop payment.

### Electronic check conversion

You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to:

- Pay for purchases
- Pay bills

### Preauthorized credits

### Your authorization

You must specifically authorize the transferor to transfer funds electronically to your account. If you ask, the transferor may provide you a copy of your authorization.

### Limitations

There are no limitations on the number of credits or the amounts that may be credited to your account.

### Deposit inquiry

You have the right to find out whether an electronic transfer was credited to your account. Please contact Wells Fargo Phone Bank at the number listed on your statement for your account.

### When transactions are posted

The credit the Bank provides for an electronic payment is provisional until the Bank receives final settlement or payment. If the Bank does not receive final settlement or payment, the Bank is entitled to a refund of the credit. The Bank is legally required to post any preauthorized credit to your account as of the day it is received. If you authorize a credit to an interest-earning savings account, the Bank will pay interest on that credit from the settlement date for that transaction.

# Other electronic fund transfer *services*

## Preauthorized transfers

### General

If you authorize the Bank to make preauthorized transfers, the Bank may periodically transfer amounts you specify from your checking or savings account to another account or send them to you by check. This *service* is only available if you have a Wells Fargo checking or a savings account.

### Your authorization

To use this *service*, you must provide the Bank with authorization.

### Limitations

The Bank provides you with separate notice of any limit on the amount you may transfer at any single time or on any given day, or of any limit on the number of transfers you can make from your checking account. Limits on the number of transfers you can make from your savings account are described in "Limitations on transfers from your savings account" in the "Interest-earning accounts" section within this *Agreement*.

### Stop payments

You have the same right to stop payment as described in the "electronic payments" section within this *Agreement*.

## Online banking

To use the online banking *service*, you must be at least 13 years old and enter into a separate agreement with the Bank. Your rights and obligations regarding online banking are more fully explained in that separate agreement.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Liability for unauthorized electronic fund transfers

### In case of errors or questions about your electronic transfers

In case of errors or questions about your electronic transfers, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on the statement for your account, or write us at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228- 6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. The Bank must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

- Tell the Bank your name and account number (if any)
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell the Bank the dollar amount of the suspected error

### Lost or stolen *card* or PIN; reporting unauthorized electronic transfers

If you believe your *card*, your *card* number, or your PIN has been lost or stolen, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your account statement or write: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228- 6995. You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

### Liability for transactions covered by Regulation E

Tell us AT ONCE if you believe your *card*, your *card* number, or your PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in a line of credit or savings account linked to your *card* or as part of an *overdraft* protection plan). If you tell us within two *business days* after you learn of the loss or theft of your *card*, your *card* number or your PIN, you can lose no more than $50 if someone used your *card*, your *card* number or your PIN without your permission, subject to Zero Liability protection.

If you do NOT tell us within two *business days* after you learn of the loss or theft of your *card*, your *card* number, or your PIN, and the Bank can prove it could have stopped someone from using your *card*, your *card* number or your PIN without your permission if you had told us, you could lose as much as $500, subject to Zero Liability protection. Also, if your statement shows transfers that you did not make, including those made by *card*, PIN or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if the Bank can prove that it could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, the Bank will extend the time periods.

# Liability for unauthorized electronic fund transfers

### Investigation of claims covered by Regulation E

If you tell the Bank of a claim, the Bank may require that you send your complaint or question in writing within 10 *business days*. The Bank will determine whether an error occurred within 10 *business days* after the Bank hears from you and will correct any error promptly. If the Bank needs more time, however, it may take up to 45 days to investigate your complaint or question. If the Bank decides to do this, it will credit your account within 10 *business days* for the amount you think is in error, so that you will have the use of the money during the time it takes the Bank to complete its investigation. If the Bank asks you to put your complaint or question in writing and it does not receive it within 10 *business days*, the Bank may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, the Bank may take up to 90 days to investigate your complaint or question. For new accounts, the Bank may take up to 20 *business days* to credit your account for the amount you think is in error. The Bank will tell you the results within three *business days* after completing its investigation. If the Bank decides that there was no error, it will send you a written explanation. You may ask for copies of the documents that the Bank used in its investigation.

### Point-of-sale and other transactions not covered by Regulation E

For point-of-sale and other transactions not governed by Regulation E, you are liable for all losses relating to *unauthorized EFTs* that do not result solely from the negligence or intentional misconduct of the Bank, unless the laws governing your account require lesser liability. If the laws governing your account require additional disclosures related to your electronic transactions, the Bank provides them to you in the *Schedule*.

### Investigations of claims not covered by Regulation E

If you orally notify the Bank of your claim, the Bank may ask you to send your claim in writing within 10 *business days*. If the claim is not governed by Regulation E, then the following provisions apply:

- The Bank shall attempt to complete its investigation within 10 *business days* (20 *business days* if the alleged error occurred during the first 30 days your account is open) of your notifying the Bank. The Bank will report the results to you within three *business days* after completing its investigation and correct any error promptly. If the Bank needs more time, the Bank may take up to 90 days to investigate your claim, as long as the Bank provisionally recredits your account within five *business days* for the amount you think is in error. You will have the use of the money while the Bank completes its investigation. If the Bank receives your written notice within five *business days*, the Bank shall provisionally recredit your account at the end of the five-day period.
- If the Bank receives your written notice after the end of the five-day period, but within 10 *business days* (20 *business days* if the alleged error occurred during the first 30 days your account is open), the Bank will recredit your account at the end of the 10 day period (20-day period, as appropriate). If the Bank does not receive your written notice within 10 *business days* (or 20 *business days*, as appropriate), the Bank does not need to recredit your account while it completes its investigation.
- If the Bank decides that there was no error, the Bank will send you a written explanation within three *business days* after it completes its investigation. You may ask for copies of any documents the Bank used in its investigation.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Liability for unauthorized electronic fund transfers

### Zero Liability protection

Zero Liability protects you from *unauthorized EFTs* or charges to your account subject to the conditions described below.

Each *card* may be embossed with the name of the cardholder to whom it is issued. You are responsible for *cards* issued to cardholders. You will not be liable for *unauthorized EFTs* except as explained below. Under Zero Liability protection, *unauthorized EFTs* do not include (that is, you are liable for):

- Any transaction by a co-owner, a cardholder or person authorized by a cardholder, or other person with an interest in or authority to transact business on the account
- Any transaction by a cardholder that exceeded the authority given by the account holder
- Any transaction a merchant has processed in error, or a transaction in which the cardholder is unhappy with goods or *services* received. In these cases, the cardholder should first contact the merchant to obtain resolution.

If a cardholder suspects that his or her *card* has been lost or stolen, or that an *unauthorized EFT* has been made with the *card* or the *card* number issued to him or her, notify the Bank as soon as possible by calling Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on the statement for your account. You may also write to the Bank at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995. The sooner the Bank is notified, the sooner the Bank can protect the linked accounts. A delay in reporting the *unauthorized EFT* may affect your liability protection, as defined below.

### Notices given within 60 days of delivery of first statement

You have Zero Liability protection for an *unauthorized EFT* made with a *card* or *card* number as defined above if the Bank is notified of the *unauthorized EFT* within 60 days of when the first statement showing the *unauthorized EFT* was delivered.

### Notices given more than 60 days after delivery of first statement

If the Bank is not notified within 60 days of when the first statement showing the *unauthorized EFT* was delivered, you will have the burden of proving that the transaction was unauthorized. You may be required to provide documentation in support of your claim, including an affidavit of unauthorized use and a police report. Additionally, in evaluating your claim, the Bank will consider whether any negligence on the part of the cardholders has contributed to the transaction in question. Some of the factors that the Bank will consider in connection with this evaluation include:

- **Timely reporting of lost** *card*. Whether any loss or theft of the *card* was reported to the Bank within 48 hours of discovery of the loss or theft.
- **Prompt review of statements.** Whether you promptly reviewed any statement for your account that was provided to you.
- **Prompt report of** *unauthorized EFT*. Whether, following discovery of an unauthorized use of the *card* on a statement for your account, the *unauthorized EFT* was reported to the Bank within 48 hours of the discovery.
- **Safeguard** *card* **and PIN.** Whether the cardholder exercised reasonable care in safeguarding his or her *card*, *card* number, and Personal Identification Number (PIN) from loss or theft.
- **Multiple prior incidents.** Whether you have reported multiple incidents of *unauthorized EFTs* to the Bank within the 12-month period immediately preceding your claim and the facts and circumstances surrounding those incidents.

# Wells Fargo Phone Bank

### General

This section describes the special rules applicable to the *services* available through Wells Fargo Phone Bank. Wells Fargo Phone Bank may be accessed by telephoning the Bank at the number provided on the statement for your account and either using the automated telephone banking *service* and/or speaking with a phone banker.

### Security procedure

The Bank will use a security procedure to authenticate the caller seeking to access *services* using Wells Fargo Phone Bank. If a Personal Identification Number (PIN) has been assigned (for ATM card, debit card, or PIN-only use), the Bank may use the PIN as the security procedure to permit access to the automated telephone banking *service*. If a PIN has not been assigned, or if Wells Fargo Phone Bank is not accessed through the automated phone system, other information the Bank has on file about you, your *Authorized Signer* or your account will be used as the security procedure to permit access to Wells Fargo Phone Bank.

### PIN security

You may change your PIN at anytime by using the Customer Selected PIN *service* at a Banking Location or by requesting the mailing of a new randomly selected PIN when calling Wells Fargo Phone Bank. The Bank may cancel your Customer Selected PIN at any time without notice. To ensure your PIN is not cancelled due to inactivity, it must be used at least once during the preceding six-month period.

### Liability waiver

When the Bank authenticates a caller through use of a PIN and/or any other information, the Bank may, in its sole discretion, trust that the caller has authorized any transactions performed, without limitation, to transfer of funds between or among your linked accounts.

### Information and transfers

You may obtain information about your account by telephone. If you maintain more than one account, you may transfer funds between those accounts by telephone.

### Limitations

The limitations on the number of transfers you can make from your savings accounts are described in the section of this *Agreement* entitled "Limitations on transfers from your savings account" in the "Interest-earning accounts" section.

### When transactions are posted

Telephone transfers accepted by the Bank prior to the Bank's cutoff hour on a *business day* are posted on that day, if possible. Telephone transfers which cannot be posted the same day or which are received after the cutoff hour, on a holiday observed by the Bank, or over the weekend, are posted on the next *business day*.

### Telephone transactions not covered by EFTA/Regulation E

The Electronic Fund Transfer Act (EFTA) and Regulation E do not apply to electronic fund transfers initiated by telephone unless under a written plan in which periodic or recurring transfers are intended.

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Terms of use to Wells Fargo Mobile Text Banking *Service*

### Wells Fargo Mobile Text Banking *Service*

These terms of use set forth the terms and conditions for use of the Wells Fargo Mobile Text Banking *Service* ("Text Banking Service"). You agree to all the terms, conditions, and notices contained or referenced in these terms of use, and to any subsequent changes and amendments which may be updated and posted to the Bank's website from time to time.

Upon registering for the Wells Fargo Mobile Text Banking *Service*, YOU ARE PROVIDING YOUR PRIOR EXPRESS CONSENT permitting the Bank (and any party acting on behalf of Wells Fargo) to contact you at the telephone number you are registering. We may contact you for emergency, fraud prevention, or servicing purposes. You agree that Wells Fargo may use automatic telephone dialing systems in connection with text messages sent to any telephone number you register, even if the telephone number is assigned to a cellular telephone service or other service for which the called party is charged. You may only register telephone numbers that belong to you.

# Index

**A**

Acceptable form of *paper items*, Document and image quality................................31
Access to linked credit card and line of credit accounts using ATMs.....................45
Account conversion..........................................................................31
Account linkages............................................................................40
Account linkages and designation of accounts...............................................40
Account ownership, Form of.............................................................28-30
Accounts owned by more than one person.....................................................28
Acts and omissions of other financial institutions.........................................16
Acts beyond the control of the Bank........................................................11
Additional deposits........................................................................37
Additional rules for Opportunity Checking and Opportunity Savings accounts.................19
Address changes for Bank statements and other account related information...................7
Adverse claims.............................................................................11
*Affiliate*.................................................................................2
Annual Percentage Yield and Annual Percentage Yield Earned.................................36
Arbitration, fees and expenses..............................................................5
Arbitration procedure; severability.........................................................4
ATM and point-of-sale malfunctions.........................................................45
ATM cards and debit cards..................................................................39
ATM linkages and designation of accounts...................................................40
ATM transactions and point-of-sale purchases............................................41-45
Authorization holds for *card* transaction.................................................42
*Authorized signer*.........................................................................2
Automated Clearing House (ACH) transactions................................................47
*Available balance*.........................................................................2
Available funds............................................................................41

**B**

Binding arbitration.........................................................................4
Breach of warranties.......................................................................15
*Business days*.............................................................................2

**C**

*Card*......................................................................................2
*Card* privileges, Termination.............................................................45
CDs (Time Accounts).....................................................................37-38
Certain *items* affect the account total balance...........................................44
Certificated CDs...........................................................................37
Changes in terms affecting electronic transactions.........................................46
Check 21 mandated consumer disclosure...................................................12-13
Check return customers, Special notice.....................................................13
Check safekeeping and image statements.....................................................38
Checking subaccounts.......................................................................28
Checks bearing notations...................................................................15
Claims of *unauthorized transactions*; the Bank's rights and liability..................10-11
Closing your account.......................................................................31

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Index

Collection *items* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Combined statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Compounding and crediting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Contacting you . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Content of stop payment order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Contract language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Copies of cancelled *paper item* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Credit reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**D**

Daily limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Dates and special instructions on *paper items* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Death or incompetence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Delays on other funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
*Deposited item* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
*Deposited items* returned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Deposits, Additional . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Deposits at *affiliates* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Deposits at ATMs; deposit verification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Deposits at Bank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Deposits of non-U.S. *items* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Deposits to your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-17
Designation of primary transaction account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Designation of primary vs. other accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Determining the day of receipt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Determining your account's *available balance* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Direct deposits returned by the Bank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Disclosure of information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Dispute resolution program: arbitration agreement . . . . . . . . . . . . . . . . . . . . . . . 4-5
Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Dormant and unclaimed accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Duty to report unauthorized and erroneous fund transfers . . . . . . . . . . . . . . . . . . 46

**E**

Effective period of stop payment order; renewal; revocation . . . . . . . . . . . . . . . . 24
Electronic check conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Electronic fund transfer privileges, Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Electronic payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
Electronic transfers, In case of errors or questions about your . . . . . . . . . . . . . . . 51
Endorsements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Erroneous payment orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

**F**

Facsimile or mechanical signatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Failure to supply signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Fees and expenses of arbitration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Forgeries or missing signatures; alterations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Form of account ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-30

# Index

Fraud prevention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-9
Fraud prevention guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Freezing your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Funds availability policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-20
Funds transfer systems, Rules of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Funds transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46-47

**G**

General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 24, 31, 37, 54

**H**

Holds on other funds (check cashing) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Holds on other funds (other accounts). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
How do you make a claim for a refund?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**I**

Illegal transactions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Important information about your checking account . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
In case of errors or questions about your electronic transfers . . . . . . . . . . . . . . . . . . . . . 51
Indemnification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Information and transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Instant debit card. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Instructions of co-owners and their representatives. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Interest accrual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Interest adjustments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Interest-earning accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35-36
Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Investigation by the Bank; your agreement to cooperate . . . . . . . . . . . . . . . . . . . . . . . . . 10
Investigation of claims covered by Regulation E. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Investigations of claims not covered by Regulation E. . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Issuance of a *card* and PIN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
*Item* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
*Items* resulting from your voluntary disclosure of your account number . . . . . . . . . . . . . 23

**J**

Joint liability. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**L**

Large cash withdrawals and deposits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Laws governing your account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Legal process. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Liability for transactions covered by Regulation E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Liability for unauthorized electronic fund transfers. . . . . . . . . . . . . . . . . . . . . . . . . . . . 51-53
Liability to holders in due course . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Liability waiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Limit on number of accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Limitation of liability; indemnification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Linked accounts, Statement of balances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Linked credit card and line of credit accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Index

Longer delays may apply................................................18
Lost or stolen *card* Or PIN; reporting unauthorized electronic fund transfers............51
Lost or stolen *paper items*; unauthorized *items*.........................................9

## M

Mailing statements and other account related information to you.......................6
Material appearing on the back of *items*; check legends..............................14
Maturity date.....................................................37
Method used to calculate earned interest.....................................35
Minor-by accounts...............................................29
Miscellaneous.........................................31-34
Modification of *Agreement*........................................34
Monitoring and recording communications...........................34

## N

No fiduciary relationship...........................................34
Non-Wells Fargo network ATMs..................................43
Notice of receipt of funds.........................................46
Notices and other mail...........................................7
Notices given more than 60 days after delivery of first statement.....................53
Notices given within 60 days of delivery of first statement...........................53

## O

Online banking.................................................50
Order of posting; categories of *items*.............................21
Other electronic fund transfer *services*...........................48-50
*Overdraft*........................................................3
*Overdraft* protection plans.......................................27
*Overdrafts* and Non-Sufficient Funds/NSF............................25
*Overdrafts*; security interest; the Bank's right to setoff....................25-27

## P

*Paper item*.....................................................3
*Paper items*, Acceptable form of.................................31
*Paper item*, Copies of cancelled.................................8
*Paper items* paid over valid stop payment orders...................24
*Paper items* presented over-the-counter for payment by a non-customer..............22
*Paper items*, Dates and special instructions.......................23
Payment of interest.............................................37
Pay-On-Death (POD) accounts...................................29
Phone Bank, Wells Fargo.........................................54
PIN security...................................................54
Point-of-sale and other transactions not covered by Regulation E.....................52
Point-of-sale purchases.........................................41
Preauthorized credits...........................................49
Preauthorized transfers.........................................50
Protecting the *card* and Personal Identification Number (PIN).......................39

# Index

**R**

Receipts at ATMs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Reconstructing lost or destroyed *deposited items* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Relation between posting order and *overdraft*/returned *items* . . . . . . . . . . . . . . . . . . . . 22
Reliance on Bank records to determine ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Reliance on identification numbers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Renewal policies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Reordering checks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Returned, unclaimed account related information . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Rights preserved. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Rules of funds transfer systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

**S**

Savings account transaction limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Security interest; the Bank's right to setoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Security procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
*Service* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Special notice for check return customers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Special rules for new accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Standard of care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Statement of balances of linked accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Statement of last 10 transactions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Statements, Combined. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 44
Statements and other account related information . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-8
Statements, Your obligation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Stop payment orders; notices of post-dating. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Substitute checks and your rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**T**

Telephone transactions not covered by EFTA/Regulation E . . . . . . . . . . . . . . . . . . . . . . 54
Termination of *card* privileges. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Termination of electronic fund transfer privileges . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Terminology. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Terms of use to Wells Fargo Mobile Text Banking *Service*. . . . . . . . . . . . . . . . . . . . . . . 55
The Bank's right to require notice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23, 26
Time Accounts (CDs). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37-38
Time requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Transactions outside the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Transferring an interest in your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**U**

U.S. Postage stamp purchases. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
*Unauthorized EFT* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
*Unauthorized transaction* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Uniform transfer/Gifts to minors act accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Use of the *card*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Introduction

Dispute Resolutions

Statements & Error Notifications

Checking & Savings Accounts

Electronic Banking Services

Index

# Index

**V**

Variable/Fixed-rate accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Verification of transactions; right to reverse erroneous credits . . . . . . . . . . . . . . . . . . . . . . . 34

Visa Account Updater service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

**W**

Welcome to your new account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Wells Fargo Phone Bank. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Wells Fargo Mobile Text Banking *Service* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

What are your rights regarding substitute checks? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

What is a substitute check?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

When a transaction is posted. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

When deposits are credited to your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

When transactions are posted. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Withdrawal of interest prior to maturity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Withdrawal of principal prior to maturity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Withdrawals at *affiliates* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Withdrawals from your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-23

Words with special meaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3

**Y**

Your obligation to review statements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**Z**

Zero Liability protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

## Notes

## Notes

## How to reach Wells Fargo

| | |
|---|---|
| Wells Fargo Online® | www.wellsfargo.com or 1-800-956-4442 |
| Wells Fargo Phone Bank℠ | 1-800-TO-WELLS (1-800-869-3557) |
| Spanish-speaking customers | 1-877-PARA-WFB (1-877-727-2932) |
| Chinese-speaking customers | 1-800-288-2288 |
| TTY/TDD for deaf and hard-of-hearing customers | 1-800-877-4833 |
| Wells Fargo Mobile® | 1-866-863-6762 or www.wellsfargo.com/mobile |
| Wells Fargo® PMA® Package TTY/TDD | 1-800-742-4932 1-800-600-4833 |
| IRAs/ESAs and SEP-IRAs | 1-800-BEST-IRA (1-800-237-8472) |

For all other accounts, please refer to your statement for contact information.

© 2014 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.
CNS6616 (4/14)

# EXHIBIT 3



Effective November 4, 2025

# Deposit Account Agreement

Important legal information and disclosures

# Thank you for doing business with us

This Deposit Account Agreement applies to consumer and business accounts and, together with the following documents, is your contract with Wells Fargo and constitutes the "Agreement" that governs your account with Wells Fargo:

- The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"),
- Our interest rate sheet for interest-bearing accounts,
- Our privacy notice, and
- Any additional disclosures, amendments, or addenda we provide to you.

In this Agreement, when we say "Wells Fargo," "Bank," "we," "us," and "our," we are talking about Wells Fargo Bank, N.A. "You" and "your" means each account owner, authorized signer, or any other person authorized to operate your account. When we say "We may" or "Wells Fargo may" do something, that means you authorize us and agree to such action.

**This Agreement is applicable to new and existing accounts and replaces all prior agreements regarding your account,** including any verbal or written statements or representations. When you sign an account application or use your account, including any account service, you and anyone else identified as an owner or authorized signer on your account consent to the terms of this Agreement. We regularly update this Agreement. You are responsible for ensuring that any authorized signer is familiar with this Agreement. If you keep your account open after we change this Agreement or end a fee waiver, you agree to the changes.

**This Agreement contains dispute resolution provisions — including an arbitration agreement, class action waiver, and jury trial waiver — that affect your legal rights. In arbitration, there may be less discovery and appellate review than in court. Please review these provisions carefully.**

We recommend you keep a copy of this Agreement — and any changes we provide to this Agreement — for as long as your Wells Fargo accounts are open. You can get a copy of the current Agreement at wellsfargo.com, or by visiting your local branch, or by phone at the numbers below.

This document contains various defined terms with specific meanings. Some terms are defined within the section in which they are used. More frequently used terms are defined in the Glossary at the end of the document. As you review this Agreement, be sure to check the Glossary for those definitions.

**Class Action Waiver and Jury Trial Waiver**
You and we each agree that any proceeding, whether in arbitration or in court, will be conducted only on an individual basis and not in a class, collective, consolidated, private attorney general, or representative action. You and we agree to waive any right to bring or to participate in such an action in arbitration or in court to the fullest extent permitted by applicable law. Notwithstanding the foregoing, the parties retain the right to participate in a class-wide settlement.

**Jurisdiction**
If the Arbitration Agreement is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, or for any actions to enforce the Arbitration Agreement or seek entry of judgment on any arbitration award, then, except for disputes brought in small claims court, the parties irrevocably consent to the exclusive jurisdiction of the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles.

# Table of Contents

**Account Basics** ...........................................................................................................**4**

**Statements and Notices** ..........................................................................................**5**

**Interest** ........................................................................................................................**7**

**Depositing Funds** .....................................................................................................**8**

**Availability of Funds Policy** ....................................................................................**11**

**Available Balance, Posting Transactions, and Overdraft** ....................................**13**

    Available balance ...................................................................................................**13**

    How we process and post transactions to your account.......................................**13**

    Standard overdraft coverage.................................................................................**14**

    Debit Card Overdraft Service ...............................................................................**15**

    Overdraft Protection.............................................................................................**15**

    Extra Day Grace Period.........................................................................................**16**

    Returning your account to a positive balance.......................................................**16**

**Debit Cards and ATM Cards** ...................................................................................**17**

**Fund Transfer Disclosures — General**....................................................................**22**

**Electronic Fund Transfer Services (Consumer accounts only)** ...........................**24**

**Other Account Services and Restrictions** ..............................................................**27**

**Time Accounts (CDs)** ...............................................................................................**29**

**Protecting Your Account and Your Information** .....................................................**31**

**Closing Accounts** ......................................................................................................**33**

**Resolving Disputes Through Arbitration** ..............................................................**35**

    Consumer Accounts Only: Resolving Disputes Through Arbitration......................**35**

    Business Accounts Only: Resolving Disputes Through Arbitration.........................**37**

**Additional Terms and Services** ...............................................................................**39**

**Glossary** .....................................................................................................................**43**

# Questions? We're here for you

| Online | Visit **wellsfargo.com** or **wellsfargo.com/biz** | |
|---|---|---|
| Phone | Consumer Banking<br>**1-800-869-3557** | Business Banking<br>**1-800-225-5935** |
| Deaf or hard of hearing customers | We accept all relay calls, including 711. | |
| Mail | Wells Fargo, Customer Correspondence<br>PO Box 6995<br>Portland, OR 97228-6995 | |

# Account Basics

This section applies to consumer accounts only unless otherwise noted.

**Account Ownership**

**Forms of account ownership:** You can open an account that you own alone, or with more than one person. If the account is owned with more than one person, it's considered a joint account.

**For joint accounts**, we treat all owners, who are referred to in this Agreement as "co-owners," as joint tenants with right of survivorship (described below), unless:

- Applicable state laws require other treatment, or
- We agree with you in writing that the account is owned in some other way.

Regardless of how your account is owned, we don't keep a separate record of each co-owner's interest in the account. We act on instructions from any co-owner (or a co-owner's authorized representative) without obtaining other co-owner's consent, including withdrawing or transferring funds, making payments, or closing the account.

Each co-owner has complete control over all of the funds in the account. We may pay out money from the account upon the request or direction of any co-owner (or a co-owner's authorized representative), regardless of their contributions to the account, and whether any other co-owner is incapacitated or deceased, or whether the account includes a right of survivorship. However, if one of the joint account co-owners is a minor, we may permit the adult account co-owner to restrict the minor's use of certain payment services.

Each joint owner is individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there's a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we may treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

**Joint tenants with right of survivorship:** means that when one person dies, the account is owned by and payable to the surviving co-owners.

**Pay On Death (POD) account**

A POD account is payable to the surviving beneficiaries you designated on your account when we receive proof of your death or the death of the last surviving co-owner. An account titled "in trust for (ITF)," "transfer on death (TOD)," or similar language is treated as a POD account.

You and any co-owner may change beneficiaries anytime by notifying us in writing. Generally, the beneficiary(ies) must survive all owners in order to receive funds.

**Accounts established for minors**

**Uniform Transfers/Gifts to Minors Act account.** An account established under a state's Uniform Transfers/Gifts to Minors Act that is controlled by a custodian (an adult who holds the minor's funds in the account for safekeeping). We may disclose account information to the minor or their authorized representative. When the minor reaches the age established by the UTMA/UGMA laws in your state, we may pay the funds in the account to the minor without waiting for instructions from the custodian.

**Minor by account.** One or more adults may open an account, as custodian (an adult who holds the minor's funds in the account for safekeeping) in the name of a minor. The minor owns the funds in the account. The adult, as the custodian, has exclusive control of the account and the minor cannot make deposits, withdrawals or transact on the account. If there's more than one adult as the custodian on the account, each may act independently. We're not obligated to inquire about the use of the funds. When the minor reaches the age of majority, they still will not be able to make deposits, withdrawals or transact on the account except to close the account. If the adult as the custodian (or the last of the adults as the custodian to survive) dies before the minor reaches the age of majority, we may transfer the funds to a successor custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

| | |
|---|---|
| **Transfer of account ownership** | If you want to transfer account ownership to another person, we must consent and note it in our records before the transfer is valid and binding on us; however, we're not responsible for determining whether such transfer is legally valid. Assignment of your account is subject to our setoff rights (see Setoff and security interest in the "Additional Terms and Services" section). This Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns. |
| **When an owner does not sign account documentation** | **Applies to both Consumer and Business Accounts:** If a customer identified in our records as an owner or a co-owner of an account does not sign account-related documentation (including the account application), we still may treat them as an owner or a co-owner of that account, in our sole discretion; we're not liable to anyone as a result. |
| **Death or legal incompetence of an authorized signer or account owner** | Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or other legal authority, or has died. When we receive proper notice, we may:<br><br>• Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,<br>• Pay (without inquiring) any item authorized by the account owner before being declared legally incompetent or deceased,<br>• Return or reverse deposits, and<br>• Apply funds in the account to any debt the account owner owes us before recognizing the rights of a surviving joint owner or other person to any remaining funds.<br><br>If we release funds after the account owner's death and have to pay tax or reclamation claims to a government agency as a result, the account owner's estate is responsible for reimbursing us.<br><br>**Consumers and Sole Proprietors Only:** If an account owner dies or is declared legally incompetent, we may comply with court orders and legal documents, and take direction from affiants, court-appointed representatives, guardians, or conservators from your state of residence, even if different than where the account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directives. We may require U.S. court documents for customers residing outside of the U.S. at the time of incompetence or death.<br><br>**For Business Account Owners:** Businesses must provide us documentation of any change in ownership or control of a business upon the death or legal incompetence of a business owner. |

# Statements and Notices

| | |
|---|---|
| **Statement delivery** | We'll make available to you a statement of your account activity for each statement period, using the postal or email address associated with your account. We'll do the same with notices. If your delivery preference is electronic, we'll notify you by email that your statement or notice is available online. You must be at least 13 years old to receive online statements.<br><br>We'll send statements and notices to one owner of a jointly owned account, and you agree that owner is responsible for sharing copies of the information with all other owners. If you request that we send notices to an authorized signer, the authorized signer has the same responsibility. Online statements are available to each joint owner.<br><br>Your statement is considered received by you on the second business day after we mail it to you or, if your delivery preference is electronic, when it's available through online banking. You agree to this timing even if the postal or email address you provided us is invalid.<br><br>Checking accounts get a monthly account statement. Savings accounts generally get a quarterly account statement, but will get a monthly statement if you set up automatic transfers into your savings account, have electronic fund transfer activity in the account, or have a combined statement for your checking and savings accounts. |
| **Combined statements** | We may combine statements for accounts with at least one common owner, in which case we consider the first account listed on your statement as your primary account. We'll make available your account statement through the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account.<br><br>Any person with online access to the primary account will also have online viewing capability to all the information on the combined statement. |

If you prefer that we not combine your statements, let us know and we'll keep them separate. This will apply to subsequent statements only, and this option isn't available for Prime Checking and Premier Checking accounts.

| | |
|---|---|
| **Changing statement period and fee period for checking and non-IRA savings accounts** | We may change the statement period and fee period assigned to your account without advance notice. If your account is interest-bearing, these changes won't affect interest calculations, but they may affect the date we post interest to your account.<br><br>For all accounts except analyzed business accounts, if the first new fee period created by our change is fewer than 25 days, the Bank will automatically waive the monthly service fee for that period. |
| **Check safekeeping and check image service** | **We don't return your physical paid checks in your statements.** Instead, we make copies of your paid checks available online, by calling us, or at our branches. If for any reason we can't provide a copy of your check, we aren't liable for more than the face amount of the check.<br><br>**You can enroll in our check image service.** With this service, you'll receive images of your paid checks on your statement. See the "Service Fees" section of the Consumer Schedule or Business Schedule for specific applicable fees and additional details. This service isn't available with consumer savings accounts or Clear Access Banking.<br><br>If you have a combined statement, only the primary account is eligible for the monthly check image service.<br><br>When we provide a statement, we have made the check image available to you, even if we don't send originals or images with the statement. We'll destroy original checks after a reasonable period of time we determine. If for any reason we can't provide a copy of your check, we won't be liable for more than the face amount of the check. We cannot provide originals or images of checks that are sent to us as electronic transfers. Additionally, other banks may send us electronic images instead of original checks. In that case, we may provide a copy of the image, but not the original check. |
| **Account statements or notices returned or undeliverable** | Your account statements or notices will be considered unclaimed or undeliverable if<br>• Two or more account statements or notices are returned to us through the mail because of an incorrect address; or<br>• We notify you electronically that your account statement is available for online viewing, and we receive email notifications that our message is undeliverable.<br><br>In either event, we may<br>• Discontinue sending account statements and notices, and<br>• Destroy account statements and notices returned to us as undeliverable.<br><br>We won't attempt to re-deliver account statements and notices to you until you provide us with a valid postal or electronic address. |
| **Change of address** | You agree to promptly notify us of any change to your postal or email address. We'll change your postal or email address within a reasonable time after you request it. If you have a combined statement, any owner of the primary account can change the address of all accounts included in the combined statement. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.<br><br>We may update your address in our records without a request from you if (1) we identify a need to rely on another address you have provided us; or (2) we receive an address change notice from the U.S. Postal Service or information from another party in the business of providing correct address details that does not match the address in our records for your account or card. |
| **Your responsibility to review account statements and notices and notify us of errors** | You are obligated to:<br>• Examine your account statement promptly and carefully, including as applicable, paid check images, which you may separately choose to review (see "Check safekeeping and check image service" section of this Agreement)<br>• Notify us promptly of any errors.<br>• Unless a shorter time period is defined in this Agreement, notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30-day period, we won't be responsible for unauthorized transactions made by the same wrongdoer.<br>• Notify us within six months after we have made your account statement available to you of any unauthorized, missing, or altered endorsements on your items (such as, but not limited to, an unauthorized or altered signature on the back of a check).<br><br>For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.<br><br>**Consumer accounts only:** Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic Fund Transfer Services" section of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Bill Pay transactions. |

| **Responsibility to notify us of errors** | If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified in this Agreement, your account statement will be considered correct and we won't be responsible for any unauthorized transaction, error, or claim for transactions included in the applicable statement. |
|---|---|

**Unauthorized transactions**

A transaction is an unauthorized transaction when it's
- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly
- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

Actions we take when you report an unauthorized transaction: We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:
- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

We can reverse any credit made to your account resulting from a claim of unauthorized transaction or error if you don't cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Electronic Fund Transfer Services" section of this Agreement.

# Interest

**Calculating the applicable interest rate:** When you open an interest-bearing account, we provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest-bearing accounts earn interest at a variable rate, except CDs. The interest rate may be as low as 0.00%, and we may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

We calculate interest using the daily collected balance method, applying a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule. Interest compounds daily. For interest-bearing checking and savings accounts, it will be credited monthly.

Cash deposits begin accruing interest the same business day the deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item. For time accounts, interest begins to accrue on the business day you deposit non-cash items, such as checks.

**Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE):** The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

**The right to require notice of withdrawal from your savings account:** We may require seven days written notice before you withdraw money from your savings account.

# Depositing Funds

**There are many ways for you to deposit funds into your account: at branches, ATMs, via Bank by Mail, and through the Wells Fargo Mobile® app. You should be aware of your responsibilities when you make deposits.** We exercise ordinary care when collecting a deposited item but are not responsible for any other bank's treatment or loss of the item. If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

**Deposit accuracy**

**It's your responsibility, not ours, to confirm the accuracy of the amount you deposit.** If we identify a discrepancy between the amount you declared and the actual amount received, we may adjust your account by debiting or crediting the difference. We may also notify you of any such adjustments.

**Notify us of a discrepancy.** You must notify us of any discrepancies within the applicable timeframe outlined below. Failure to do so may result in the deposit being considered accurate as presented.

| | |
|---|---|
| **Consumer accounts** | within 1 year after we have made your account statement available to you |
| **Business accounts** | within 30 days after we have made your account statement available to you |

**If you don't notify us promptly:** If the actual deposit is less than the amount shown on your statement, the difference remains your responsibility.

If the actual deposit is more, the excess amount is the property of the Bank.

**Verifying transactions**

While we don't verify every transaction, we reserve the right to verify any transaction, including those for which a receipt has been issued. We may reverse or adjust, at any time without prior notice to you, any credit or debit we believe we have made to your account in error.

**Analyzed business accounts:** You may request that the Bank adjust any deposit discrepancies identified during verification.

**Sending an item for collection**

We may, upon notice to you, send an item for collection instead of treating it as a deposit. This means we send it to the issuer's bank for payment, and your account won't be credited for the item until we receive payment. Our availability of funds policy does not apply to an item we send for collection.

**Our right to decline deposits**

**We may decline all or part of a deposit, including cash, for any reason.** This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. We do not accept cash deposits into a consumer deposit account through the night depository. Use of the night depository is for business deposits only. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

**Night Depository**
(Business accounts only)

Use of the nightly depository is limited to business deposits only.

**Requirements for correct endorsement**

An endorsement is a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check. If you have not endorsed a check that you deposited to your account, we may endorse it for you or deem it endorsed by you without further action on our part. Any endorsement must be in the 1-1/2 inch area that starts on the top of the back of the check. Do not sign or write anywhere else on the back of the check.

**Restrictions on checks are not binding**

We are not obligated to follow restrictions or notations written on a check such as, "void after six months," "void over $50," or "payment in full." You're responsible for any resulting loss or expense we incur.

| | |
|---|---|
| **Substitute checks** | A substitute check is created from an original check; under federal law, it's legally equivalent to the original check and can even be used as proof of payment. A substitute check contains an accurate copy of the front and back of the original and bears the legend: "This is a legal copy of your check. You can use it the same way you would use an original check." Any check may be returned to you in the form of a substitute check. You agree that you won't transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it. |

**Our handling of non-U.S. items**

A non-U.S. item is an item:

- Payable in a currency other than U.S. dollars or
- Drawn on a financial institution that isn't organized under U.S. law

We're not required to accept a non-U.S. item for deposit or collection, but we may accept it on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the non-U.S. item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by the applicable exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the non-U.S. item. If the deposited non-U.S. item is returned for any reason, **we'll charge the amount against your account (or any other account you maintain with us)** at the applicable exchange rate in effect at the time of the return. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Additional Terms and Services" section of this Agreement. Our availability of funds policy does not apply to a non-U.S. item.

**Cashed/Deposited items returned unpaid**

If an item you deposited or cashed is returned to us unpaid, **we can deduct the amount from any account you have with us**. We can do this when we're notified that the item will be returned and don't need to receive the actual item. We can do this even if the balance in your account isn't sufficient to cover the amount we hold or deduct, causing an overdraft. In addition, we'll charge you all applicable fees and reverse all interest accrued on the item.

**We may place a hold on or charge your account for a deposit if a claim is made or we otherwise have reason to believe the deposited item was altered, forged, unauthorized, missing a signature or has a forged endorsement, or should not have been paid for any other reason.** When the claim is resolved, we'll either release the hold or deduct the amount of the item from your account. We're not responsible if we take, or fail to take, any action to recover payment of a returned deposited item.

**Breach of a warranty associated with an item**

If you breach any warranty you make to us under the laws governing your account with respect to any item, you won't be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you'll be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

**Reversal of an electronic payment**

If an electronic payment credited to your account, such as a direct deposit, is reversed, **we can deduct the amount from any account you have with us,** at any time, without notifying you. You agree to promptly repay any resulting overdrafts.

**Bank By Mail**

To use our Bank By Mail services, you first need to request your deposit kit through Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557). We cannot accept cash or foreign checks by mail.

If you need to send deposits before your kit arrives, write on the back of the check "for deposit only, Wells Fargo" and include the account number to which the check should be deposited, and mail to:

Wells Fargo
PO Box 77200
Minneapolis, MN 55480-7720

For accounts located in **Alaska**, send deposits to:

Wells Fargo
PO Box 77040
Minneapolis, MN 55480-7740

**About Early Pay Day**
(Consumer accounts only)

For certain direct deposits, we may make those funds available to you up to one to two business days before we receive the funds from the payor, which is typically your employer or its payroll service provider. Our ability to provide early access to these funds may be limited by many factors, such as when we receive notice of payment from your payor. Early Pay Day is not guaranteed, may vary between pay periods, and we may stop providing it at any time without advance notice to you. Early Pay Day funds will be reflected in your account's available balance. It is always your obligation to verify that the funds are available in your account before spending them.

**Deposits Available for Early Pay Day:** Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are generally limited to electronic direct deposits such as your payroll, pension, and government benefit payments that are made through the Automated Clearing House (ACH) network. Most other deposits or credits to your account, such as deposits of funds from person-to-person payments services (e.g., Zelle®, Venmo, or PayPal transfers), check or mobile deposits, instant payments processed through the RTP® network or FedNow℠ service, and other online transfers are not eligible for Early Pay Day.

**Early Pay Day and Interest on Your Account:** For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For example, if we make funds available to you through Early Pay Day two days early on Wednesday, interest on those funds will not begin accruing until the day we receive the funds from your payor, in this example on Friday.

**How Early Pay Day Impacts Overdraft and Overdraft Fees:** Early Pay Day funds are reflected in your account's available balance. We use your account's available balance to determine if we will authorize and pay transactions and assess overdraft fees. Your account's ending daily balance will not reflect the funds made available to you through Early Pay Day until the day those funds are received from your payor. For example, Early Pay Day funds are added to your available balance on Wednesday, and you spend those funds while continuing to maintain a positive available balance. We will pay those transactions based on the positive available balance, and you will avoid any overdraft fees or returned items. In this example, the ending daily balance on your account will not reflect the Early Pay Day funds until Friday, when the deposit posts to your account.

**Other Terms and Conditions of Early Pay Day:** If a direct deposit is not made available early, it will be made available in accordance with our Availability of Funds Policy described in this Agreement. Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

If we've made funds available early and the payor reverses or requests a return of the deposit, or the funds are otherwise uncollected by the Bank, you understand and agree that we may debit your account up to the amount of the deposit that was previously made available — even if you have already withdrawn the funds or it creates an overdraft on your account. In this instance, you are responsible for any fees assessed — including those charged by merchants or third parties — as a result of the overdraft.

## Your Deposit Account Balances

Available Balance is our most current record of the amount of money in your account available for your use or withdrawal. Your available balance reflects pending deposits that are immediately available less any pending withdrawals and any funds that have been placed on hold. Your available balance can change throughout the day, for example as you withdraw, spend, or add funds, or we authorize your transactions.

We use available balance to authorize your transactions during the day and pay your transactions during nightly processing. These may appear as "pending" throughout the day as we receive them. Overdraft decisioning and assessment of overdraft fees is also based on available balance.

Ending daily balance/Posted balance reflects all posted deposits and withdrawals from the prior business day's nightly processing. Your ending daily balance is calculated once a day during nightly processing (posting) and is the starting point for your available balance the following day. We use ending daily balance to determine Monthly Service Fee waivers and your statements, where applicable, show ending daily balance.

Your account's available balance and your account's ending daily balance may sometimes be different as available balance changes with transactions presented on your account and ending daily balance updates during nightly processing.

# Availability of Funds Policy

**Your ability to withdraw funds**

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the funds transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

**Analyzed business accounts only:** The first $400 of a business day's check deposits to an analyzed account are not available to you on the day we receive the deposits. Check deposits to an analyzed account are generally available on the first business day after we receive your deposits.

**Determining the day your deposit is received by the Bank**

**For determining the day your deposit is received by the Bank**, every day is a business day, except Saturday, Sunday, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our deposit cutoff times are as follows:

| Type of Deposit | Cutoff time |
| --- | --- |
| In branch | when the branch closes for business; varies by location |
| At Wells Fargo ATMs | 9 p.m. local time (Alaska 8 p.m.) |
| Checks deposited with the Wells Fargo Mobile app | 9 p.m. Pacific Time |
| Electronic credits (such as direct deposits) | 8 p.m. Pacific Time |
| Original Credit Transactions (OCT) | 6 p.m. Pacific Time |

**Longer delays may apply**

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
• We believe a check you deposit will not be paid
• You deposit checks totaling more than $6,725 on any one day
• You redeposit a check that has been returned unpaid
• You have overdrawn your account repeatedly in the last six months
• There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

**Special rules for new accounts**

**If you are a new customer, the following special rules apply during the first 30 days your account is open.** Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- **The first $6,725** of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- **The excess over $6,725** and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

## Holds on other funds

**If we cash a check for you that is drawn on another bank**, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

**If we accept a check for deposit that is drawn on another bank**, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this policy.

# Available Balance, Posting Transactions, and Overdraft

## Available balance

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (for example, debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions during our nightly processing. **Your available balance is calculated as follows:**

| | |
|---|---|
| **Ending Daily Balance** | Ending daily balance from prior business day's nightly processing |
| **− Holds** | Subtract funds that have been placed on hold |
| **+ Deposits** | Add pending deposits that are immediately available (see "Availability of Funds Policy" in previous section) |
| **− Withdrawals** | Subtract pending withdrawals that we have either authorized or we know about but have not yet processed |

**= Available Balance**

**The available balance may not include every transaction you have initiated or that we previously authorized.** For example, your available balance may not include the following:

- Outstanding checks and authorized withdrawals we have not received for payment (such as recurring debit card transactions and ACH transactions);
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add;
- Debit card transactions that have been previously authorized but not sent to us for payment. In most cases, a transaction authorization hold will be released after three business days even though the transaction may be sent to us for payment from your account at a later date, which we must honor. For some types of purchases, we may place a hold for a longer period, which may be up to 30 business days for certain transactions, including car rental, hotel, cash disbursements, and international transactions.

## How we process and post transactions to your account

We process transactions each business day (not Saturdays, Sundays, or federal holidays) during a late night process that includes **three key steps**. We call this nightly processing. Once the transactions are processed, the results are posted to your account.

**Step 1:** **We calculate the available balance in your account that can be used to pay your transactions as described above.**

**Certain pending transactions can impact your available balance for purposes of determining whether we will pay other transactions during our nightly processing, including**:

- Cash deposits or transfers from another Wells Fargo account made AFTER the applicable cutoff time will be added to your available balance only if they are made before we start our nightly processing; and
- Pending withdrawals that reduce your available balance, such as debit card transactions we have authorized.

**Step 2:** **We sort your transactions into categories.**

- **+ We credit deposits** received before the cutoff time.
- **− We subtract withdrawals and payments we have previously authorized that we cannot return unpaid** such as debit card purchases, ATM withdrawals, account transfers, Bill Pay transactions, and teller-cashed checks. Transactions are generally sorted by date and time the transaction was conducted or, for some transactions, the day we receive it for payment, or the time assigned by our system. If date and time are the same, we post from lowest to highest dollar amount.
- **− We pay your checks and preauthorized ACH payments**, such as electronic payments you have authorized a company to withdraw using your account and routing number. Transactions are generally sorted by date and time received by the Bank, and if date and time are the same, we post from lowest to highest dollar amount. Merchant-issued payment card transactions (e.g., an ACH payment associated with a purchase you made using a store-issued debit card) post after all other transactions in this category.

**Determining Date and Time**

- Cutoff time is based on the location where the deposit or transfer was made.
- For debit card transactions, if we do not have date and time information, we use the day we receive it for payment from the merchant.
- For some transactions, such as Bill Pay or teller-cashed checks, a different time may be assigned by our systems.

Step 3: If the available balance is **not enough to pay all of your transactions,** we:

- **Use Overdraft Protection** (if you have it) by transferring and/or advancing available funds from a linked savings and/or credit account.
- **Then, decide whether to pay your transactions presented to us for payment into overdraft, or return them unpaid**. Paying an item into overdraft means that we pay an item even though your available balance is not sufficient to cover that item, resulting in your account having a negative balance. Returning an item unpaid means that we do not pay your transaction. At our discretion, we may pay a check, other transactions using your account and routing number, or automatic bill payment into overdraft, rather than return it unpaid. This is our **standard overdraft coverage (see more information below)**. Debit card transactions presented to us for payment (whether previously authorized by us or not) **will be paid into overdraft and won't be returned unpaid**, even if you don't have sufficient funds available in your account.
    - For business accounts, any applicable overdraft fees are deducted from your account on the morning of the next business day.
    - For consumer accounts, overdraft fees for items paid into overdraft are subject to our Extra Day Grace Period (described below) and, if applicable, deducted from your account at the end of the next business day's nightly processing.

**Pending transactions can result in overdrafts.** If your available balance during the nightly processing is insufficient, the Bank may assess overdraft fees on transactions we pay into overdraft. Even if a pending transaction has been dropped from your account, we must pay it when we receive it for payment. Sometimes, previously authorized transactions may be paid into overdraft if other transactions have reduced your available balance before the pending transactions are sent to us for payment. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**To minimize the number of overdraft fees you may be assessed**, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If the pending transactions are then presented for payment within 10 business days after they first appeared as pending, **we'll waive any overdraft fees on those transactions**. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when originally sent for authorization and we're unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**Sometimes, items that were previously returned unpaid may be re-presented to us for payment by the merchant.** If a re-presented item is paid into overdraft, we may assess an overdraft fee on that item.

## Standard overdraft coverage

The bank typically does not pay overdrafts if your account is overdrawn or you have had excessive overdrafts.

Except for Clear Access Banking, all checking accounts come with **standard overdraft coverage**. Under standard overdraft coverage:

- We **may** authorize and pay checks, other transactions using your account number, and automatic bill payments (such as recurring debit card and ACH transactions) into overdraft and charge an overdraft fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions into overdraft, unless your account is enrolled in Debit Card Overdraft Service as described below.

When you don't have a sufficient available balance in your account (or in accounts linked for Overdraft Protection as described below), the decision to authorize or pay a transaction into overdraft is made at our sole discretion, and we reserve the right to decline or return a transaction that would result in an overdraft. We reserve this discretion regardless of whether we've previously honored or dishonored overdrafts.

We base our decision to authorize or pay a transaction into overdraft on criteria that includes, but is not limited to, your account history, deposits you make, and transaction characteristics.

Standard Overdraft Coverage is a discretionary service that may be removed by the bank for a variety of reasons, including excessive overdrafts or returned items.

When you make or schedule payments to a merchant (including payments made through another service provider, such as a digital wallet or other payment platform), **it is important for you to understand your rights and responsibilities under any applicable agreement you may have with the merchant or service provider** — including the methods in which they process transactions and what occurs if the Bank declines your transaction or returns it unpaid. The Bank does not assess fees for declined or returned transactions, but the merchant or service provider may assess fees or other penalties. Even if a merchant or service provider has approved or processed your transaction, you should not assume that the transaction will be authorized or paid by us when we become aware of the transaction and you do not have sufficient available funds in your bank account.

**You can remove standard overdraft coverage from your account at any time.** If Standard Overdraft Coverage is removed, the following will happen if you don't have enough available money in your checking account or in accounts linked for Overdraft Protection to cover a transaction when it is presented to us for authorization or payment:

- We **will** return your checks and other returnable items, such as ACH payments, as unpaid.
- We **will not** authorize certain transactions such as checks cashed at Wells Fargo, recurring debit card transactions, or Bill Pay transactions into overdraft.
- We **will not** authorize ATM and everyday (one-time) debit card transactions (such as one-time debit card and ATM card purchases) into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

With or without Standard overdraft coverage, certain transactions (such as checks cashed at Wells Fargo) may be paid into overdraft during our nightly processing and charged an overdraft fee even if they were authorized when your account had a sufficient available balance.

You understand that the classification of a debit card transaction (except ATM transactions) as recurring or non-recurring (i.e., one-time) is determined by merchants, other institutions, or other third parties before the transaction is presented to us for authorization or payment. We will treat and process such debit card transactions in the manner they are presented to us, which may result in a one-time debit card transaction presented as recurring preauthorized transactions and vice versa. This third-party classification is outside of our control and could impact whether a transaction is paid into overdraft, depending on the transaction and your overdraft services selections.

**Important:** Standard overdraft coverage, including applicable overdraft fees, does not apply to Clear Access Banking accounts. For more information about Clear Access Banking, refer to your Consumer Schedule.

## Debit Card Overdraft Service

**If you choose to enroll in Debit Card Overdraft Service,** the transaction may be authorized into overdraft at the Bank's discretion **and an overdraft fee may apply** when it is presented to us for payment. For more information about our discretion to authorize or pay a transaction into overdraft, review the "Standard overdraft coverage" section above.

**How to Enroll and Unenroll:** Choose how you want Wells Fargo to handle everyday (one-time) debit card transactions (such as grocery store or restaurant transactions) when your available balance isn't sufficient to cover the transaction.

**Consumer Accounts:** Consumer account customers may choose to enroll in Debit Card Overdraft Services by following the steps below.

**Business Accounts:** Business accounts are automatically enrolled in Debit Card Overdraft Services. To unenroll follow the steps below.
- **If you choose not to enroll in Debit Card Overdraft Service**, the transaction will be declined and no fees apply.

You can add or remove the Debit Card Overdraft Service on eligible accounts at any time. It's important to understand that this service is unique from other optional services that may be less costly for you, such as Overdraft Protection described in the next section.

**How to Change Enrollment Status:**
Customers may choose to enroll or unenroll from Debit Card Overdraft Service anytime by calling us at 1-800-TO-WELLS (1-800-869-3557), signing on to Wells Fargo Online® Banking from a computer or tablet (search Overdraft Services), visiting a Wells Fargo ATM (select More Choices), or speaking to a banker at any Wells Fargo branch. Schedule a branch appointment at wellsfargo.com/locator.

Debit Card Overdraft Service **does not apply** to checks, other transactions using your account and routing number, and transactions you've established as recurring transactions (for example, ACH payments or recurring debit card transactions such as utilities, health club memberships, and subscription services). With or without Debit Card Overdraft Service, the Bank may continue to pay these other transaction types into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

Debit Card Overdraft Service **isn't available for certain accounts**, such as Clear Access Banking accounts, IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items.

## Overdraft Protection

This is an optional service you can add to your checking account by **linking up to two eligible Wells Fargo accounts (one savings, one credit) to authorize or pay your transactions if you don't have enough available money in your checking account**. Overdraft Protection transfers/advances may occur to cover pending transactions, even if these transactions are not subsequently presented for payment. When an Overdraft Protection transfer occurs from a linked savings account to cover the authorization or payment of a transaction, the available balance in that savings account will be reduced by the amount of money to be transferred. That amount of money will be unavailable for other use, and it will be applied to the checking account during nightly processing. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you don't specify an order, we'll first transfer funds from your linked savings account. If an account you've linked for Overdraft Protection is restricted by court order or any other reason, we may delink that account as a source for Overdraft Protection. If the restriction is subsequently removed, the prior linkage is not generally reapplied unless you request to re-establish the linkage.

Overdraft Protection isn't available for all accounts. Refer to the Consumer Schedule or the Business Schedule for account eligibility and additional details.

## Extra Day Grace Period

(Consumer accounts only)

With Extra Day Grace Period, if your account is overdrawn, you have an additional business day (extra day) to make covering deposits and/or transfers to avoid overdraft fees. If your available balance as of **11:59 p.m. Eastern Time** on your extra day is positive, the pending overdraft fees for the prior business day's overdraft items will be waived. If your available balance as of 11:59 p.m. Eastern Time is enough to cover some, but not all, of the prior business day's overdraft items, the available balance will be applied to the transactions in the order they posted to your account (based on our posting order practices described in this Agreement). Any overdraft items that are not fully covered by 11:59 p.m. Eastern Time on your extra day are subject to applicable overdraft fees. Note: deposits and transfers received by 9 a.m. local time on your extra day (based on where your account is located, as noted on your account statement) may also result in us reversing the prior business day's returned item decisions and paying the transaction(s).

Keep in mind that your available balance includes your deposits and transfers, less any pending withdrawals and debits. Deposits and transfers of funds are also subject to the Bank's Availability of Funds policy described in this Agreement, including any applicable deposit holds or cutoff times that may impact your available balance. If you're enrolled in Online Banking we will generally alert you on the morning of your extra day to any overdraft items that must be covered to avoid pending overdraft fees, so long as you have not opted out of receiving such alerts. Alerts are sent as a courtesy and may be delayed or prevented by factors affecting your internet/phone provider or other circumstances beyond the control of the Bank. The Bank has no liability arising from non-delivery, delayed delivery, or erroneous delivery of any alert. It is important for you to keep and rely on a personal record of your transactions to know when your account is overdrawn for purposes of making covering deposits or transfers during your extra day.

**Note on Extra Day Grace Period and Overdraft Protection:** If you have an account linked for Overdraft Protection and a transfer or advance of funds from the linked account covers your transactions for that business day, Extra Day Grace Period will not apply because there are no pending overdraft fees to avoid. However, if a transfer or advance of funds from a linked Overdraft Protection account is not sufficient to cover all of your transactions, Extra Day Grace Period will apply to any transaction that is paid into overdraft and that has a pending overdraft fee. Extra Day Grace Period does not reverse the transfer or advance of funds from your linked account and advances from linked credit accounts may accrue interest from the date of the advance in accordance with the terms of your applicable credit agreement.

## Returning your account to a positive balance

**If your account has an overdraft, you must promptly add money to return your account to a positive balance.** If you don't return your account to a positive balance or you have too many overdrafts, we may close your account. We will generally close and charge off an overdrawn account 60 days after it first became overdrawn, but reserve the right to close it at an earlier date, as permitted by law. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. Also, we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorneys' fees and expenses) we incur to do so.

When funds are deposited or credited into an account with an overdraft, you authorize us to apply those funds to the overdraft and related fee(s) in the account. This applies and extends to the deposit of any federal or state benefit payments, including Social Security benefits. You understand and agree that if you don't want your benefits applied in this way, you can change your direct deposit instructions at any time with the person or organization paying the benefits. For information about our rights to apply funds from other accounts you hold with us to pay an overdraft and related fee(s), see the section of this Agreement titled Setoff and Security Interest.

# Debit Cards and ATM Cards

When you get a debit or ATM card from us, you'll receive, and be required to agree to, additional terms and conditions applicable to the card. In the event of a conflict between the terms and conditions and this Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable. When you use your debit or ATM card, you authorize us to act on your instructions that we receive through any ATM, merchant or network in which we participate.

**Issuance of a card and Personal Identification Number (PIN)**

We may issue a card to each account owner to access your accounts. If you don't select a PIN when you request your card, we'll send a randomly selected PIN. If you don't request a card but would like a PIN for authentication purposes, we can provide a PIN for that purpose (a "cardless PIN"). A cardless PIN cannot be used for purchases or ATM access (see "Telephone banking services" section for more details).

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN and is responsible for keeping the PIN confidential. If the card or PIN is given to another person, the account owner will, to the extent allowed by applicable law, be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN.

**Using a card to access linked asset accounts**

Non-Wells Fargo ATM operators may not support display of all linked accounts, and may not support all functions.

Linking lets you add asset accounts you own (for example, checking and savings) to a debit or ATM card, giving you the ability to perform transactions on multiple accounts with one card at Wells Fargo ATMs. The money for purchases and payments made with your card is deducted from the primary linked account. Using a card at a participating non-Wells Fargo ATM for cash withdrawals, balance inquiries, and funds transfers is generally available for the primary linked checking and savings accounts. We can restrict the number and type of asset accounts you can link to your card, as well as the frequency and availability of such linking.

Some Wells Fargo ATMs in branches can operate in "Assisted-Service mode" during branch hours. When in Assisted-Service mode, the ATM screen's main menu will display an "I need assistance" option. When using a Wells Fargo ATM in Assisted-Service mode, you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card.

If you link more than one asset account to the card, you may designate a primary linked account. If you don't designate a primary linked account, the first account linked to your card is considered the primary linked account. The primary linked account for a consumer debit card must be an eligible consumer checking account. The primary linked account for a business debit card must be an eligible business checking account.

If a primary linked account is closed or delinked for any reason, we'll generally designate a linked secondary account of the same account type, if you have one, as the new primary account. If you have a debit card and none of your other linked accounts are checking accounts, or you have no other linked accounts, your debit card will be closed and you can request an ATM card. You may link a new primary account of a different type (consumer, business, individual brokerage, or commercial brokerage) than the previous primary linked account, subject to our right to restrict changes to the primary account linked to your card. Depending on the new primary linked account, you may be issued a new card type.

When you use your card to access any asset account, the agreements and disclosures applicable to that asset account will apply to that card transaction. Additionally, the consumer protections described in the "Electronic Fund Transfer Services" section of this Agreement don't apply to transactions on business or commercial brokerage accounts.

**Using a card to access linked credit card and line of credit accounts at ATMs**

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit account) to your debit or ATM card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

**Using your card**

There are many ways to use your debit and ATM cards[1] — using the physical cards or via mobile devices. See the following descriptions.

**You can use your debit and ATM cards:**
- At merchants who accept payments through a network in which we participate
- To request cash back when making a physical card purchase with your PIN at merchants who offer this service

**In addition, with your debit card, you can also:**
- Pay for purchases, or pay bills directly with your card, or through a mobile device at participating merchants (see "Using your card through a mobile device" for more details)

**At any ATM with your debit or ATM card you can:**
- Withdraw cash, view account balances, and transfer funds between your accounts (fees may apply on any of these actions at a non-Wells Fargo ATM[2])

**At most Wells Fargo ATMs[3] you can:**
- Make deposits to your account (up to any deposit limits that may apply)[4]
- Transfer funds from your eligible Wells Fargo credit accounts to your checking or savings accounts[5]
- Make payments to your eligible Wells Fargo credit accounts
- Get a statement[6] of your account balances or the last 10 transactions
- Use your debit card through your mobile device to perform the ATM transactions listed above

**In addition, with your debit card but not your ATM card, you can:** Send and receive electronic credit transfers, such as those through card networks or funds transfer systems[7]

1. Purchases using an ATM card are only available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase. A PIN is not required for debit card transactions that can be processed without a PIN.

2. Non-Wells Fargo ATMs are ATMs that are not owned or operated by Wells Fargo or are not prominently branded with the Wells Fargo name and logo. You can use your card at non-Wells Fargo ATMs that display the Plus® logo to withdraw cash, check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

3. While most Wells Fargo ATMs offer these additional features and services, some Wells Fargo ATMs are limited to cash withdrawals, balance inquiries, and fund transfers between accounts linked to your card as primary checking and primary savings. The features and services offered at a particular Wells Fargo ATM will be displayed on the ATM screen.

4. A business deposit card can be issued to an authorized signer on business accounts. It can also be issued to a non-authorized signer at the request of an authorized signer. At Wells Fargo ATMs, a business deposit card and associated PIN can only be used to make ATM deposits, and can only be linked to deposit accounts. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

5. Cash advance and ATM advance fees may apply. Refer to the applicable credit card account agreement or line of credit account agreement for more details.

6. Statements at Wells Fargo ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

7. If your debit card or debit card number is used to send and receive a credit transfer, the frequency and dollar amount of those transfers may be limited by the applicable card network.

### Using a digital version of your debit card

You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using your card through a mobile device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

### ATM and merchant terminal malfunctions

Generally, we're not responsible for damages resulting from an ATM or merchant terminal malfunction. However, for applicable accounts, see "In case of errors or questions about your electronic fund transfers" in the "Electronic Fund Transfer Services" section of this Agreement.

### Fees for use of card

Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Consumer Schedule and Business Schedule.

We may charge you a fee for making a transaction at a non-Wells Fargo ATM, including withdrawing cash. In addition, the non-Wells Fargo ATM operator or network may charge you a fee, which is included in the total amount withdrawn from your account and applies to your card's daily ATM withdrawal limit. We may waive our fee and/or reimburse the non-Wells Fargo ATM operator's fee, in whole or in part, if allowed by the terms of your account.

We'll charge a fee if you make a teller-assisted cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. You may also be charged a fee by other banks and financial institutions for cash disbursements at their branches. That fee may be added to your total disbursement and will apply to your card's daily ATM withdrawal limit. Some merchants may assess a fee when you use your card for a purchase or for cash back. The merchant fee will be included in the total purchase amount and will apply to your card's daily purchase limit.

## Daily limits

Unless otherwise specified, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. Transactions made in other time zones will be based on when received in Pacific Time. You may use your card subject to your daily purchase limit, daily ATM withdrawal limit, and the available balance in your account. The following rules apply:

**Limits on dollar amounts:** Your card's daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be authorized each day from your primary linked account, less merchant fees, if any. Note: If you use your card or card number to fund a digital wallet, brokerage, or other type of account, these Account Funding Transactions (AFTs) will count against your card's daily purchase limit. AFTs may also be limited by the applicable card network. If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

Your card's daily ATM withdrawal limit is the maximum amount of cash you can withdraw each day from any combination of accessible accounts using your card, less any fees charged by the non-Wells Fargo ATM operator or third party, if applicable. When you use a Wells Fargo ATM in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.

You can confirm your card's daily limits through online banking, our mobile app, or by calling us.

**Limits for your card:** We provide you your daily ATM withdrawal and purchase limits when you receive your card or a digital version of your card. **Note:** For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your card, including the geographic location of the ATM or merchant.

There's generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded, and there's a sufficient available balance in accounts you access for the transactions. If an ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the "Available Balance, Posting Transactions, and Overdraft" section of this Agreement.

When we approve a transaction or purchase, we call that an authorization.

We may limit the number of authorizations we allow during a period of time or refuse to authorize a transaction when your card has been reported lost or stolen or when we notice out-of-pattern use of your card or suspect fraudulent, suspicious, or unlawful activity. For security reasons, we cannot explain the details of the authorization system. If you turn your card off, we will not authorize new everyday (one-time) card transactions, including those made through a mobile device and ATM withdrawals, but card transactions presented as recurring payments may still be authorized. If we don't authorize the transaction, we may notify the person who attempted the transaction that it has been refused. We will not be responsible for failing to give an authorization under these circumstances. In our discretion, we may allow or deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

**Changes to your card limits:** We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we'll notify you in accordance with applicable law.

## Using your card through a mobile device

A mobile device means a smartphone, tablet, computer or any hand-held or wearable communication device and any third-party application within a device that allows you to electronically store or electronically present your debit card or debit card number, which is replaced with a unique "digital card number," to make debit card transactions.

When you use your debit card with your mobile device for transactions:
- Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees.
- Your debit card information is sent across wireless and computer networks.
- Information about your mobile device may be transmitted to us.
- You should secure the mobile device the same as you would cash, credit cards, and other valuable information. Password protect and lock it to help prevent unauthorized transactions and notify us promptly if it's lost or stolen.
- When you make a purchase or payment using your mobile device, the merchant won't provide an option for cash back.
- A physical card may be required for access to Wells Fargo ATMs within secure locations.
- You can access Wells Fargo ATMs and participating non-Wells Fargo ATMs by holding your mobile device close to the Contactless Symbol displayed on the ATM.
- When you access an ATM with your mobile device and card PIN, you can perform only one monetary transaction per visit, such as a cash withdrawal or funds transfer.
- If you're accessing a Wells Fargo ATM in Assisted-Service mode using your mobile device, your card's daily ATM withdrawal limit will apply and you won't be able to access accounts that are not linked to your card.
- We may automatically provide third-party digital wallet operators with updated digital card number information, such as when your card is replaced or reissued.
- In certain circumstances (such as when you set up recurring payments to a subscription service), another unique identifier may be generated from your digital card number to be used for card transactions.

Third parties, such as merchants, card association networks, mobile carriers, digital wallet operators, mobile device manufacturers, and software application providers may 1) use and receive your digital card number, and information about your card transactions as necessary to effect, administer, or enforce the card transaction, and 2) receive information about your mobile device. The third-party digital wallet operator may use this information to display it to you or for its own purposes according to the terms, conditions, and other agreements that the digital wallet operator may require you to accept. Please refer to the third-party digital wallet operator's privacy policy and terms and conditions for more detail about how the digital wallet operator

will use and retain your information, as well as to review any fees that the third-party digital wallet operator may charge. We are not responsible for a third party's privacy practices or level of security. If a third-party digital wallet operator displays a history of card transactions made through your mobile device, you understand that the third-party transaction history does not reflect complete information about your card transactions.

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. We may also modify or terminate a debit card's eligibility to be added to a mobile device, as well as our participation with any third-party digital wallet operator. If you want to remove your digital card number from your mobile device, contact us using the information listed in the "Questions? We're here for you" section at the beginning of this Agreement.

## Card on file with merchants

If you give your debit card number to a merchant with authorization to bill that card for recurring payments, or to keep it on file for future purchases or payments, the merchant may receive updated card information to process such payments. However, since not all merchants receive updated card information, we recommend you notify each merchant of your new debit card number and/or expiration date to ensure your payments continue uninterrupted. If you have a card on file with a merchant and want to cancel the payment arrangement, be sure to cancel it directly with the merchant.

## Authorization holds for card transactions

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. **We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.** We generally release the hold within three business days from the time of authorization or until the transaction is paid from your account. Note, however that the hold can be longer for certain types of transactions, including up to 30 business days for car rental, hotel, cash disbursements, and international debit card transactions.

If the merchant does not submit the transaction for payment within the time allowed, we'll release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you'll spend. For example: A restaurant submits the authorization request for your meal before you add a tip.

**You might end up overdrawing your account even though the available balance appears to show there are sufficient funds to cover your transaction.** For example: A merchant does not submit a one-time debit card transaction for payment within three business days of authorization (or up to 30 business days); we must release the authorization hold even though we'll have to honor the transaction. When we receive it for payment, it's paid from the funds in the account and at that time it causes an overdraft.

You should record and track all of your transactions closely to confirm your available balance accurately reflects how you spend funds from the account linked to your card.

## Partial authorization for card transactions

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked account when you're making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily purchase limit.

We'll first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we don't approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account. This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you're unable/unwilling to provide an additional form of payment, and the transaction does not occur, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

## Transactions outside the United States

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (for example, Visa, MasterCard) in U.S. dollars.

## Ending your card use

Your card is our property.

We may cancel or suspend your card or card banking access at any time without notice to you (for example, if you fail to activate your card). We may decide not to issue a card to you or replace your card (for example, if the card has not been used for a prolonged period of time). You may cancel your card or card banking access at any time by calling the number on the back of your card. If the card is canceled, you must pay for any card transactions made before the card is canceled, and you will immediately destroy the card after it is canceled.

## Zero Liability protection

With Zero Liability protection, you'll have no liability for card transactions that you did not make or authorize, subject to certain conditions and so long as those transactions occurred before the end of the 60-day period described hereafter.

If your account statement shows card transactions that you did not make or authorize, tell us at once. If you don't notify us within 60 days after the statement was mailed or was otherwise made available to you, you'll be liable for any additional unauthorized card transactions that occurred after the 60-day period and before you provided notice to us (if we could have stopped those card transactions had you promptly notified us). This will apply even to unauthorized card transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we'll extend the time period.

Zero Liability protection does not apply if we determine, based on substantial evidence, that you were fraudulent or negligent in the handling of your card or account, or if your card transaction does not meet Regulation E's definition of an "unauthorized electronic fund transfer" (refer to the "Electronic Fund Transfer Services" section of this Agreement). Moreover, if you do not notify us about an unauthorized card transaction within 60 days from the time your statement was made available to you, Zero Liability protection does not apply; note, however, that this does not impact your rights under Regulation E if there is an unauthorized electronic fund transfer from your consumer account.

**For card transactions from consumer accounts:** Your card comes with Wells Fargo's Zero Liability protection, which provides you with more liability protection than what Regulation E requires for cards accessing consumer accounts (see "Liability for unauthorized electronic fund transfers according to Regulation E" in the "Electronic Fund Transfer Services" section of this Agreement).

**For card transactions from business accounts:** Your card comes with Wells Fargo's Zero Liability protection, but Regulation E does not apply.

# Fund Transfer Disclosures — General

The following provisions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers to and from your account. The terms "funds transfer," "funds transfer system," "payment order," and "beneficiary" are used here as defined in Article 4A of the Uniform Commercial Code — Funds Transfers, as adopted by the state whose laws govern your account. As used in these provisions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of funds transfers covered by these provisions are ACH transactions, remittance transfers, and wire transfers (whether outgoing or incoming, foreign or domestic). Some consumer transfers referenced in this section may also be electronic fund transfers subject to Regulation E Subpart A as described below. If the transfer is governed by Reg E Subpart A, the provisions of the section of this Agreement titled "Electronic Fund Transfer Services" control in the event of conflict with this section.

| | |
|---|---|
| **Rules of funds transfer systems** | Funds transfers to or from your account will be governed by the rules of the funds transfer system(s) through which the transfers are made ("system rules"), including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an "ACH"), the Clearing House Interbank Payments System ("CHIPS"), the Society for Worldwide Interbank Financial Telecommunication ("SWIFT"), Real-Time Payments ("the RTP System"), FedNow service, or other funds transfer system. We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN"). |
| **Sending funds transfers/ Means of transmission** | When acting upon your transfer instructions, we may use any means of transmission, funds transfer system, clearing house, or intermediary bank that we reasonably select. |
| **Notice of funds transfers** | We'll notify you of funds electronically debited from or credited to your account through the account statement covering the period in which the transaction occurred. Unless required by law, we're under no obligation to provide you with any additional notice or receipt. |
| **Reliance on identification numbers** | If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, we'll rely on the beneficiary account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied on as the proper identification of the financial institution. |
| **Erroneous payment orders** | You could lose funds if you provide incomplete or inaccurate information in your payment orders. We have no obligation to detect errors you make in payment orders (for example, paying the wrong person or the wrong amount). Just because we detect an error once, we won't be obligated to detect future errors. We'll rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN [International Bank Account Number], RTN [Routing Transit Number] or SWIFT BIC [Business Identifier Code])  you provide with an instruction or order. |
| **Your duty to report unauthorized or erroneous funds transfers** | You'll exercise ordinary care to determine whether a funds transfer to or from your account was either not authorized or erroneous. Except for electronic fund transfers subject to Reg E Subpart A, you must notify us of the facts within a reasonable time, not exceeding 14 days after (i) you have received your account statement from us on which the funds transfer appears or (ii) you otherwise have notice of the funds transfer, whichever is earlier. If you don't notify us within 14 days, you are precluded from asserting we are not entitled to retain payment for the funds transfer. |
| **ACH transactions** | These additional terms apply to payments to or from your account that you transmit through an ACH:<br>• Your rights as to payments to or from your account will be based on the laws governing your account.<br>• When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.<br>• If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.<br>• For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we – in our sole discretion – believe the transfer is irregular or suspicious.<br>• Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize. |
| **Return of ACH debit entries** | **Consumer accounts only:** Under the ACH Rules, the Bank can seek the return of an unauthorized consumer ACH debit entry until midnight of the 60th calendar day following the business day the Bank posted the ACH debit entry to your account.  To ensure the Bank is able to meet this return deadline, you must notify us no later than 15 days after we send or otherwise make available to you the account statement that reflects the unauthorized transaction. This right of return is in addition to your rights described in the "Electronic Fund Transfer Services" section of this Agreement.<br><br>**Business accounts only:** Under the ACH Rules, the Bank can seek the return of an unauthorized non-consumer ACH debit entry until midnight of the business day following the business day the Bank posted |

the ACH debit entry to your account. To ensure the Bank is able to meet this return deadline, you must notify us no later than 3:00 p.m. Central Time on the business day following the business day the Bank posted the ACH debit entry to your account. If you don't notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we won't be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

**Liability for transactions not covered by Regulation E**

For purchases and other transactions in consumer accounts not governed by Regulation E, you're liable for all losses relating to unauthorized funds transfers that don't result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

**Receiving instant payments**

The following additional terms apply to any instant payments we receive for credit to your account through an instant payments network, which may be the RTP® network or FedNow service operated by a third party, The Clearing House, or another third party network. The terms "sender," "receiver," and "sending participant" are used here as defined in the system rules governing the RTP network and FedNow service. In addition to the rules of the instant payments network, instant payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

- Instant payments networks may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. You may not send or receive instant payments on behalf of any person or entity not domiciled in the United States. Instant payments that are permitted under the rules of the instant payments network and our requirements are considered eligible payments for purposes of this Agreement.
- Instant payments cannot be cancelled or amended by the sender. If we receive a message from a sending participant requesting return of an instant payment received for credit to your account, we may notify you of that request. You're not obligated to comply with any such request for return of funds. Any dispute between you and the sender of an instant payment should be resolved between you and the sender.
- If you don't wish to accept an instant payment credit received to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- Instant payments are typically completed within thirty (30) seconds of transmission of the instant payment by the sender, unless the instant payment fails or is delayed due to a review by us or the sending participant, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the instant payments network or sending participant may also prevent instant payments from being sent to your account.

We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Remittance transfers**

Remittance transfers are initiated by consumers primarily for personal, family, or household purposes, and are sent outside the United States and its territories. Each time you initiate a remittance transfer, you'll receive disclosures outlining additional rights provided by federal law. You also may obtain a copy of those rights on wellsfargo.com or in any branch.

**Incoming international wire transfers**

Incoming wire transfers received in a foreign currency for payment into your account will be converted into U.S. dollars using the applicable exchange rate without prior notice to you. For more information, see the "Applicable Exchange Rate" section of this account agreement.

**Returned international wire transfers**

If your outgoing international wire transfer is returned to Wells Fargo, you may be credited back a lesser amount than the amount that was originally debited for your initial outgoing wire transfer. Fee(s) may be charged by Wells Fargo or other financial institutions (for instance, by beneficiary and intermediary banks) when a wire is returned. As a result, the amount of your returned wire may be different than the amount you originally sent due to fees deducted. In addition, when a returned foreign currency wire is converted back to U.S. dollars, the U.S. dollar amount credited back to you may be less than the original amount we debited from your account due to fluctuation in the applicable exchange rate. You accept the risks of any unfavorable change in the applicable exchange rate. Wells Fargo will not be liable to you for a sum in excess of the amount that was originally debited for your initial outgoing wire transfer after it has been converted back to the original currency, even if there are favorable changes in the foreign exchange markets.

**Funds Transfer Security Procedure**

You agree that we will follow a commercially reasonable security procedure of our choice to verify the authenticity of an instruction we receive to send a funds transfer from your account. The security procedure may vary depending on whether we receive the instruction in person, in writing, by phone, or via online or mobile. If we offer, but you decline, an optional security procedure that is commercially reasonable, then you agree that the security procedure chosen to verify the payment order is commercially reasonable for your transaction. You agree to be bound by any funds transfer request that Wells Fargo receives and verifies following a commercially reasonable security procedure, even if the payment order was not authorized by you. More details about the security procedures may be found in the applicable funds transfer agreement or Online Access Agreement.

**Consumer accounts only:** This provision applies to fund transfers governed by Article 4A of the Uniform Commercial Code and not electronic fund transfers governed by Regulation E, Subpart A (except for certain "instant payments" where both may apply). For more information about your rights and responsibilities related to electronic fund transfers as defined by Regulation E, please see the section of this Agreement titled "Electronic Fund Transfer Services."

| | | |
|---|---|---|
| **Rejecting a Funds Transfer Request** | We may reject a funds transfer request without any liability to you. Some examples may include, if you don't have enough available funds in your account for the funds transfer and applicable fees, if we are unable to verify a payment order or person requesting the funds transfer, or if we are unable to complete the request for any other reason. If required by law, we will notify you of our decision to reject the request. | |

# Electronic Fund Transfer Services

**(Consumer accounts only)**

| | | |
|---|---|---|
| **General rules for electronic fund transfer services** | The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Subpart A of Regulation E. | |

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. Common examples of electronic fund transfers that are subject to this section include debit card, ATM, and Automated Clearing House (ACH) transactions, direct deposits, and certain online or mobile banking transactions. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are also governed by separate agreements we give to you at the time your card is mailed or added to a mobile device or you sign up for the service (e.g., ATM and debit cards, online, and mobile banking).

**Note:** Among other things, these provisions don't apply to wire transfers or remittance transfers (e.g., ExpressSend® and consumer-initiated international wire transfers). Remittance transfers you send through us are governed by a separate agreement you enter into when you sign up for the service or send the remittance transfer. Refer to the "Funds Transfer Disclosures — General" section of this Agreement.

When you read this section, you'll see references to Regulation E or Reg E. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, your PIN, or other access device has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail below.

Where any words or terms used within this section are defined in Regulation E, they shall have the same meanings when used in this section. For example, the term "unauthorized electronic fund transfer" as used in this section shall mean an electronic fund transfer from your account that is initiated by a person other than you without actual authority to initiate the transfer and from which you receive no benefit.

The following table summarizes the types of transactions to which Regulation E applies.

| Electronic fund transfer | Description | Transaction covered by Reg E |
|---|---|---|
| **Card transactions** | | |
| **Debit and ATM cards** | Use your Debit or ATM card to make purchases, withdrawals, payments, transfers, and other transactions as described above in the "Debit Cards and ATM Cards" section of this Agreement. | ✓ |
| **Electronic transfers, payments, credits, and electronic check conversions** | | |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | ✓ |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | ✓ |
| **Credits** | Manual or automatic electronic deposits to your account, such as payroll or benefits payments | ✓ |
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | ✓ |
| **Phone Bank transactions** | | |
| **Phone Bank transactions** | **Not under a written agreement or plan:** A request to the Phone Bank to make a transaction to or from your account | |
| | **Under a written agreement or plan:** The Phone Bank, under an agreement, can make transactions to and from your account | ✓ |

| | |
|---|---|
| **Liability for unauthorized electronic fund transfers according to Regulation E** | **Tell us AT ONCE if you believe your card, card number, PIN, or other access device has been lost or stolen,** or if you believe that an electronic fund transfer has been made by someone other than you and without your permission. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan). |
| | If you tell us within two business days after you learn of the loss or theft of your card, card number, PIN, or other access device, you can lose no more than $50 if someone used your credentials without your permission (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement). |
| | If you **do NOT** tell us within two business days after you learn of the loss or theft of your card, card number, PIN, or other access device, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement). |
| | Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, card number, PIN, other access device, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized electronic fund transfers that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized electronic fund transfers that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods. |
| **Contact in the event of unauthorized electronic fund transfers** | If you believe your card, card number, PIN, or other access device, has been lost or stolen, call us at 1-800-869-3557 or the number listed on your statement, or write to us at Wells Fargo, Customer Correspondence, PO Box 6995, Portland, OR, 97228-6995. |
| | You should also call the number or write to the address listed above if you believe a transfer has been made by someone other than you and without your permission. |
| **Preauthorized credits to your account** | If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check your online or mobile banking, enroll in account alerts, or call us at 1-800-869-3557 to find out whether or not the deposit has been made. |
| **Handling preauthorized payments** | **Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how: Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, PO Box 6995, Portland, OR, 97228-6995, in time for us to receive your request **three business days or more** before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. |
| | **Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you, 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.) |
| | **Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages. |
| | **Note:** We cannot stop payment on a purchase transaction unless it is a preauthorized electronic fund transfer. |
| **Electronic check conversion** | You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills. |
| **Account inquiry** | You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, PO Box 6995, Portland, OR 97228-6995. |
| **Receipts** | You can get a receipt at the time you make any transfer to or from your account using one of our ATMs or when you use your card at a merchant terminal. |

## Our liability for failure to make transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The ATM where you are making the transfer does not have enough cash,
- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or
- There is some other exception stated in our Agreement with you.

## In case of errors or questions about your electronic fund transfers

If you see an error or have questions about your electronic transfers, think your deposit statement or receipt is wrong, or you need more information about a transfer listed on an account statement or receipt, call us at 1-800-869-3557 or the number listed on your account statement, or write to us at Wells Fargo, Customer Correspondence, PO Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days.

## Investigations

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, or an error occurred that is different from the one you described, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# Other Account Services and Restrictions

**Telephone banking services**

You may use our automated phone system to get account information, transfer funds between Wells Fargo accounts, or pay certain Wells Fargo credit bills. To access this service, you must have a valid PIN, either for your debit or ATM card, or a cardless PIN issued for authentication purposes. If you don't have a valid PIN, we'll ask you for information to verify your identity. We may cancel your cardless PIN at any time without notice, including after six months of non-use. We may comply with any request of a caller using Wells Fargo's telephone banking services, provided we authenticate the caller in compliance with one of the identity verification procedures described in this paragraph.

**Large cash withdrawals or deposits**

We may place reasonable restrictions on large cash withdrawals. These restrictions may include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We don't have any obligation to provide security if you make a large cash withdrawal. If you want to deposit a large amount of cash, we may require you to provide adequate security or exercise other options to mitigate possible risks.

**Checks with multiple signatures**

We may act on the instructions of any one authorized signer on your account and not require multiple signatures. If you have indicated that more than one signature is required to transact on your account, you acknowledge and agree that such requirements are for your own control purposes only, and we won't be liable if a check or other transaction is processed without multiple signatures. We're not responsible for reviewing your checks or other transactions for multiple signatures.

**Checks with dates and special instructions**

We may pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. If we, in our sole discretion, pay a check or other item in a foreign currency, the applicable exchange rate may apply. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Additional Terms and Services" section of this Agreement. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

We may, without inquiry or liability, pay a check even if it:
- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100"),
- Is stale-dated (i.e., the check's date is more than six months in the past), even if we're aware of the check's date,
- Is post-dated (i.e., the check's date is in the future), or
- Isn't dated.

**Use of a facsimile or mechanical signature**

If you use any device or machine to provide a faxed, electronic, computer generated or other mechanical signature (including a stamp on a check) it will be treated as if you had actually signed it.

**ACH debit entries**
(Business accounts make note)

Under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account. We'll have no obligation to pay, and no liability for paying, any consumer ACH debit entry on a business account.

**Acceptable form for checks**

Your checks must meet our standards, including paper stock and dimensions; we may refuse checks that don't or that cannot be processed by our equipment. Checks must include our name and address as provided by us. Certain check features, such as security features, may impair the quality of a check image. We're not responsible for losses that result from your failure to follow our check standards.

**Checks presented by a non-customer**

For these transactions, we require acceptable identification, which may include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification. We may charge a fee for non-customers to cash a check.

**Electronic check indemnifications**

An "electronic check" and an "electronic returned check" means an electronic image of a paper check or paper returned check or the electronic information derived from it.

When we transfer or present an electronic check or electronic returned check, we provide the following warranties:
- **Image Quality Warranty.** We guarantee that the electronic image accurately represents all of the information on the front of the check as of the time that the original check is truncated, and the electronic information includes an accurate record of all MICR line information required for a substitute check and the amount of a check.
- **No Double Debit Warranty.** We guarantee that the warrantee won't receive a presentment of or otherwise be charged for an electronic check, an electronic returned check, the original check, a substitute check, or a paper or electronic representation of a paper substitute check, in a way that the warrantee will be asked to pay a check that it has already paid.

When we transfer an electronic check for collection or payment, we make the image quality warranty and the no double debit warranty to the transferee bank, any subsequent collecting bank, the paying bank, and the drawer. When we transfer an electronic returned check for return, we make the image quality warranty and the no double debit warranty to the transferee returning bank, the depository bank, and the owner.

**Indemnities applicable to electronic checks and electronic returned checks.** You will indemnify, defend, and hold us harmless from all liabilities, obligations, demands, and costs (including fees of legal counsel and accountants) awarded against or incurred by us (collectively, "losses and liabilities"), related to the transfer or return of an electronic check or an electronic returned check on your behalf. If we suffer any losses or liabilities related to a breach of the image quality warranty or the no double debit warranty, you will reimburse us and not hold us responsible or liable.

**Indemnities applicable to remote deposit capture services (including Wells Fargo Mobile Deposit)**. If a depository bank accepts the original check from which an electronic check is created and suffers losses due to the check having already been paid, we're required to indemnify and reimburse that bank. If we suffer any losses or liabilities related to that type of depository bank indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

**Indemnities applicable to electronically created items.** If we transfer or present an "electronically created item" and receive settlement or other consideration for it, we're required to indemnify and reimburse each transferee bank, any subsequent collecting bank, the paying bank, and any subsequent returning bank against losses that result from the fact that:

- The electronic image or electronic information is not derived from a paper check,
- The person on whose account the electronically created item is drawn didn't authorize its issuance or the payee stated on the item, or
- A person receives a transfer, presentment, or return of, or otherwise is charged for an electronically created item in such a way that the person is asked to make payment based on an item it has paid.

If we suffer any losses or liabilities related to that type of electronically created item indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

## Stop payment

Applicable fees are described in the Consumer Schedule and Business Schedule.

**Requesting stop payment on a check**

You may request a stop payment on a check if you allow us a reasonable amount of time to act on it; the same is true if you ask us to cancel a stop payment order. You can request a stop payment on wellsfargo.com, via our Mobile App, at a branch, or by calling us. We may review your account to see if the check has been presented, and if so, that may impact your stop payment request.

To issue a stop payment order on a check, we may request the following information:

- Your bank account number
- The check number or range of numbers
- The check amount or amounts
- The date on the check

We may, in our sole discretion, use only a portion of this information to identify the check.

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

**Effective period for a stop payment order on a check**

- **A stop payment order on a check is valid for six months.** We may pay a check once a stop payment order expires. You must request a new stop payment order if you don't want it to expire and we treat each renewal as a new order.
- **Your responsibility after we accept a stop payment on a check.** Even if we return a check unpaid due to a stop payment order, you may still be liable to the holder of the check (e.g., a check cashing business).

**Stop payment orders on ACH debit entries**

You may request a stop payment order for an ACH debit entry that has not already been paid from your account. You can request a stop payment on wellsfargo.com, via our Mobile App, at a branch, or by calling us. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on the applicable ACH debit entry. If you provide verbal instructions, we may require confirmation in writing. If such written confirmation isn't received, we may remove the stop payment order after 14 days. An instruction to revoke a stop payment order must be received in a time and manner that gives us a reasonable opportunity to act on it.

To place a stop payment order on an ACH debit entry, we may require that you provide the following information: (i) your account number, (ii) amount of the ACH debit entry, (iii) effective date, and (iv) merchant name. We may request additional information and may, at our sole discretion, use only a portion of the required information in order to identify the ACH debit entry. ACH stop payment orders can be based on information which identifies the Merchant or an amount and will stop all transactions that match the applicable criteria.

If you provide information that is incorrect or subject to change (for example, if the merchant changes its merchant identification (company ID) number or individual identification number), it may result in payment of the ACH debit entry. You acknowledge this risk and agree that you're responsible for notifying the merchant of the ACH debit entry that your authorization has been revoked. Unless prohibited by

law, you agree to indemnify and hold us harmless from, and against, any loss we incur as a result of our paying an ACH debit entry, if any of the information relied on in the stop payment order is incorrect or incomplete (or as a result of our not paying an ACH debit entry for which a valid stop payment order is in effect).

**Stopping payment on a preauthorized electronic fund transfer**
If your account is a consumer account, you may stop payment on a preauthorized electronic fund transfer. See "Handling preauthorized payments" in the "Electronic Fund Transfer Services" section of this Agreement.

### Post-dated checks

A post-dated check is a check you issue with a date in the future. We're not responsible for waiting to honor the check unless you use a stop payment order for the check. You're responsible for notifying us to cancel the stop payment order when you're ready to have that check paid.

### Restricted transactions

You must not use your account or any relationship you may have with us for any illegal purpose, including "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and its implementing regulation, Regulation GG. In our discretion, we may block or otherwise prevent those transactions and, further, we may close the account or end our relationship with you.

# Time Accounts (CDs)

CDs mature and are payable at the expiration of a specified term, which will be no less than ten calendar days after the date of deposit. The CD's maturity date is the last day of the term for the CD and is printed on your receipt.

For new Certificate of Deposit (CD) accounts that are not fully funded due to the source funds not being received or being returned unpaid, Wells Fargo may close the account. For existing Certificate of Deposit (CD) accounts where additional funds are added to the account but those incremental funds are not received or are returned unpaid, Wells Fargo may adjust the account balance and interest accrued accordingly.

We may refer to a Time Account as a CD or Certificate of Deposit, even though we don't issue a paper certificate when opening the account or require a paper certificate to close the account.

**You may withdraw funds from your CD on the maturity date without a penalty**. During the ten calendar days after the maturity date, which we refer to as the grace period, you can change the term, generally make withdrawals and additional deposits, or close the CD. No additional deposits to the CD are allowed outside this grace period. You may be charged a penalty if you make a withdrawal at any other time. See "Early withdrawal penalty and Regulation D penalty" in this section.

**Unless you withdraw the funds, your CD will automatically renew at maturity:**
- Typically for the same term unless we inform you at the time of account opening or prior to maturity of a different renewal term, and
- At our standard interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

At renewal, in addition to the interest rate and renewal term, we may change any other CD provision, subject to providing you notice as required by law. Wells Fargo may redeem and close your CD, at our option, if the balance falls below $1.00. This also applies to any CD that you may have within an IRA. We'll treat any interest that is deposited into your CD during the previous term as principal for your new term.

**IRA CDs and ESA CDs**
You may have multiple accounts within your Individual Retirement Account (IRA) or Education Savings Account (ESA) plan. We no longer offer new IRAs or new ESAs. IRA CDs are only available for current IRA customers, and ESA CDs are only available for current ESA customers.

Your IRA/ESA plan balance on December 31 of each year represents the fair market value of your account. We report the fair market value, distributions from and contributions to your IRA/ESA, to the Internal Revenue Service (IRS). If applicable, the IRS may impose penalties. Please consult your tax advisor.

**Interest on your CD**
The Annual Percentage Yield (APY) we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

| Term | CD Interest payment options* | | | | |
|---|---|---|---|---|---|
| | Monthly | Quarterly | Semi-Annually | Annually | At maturity |
| Less than 12 months (365 days) | X | X | X | Not available | X |
| 12 months or more | X | X | X | X | Not available |

*Interest payments for IRA/ESA CDs redeposit monthly into your CD.

With the exception of IRA/ESA CDs, you may choose to have your interest payments re-deposited into your CD, transferred to a Wells Fargo checking or savings account, or paid by check if your CD has a minimum balance of $5,000.

**Early withdrawal penalty and Regulation D penalty**

**Early withdrawal penalty (Fixed Rate CDs and Fixed Rate IRA/ESA CDs):** Other than the Regulation D penalty described below, any money you withdraw from your CD before the end of its term will be subject to an early withdrawal penalty based on the length of the CD term.

| CD Term | Penalty |
|---|---|
| less than 90 days (or less than 3 months*) | 1 month's interest |
| 90 through 365 days (or 3-12 months*) | 3 months' interest |
| Over 12 months through 24 months | 6 months' interest |
| Over 24 months | 12 months' interest |

\* Some CD terms are based on days and others are based on months. Check your receipt for the term applicable to your CD.

We calculate the early withdrawal penalty using the amount of principal you withdraw at your CD's interest rate at the time of withdrawal. The penalty is calculated by multiplying the interest rate by the amount of principal withdrawn then dividing that total by 12 to arrive at one month's interest. We'll deduct your early withdrawal penalty from your earned interest. If the penalty is greater than your earned interest, then we'll deduct the difference from the principal amount of your CD.

**Regulation D Penalty**: The Regulation D penalty is seven days' simple interest on the amount withdrawn and applies to the following:
- Withdrawals made within seven days of account opening including the day the account was opened.
- Withdrawals made during the grace period, when additional deposits are made during the grace period and the withdrawal exceeds the amount of the matured CD balance.
- Withdrawals within seven days of any prior withdrawal where the Bank's early withdrawal penalty is not applied.

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate CDs):**
- Death of the CD owner
- Death of the grantor of a revocable family/living trust
- Court determination that a CD owner is legally incompetent

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate IRA/ESA CDs):**
- Death of the IRA CD or ESA CD owner
- Court determination that an IRA CD or ESA CD owner is legally incompetent
- IRA or ESA owner becomes disabled
- IRA owner is age 59 ½ or older
- IRA or ESA owner requests a revocation in writing within seven days of plan opening

# Protecting Your Account and Your Information

**Protection against unauthorized items**

You acknowledge that there's a growing risk of losses resulting from fraud, including unauthorized items. To help prevent fraud on your account, you agree to take reasonable steps to ensure the integrity of your account and items drawn on your account or deposited to it. We recommend you take the following preventive measures (not an exhaustive list):

- Reconcile your account statements when received and promptly notify us of any problem.
- Promptly notify us if you don't receive an expected statement.
- Don't provide your account and routing numbers to unknown persons. Fraudsters may use this information to initiate fraudulent transactions against your account.
- Only write checks to people and businesses whom you know. Fraudsters may try to trick you by pretending to be friends and family, indicating you have won the lottery or sweepstakes, through online dating sites, or impersonating law enforcement.
- Don't deposit checks from people whom you don't know. Fraudsters often request that you deposit a fake check into your account, then request that you return some of the funds. After you return the funds, the check bounces, but you are still responsible to us for the full amount of the check you deposited.
- Write your checks in a manner to prevent others from adding words, numbers or making other changes without your authorization.
- Protect your checks from unauthorized use and theft by securing your supply of checks at all times (for example, never leave checks in an unlocked vehicle, or out in a visible location unattended), using tamper resistant checks, destroying checks you don't intend to use, and  not signing blank checks. Check-related fraud is common. If you fail to take any of these preventive measures, we are not responsible for any losses that you may incur.

**Additional protections for business accounts**

**Additional steps business customers should take to help reduce the risk of fraud on their accounts:**

- Assign responsibilities for your business account to multiple individuals and periodically reassign duties. Have different people reconcile statements and withdraw funds.
- Watch for checks cashed out of sequence or made out to cash as flags for embezzlement.
- Review activity for unexpected fluctuations such as the percentage of cash deposits to total deposit size. Most businesses will keep a constant average.
- Notify us immediately when an authorized signer's authority ends so that their name can be removed from account access.
- Obtain insurance coverage for bank account fraud risks.
- Watch out for imposters impersonating vendors or if an alleged vendor changes their payment instructions.
- Only send trusted employees to deliver checks or make deposits.

**Wells Fargo services to help prevent fraud on analyzed business accounts include:**

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter, and
- Payment Authorization service.

In addition, we recommend you use certain industry best practices such as dual custody. With dual custody, when one user initiates an action like a payment or a change in the set-up of a service, the action does not take effect until a second user approves the action using a different computer or mobile device.

**Potential consequences if a business customer does not follow bank recommendations**

**For analyzed business accounts:**
If we have expressly recommended that you use a fraud prevention service or industry best practice and you either (a) decide not to implement or use the recommended service or industry best practice or (b) fail to use it in accordance with the applicable service description or our other applicable documentation, then you are responsible for all losses that could have been prevented or mitigated by correct use of the recommended service or best practice.

**For non-analyzed business accounts:**
We may expressly recommend that you follow the established process for lost or stolen business checking or savings accounts. This may include (a) placement of an account restraint, (b) closure of your account to mitigate further loss, or (c) a combination of both of these practices.

You are responsible for future losses that could have been prevented or mitigated by correct use of the recommended process or best practice, unless the laws applicable to your account provide otherwise. We separately reserve the right to close your account at any time and in our sole discretion if you fail to implement the recommended process or best practice.

Nothing in this provision amends any other rights we may have under this Agreement, and you remain obligated to notify us of any unauthorized activity on your account in accordance with this Agreement and any other agreement you have with us.

**Verifying your identity with your mobile device and your wireless company**

Wells Fargo may collect, use, and retain personal or other information about you or your mobile device to assist in verifying your identity. We may rely on such information provided to us by your wireless company, and you authorize them to disclose:

- Your mobile number, name, address, email;
- Network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI), and other subscriber and device details to Wells Fargo and our service providers for the duration of the account relationship.

Review our Privacy Notice for how we treat your data. You represent that you're the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

# Closing Accounts

**If you close your account**

You can request to close your account at any time. To close, the account must be in good standing (for example, it does not have a negative balance, or restrictions such as holds on funds, legal order holds, or court blocks). At closing, we'll assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero. All outstanding items need to be processed and posted to your account and all deposits collected and posted to your account before it closes or items will be returned unpaid afterwards. You must redirect or cancel all scheduled deposits to and payments from (recurring or one-time, in each case) your account; otherwise, they may be returned unpaid after the account closes. We won't be liable for any loss or damage that may result from not honoring items or recurring deposits or payments that are presented or received after your account is closed (such as additional fees charged by a merchant or payee for a returned item).

During the process of closing your account:
- Interest-bearing accounts will stop earning interest.
- Overdraft Protection will be removed.
- All cards and linked accounts will be delinked.
- This Agreement continues to apply.

**When we can close your account**

We may close your account at any time. If we close your account, we may send the remaining balance in your account by mail or credit it to another account you keep with us.

**Electronic banking privileges end when account is closed**

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure unless your account has been closed due to the charge off of an overdrawn balance. If you're enrolled in online banking, refer to the Online Access Agreement for specific terms governing online access to your account.

**Closing your account if the balance is zero**

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

## Dormant accounts

Generally, an account with a positive balance becomes dormant if you do not initiate an account-related activity (as determined by the laws governing your account) for a specified period of time.

**Checking accounts, savings accounts, and CDs:** To avoid dormancy, initiate an account-related activity like depositing or withdrawing funds at a branch or ATM, or writing a check from the account. One-time and recurring automatic transactions such as pre-authorized transfers, payments and electronic deposits (including direct deposits), do not prevent the account from becoming dormant, unless otherwise specified by state law.

| Generally, dormancy for: | | |
| Checking account | Savings account | CD |
| --- | --- | --- |
| 12 months | 34 months | 34 months after first renewal |

If any account linked to your Prime Checking or Premier Checking account becomes dormant, that account will be delinked and any benefits will no longer apply (including any fee discount or waiver or special interest rates).

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs):** Generally, your IRA and ESA (Savings or CD) will become dormant if you don't initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you don't initiate an account-related activity for 34 months or more after you reach the age of 70 ½ (if you reached that age prior to January 1, 2020) or 72 (if you reached that age prior to January 1, 2020), 72 (if you did not reach age 70 ½ prior to January 1, 2020 but reached age 72 prior to January 1, 2023), 73 (if you reach age 72 after December 31, 2022 and age 73 before January 1, 2033), or 75 (if you attain the age 74 after December 31, 2032).
- Roth IRA won't become dormant unless we receive notification of your death, unless otherwise specified by state law
- ESA becomes dormant after the beneficial owner reaches age 30, unless otherwise specified by state law.

**Safeguards for dormant accounts:** We put safeguards in place to protect a dormant account, which may include restricting the following transactions:
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking.

Normal monthly service fees and other fees continue to apply throughout the dormancy period.

## When and how accounts escheat

If you do not contact us about your dormant account or initiate an account-related activity within the time period specified by applicable state unclaimed property laws (generally, three or five years), Wells Fargo will close your account and deliver your account funds to that state. This process is known as escheat. Account statements will no longer be accessible through online banking. To recover your account funds, you must file a claim with the state.

**Prime Checking and Premier Checking accounts only:** About two months before escheat of your checking account we'll delink all accounts, and any benefits associated with your Prime Checking or Premier Checking account will no longer apply. See the Consumer Schedule for benefits impacted. To reinstate your Prime Checking or Premier Checking account and associated benefits, you must contact us before your checking account escheats.

# Consumer Accounts Only: Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you.

**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court. Any disagreement over whether a dispute qualifies for small claims court will be resolved by the small claims court in the first instance and otherwise by a court of competent jurisdiction and any arbitration shall be stayed pending such resolution.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

**Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.** If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that:
- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies.
- All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the Arbitration Agreement or whether a dispute can or must be brought in arbitration are for a court of competent jurisdiction to decide.
- If the AAA is unavailable or unwilling to administer an arbitration consistent with this Arbitration Agreement, the parties shall agree on an alternative administrator that will do so. If the parties are unable to agree, they shall jointly petition a court of competent jurisdiction to appoint an administrator that will do so.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

The party initiating arbitration must include in the arbitration demand all of the following information: (i) the claimant's name, address, telephone number, and email address; (ii) the applicable account holder's name (if different from the claimant) and account number; (iii) information sufficient to identify any transaction at issue including the date and location of any such transaction, if applicable; (iv) a detailed description of the nature and basis of the claims asserted; and (v) a detailed description of the nature and basis of the relief sought, including a calculation for it. The demand must be personally signed by the party initiating arbitration (and by counsel if the claimant is represented). By submitting an arbitration demand, the claimant (and, counsel, if the claimant is represented) represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b). The arbitrator is authorized to

impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel. If the arbitrator finds that either the substance of your or Wells Fargo's claim or the relief sought was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then Wells Fargo or you may also seek applicable fee-shifting. Either Wells Fargo or you may request to have the arbitration conducted by a video or in-person hearing, or through written submissions, except any dispute seeking $10,000 or more, or injunctive relief, shall have a video or  in-person hearing unless the parties agree otherwise. You and a Wells Fargo representative will personally appear at any hearing (with counsel, if represented).

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

## Fees and expenses

- **Setting the fees/expenses:** We will pay any costs that are required to be paid by us under the arbitration administrator's  rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, we will reimburse you for arbitration filing fees you have paid up to $700.00. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration

## Additional dispute resolution

Wells Fargo or you each can exercise any lawful rights or use other available remedies to:

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.
- An arbitration will be held in the state whose laws govern your account.

# Business Accounts Only: Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute"). **DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court. Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

**Class action or representative suit not permitted**

Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that the arbitration will:
- Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
- Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you
- Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

**No waiver of self-help or provisional remedies**

This arbitration requirement does not limit the right of Wells Fargo or you to:
1. Exercise self-help remedies, including setoff or
2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding. This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above.

| | |
|---|---|
| **Arbitrator's qualifications and power** | Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years' experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim. |
| | In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief. |
| **Discovery** | In any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available. |
| **Fees and expenses** | The arbitrator will award all costs and expenses of the arbitration proceeding. |
| **Additional rules for an arbitration proceeding** | To the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you. |
| **The right to pursue claims in small claims court** | Notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court. |

# Additional Terms and Services

**Laws governing your account**

This Agreement, your accounts, services and any related disputes are governed by United States law and (when not superseded by United States law) the laws of the state where your account is located (without regard to conflict of laws principles). We may move your account to a different state, and will notify you if we do so.

Where your account is located:
- If you apply through one of our branches, then the account is located in the state where the branch is located.
- If you apply online, phone or by mail, then the account is located in the state associated with your home ZIP code at the time of account opening if we have a branch in that state when the account is opened.
- In all other cases, your account will be located in California.

For consumer and business accounts (except analyzed business accounts), your account statement identifies which state's terms and conditions apply.

**Controlling language**

English is the controlling language of our relationship with you, including the terms of this Agreement. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may, but are not obligated to (unless required by law), translate some forms, disclosures, and advertisements into another language, but if there's a discrepancy, the English version prevails over the translation.

**Legal process**

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We may accept and act on any legal process we believe to be valid regardless of how and where it is served, including if process is served in locations, states, or jurisdictions other than where the account was opened or where the account, property, or records are located.

We may, but are not required to, provide notice of legal process relating to your accounts. We may comply with legal process even though it affects the interests of only one owner or authorized signer of a joint account. Regardless of any action we take, we are not waiving any rights of exemption you may have under any federal or state laws. You are responsible for invoking any exemption rights not otherwise asserted on your behalf.

Any fees, expenses (including attorneys' fees and expenses), or losses we incur as a result of responding to legal process related to your account are your responsibility. We may charge these costs to any account you maintain with us.

If legal process relates to an account or accounts that appear on a combined statement, we may release the entire combined statement, even if that means that we release information related to accounts not otherwise governed by this Agreement.

**Changes to this Agreement**

We may change the terms of this Agreement, including account fees and features, at any time by adding new terms or conditions, or by modifying or deleting existing ones. If we're required to notify you of a change to this Agreement, we'll describe the change and its effective date in a message within your account statement or by any other appropriate means. We may agree in writing to waive a term of this Agreement, including a fee, and we may revoke any waiver.

**Modification of invalid terms**

Any term of this Agreement that is inconsistent with the laws governing your account will be excluded to the extent of such invalidity. The invalid term will be considered modified by us and applied in a manner consistent with such laws. Such modification won't affect the enforceability or validity of the remaining terms of this Agreement.

**Timing of notices**

Any notice you send us is effective once we receive it and have a reasonable opportunity to act on it.

**Responsibilities and liabilities between Wells Fargo and you**

We're responsible for exercising ordinary care and complying with this Agreement.

When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that don't vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with this Agreement, and to the extent permitted by applicable federal or state laws, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorneys' fees and expenses) arising out of or in any way connected with our performance under this Agreement. This indemnification will survive termination of this Agreement.

We won't be liable for anything we do when following your instructions. In addition, we won't be liable if we don't follow your instructions if we reasonably believe that your instructions would expose us to potential loss or civil or criminal liability, or conflict with customary banking practices. In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect, or punitive damages. The limitation doesn't apply where the laws governing your account prohibit it. We won't have any liability to you if your account does not have sufficient available funds to pay your items due to actions we have taken in accordance with this Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under this Agreement. If this happens, neither Wells Fargo nor you will be in breach of this Agreement. If we waive a right with respect to your account on one or more occasions, it does not mean we're obligated to waive the same right on any other occasion.

## Your obligation to pay our fees

We're permitted to either directly debit your account or bill you for our fees, expenses and taxes incurred in connection with your account and any service.  If the available funds in your account are not sufficient to cover the debit, we may create an overdraft on your account.

## Setoff and security interest

**Our setoff rights:** If you owe us any money, we have the right to apply funds in any of your accounts to pay your debt. This is known as setoff. When we exercise this right, we reduce the funds in your account(s) by the amount of the debt that is due or past due as allowed by the laws governing your account. Unless required by law, we do not need to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured CD, then we may deduct an early withdrawal penalty. This may be due as a result of our having exercised our right of setoff. See "Early withdrawal penalty and Regulation D penalty" in the "Time Accounts (CDs)" section of this Agreement.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account, subject to applicable law. If we're obligated to return any federal or state benefits deposited to your accounts after you're no longer eligible to receive them, we may setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us.

**Security interest:** In addition to granting us the right of setoff, and to ensure you pay us all amounts you owe us under this Agreement (e.g., overdrafts and fees), you grant us a security interest in each account you keep with us. By opening and keeping each account with us, you consent to our asserting our security interest should the laws governing this Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

You may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

## Tax identification number certification requirements

U.S. Treasury regulations require us to determine the tax residency of all customers and payees who could receive income that is reportable to the IRS. We accomplish this by obtaining a Form W-9 from all U.S. taxpayers and a type of Form W-8 from all foreign customers.

- We use Form W-9 to document U.S. tax residency and obtain a Taxpayer Identification Number ("TIN") from the primary owner of each account. Until we have received the Form W-9 and TIN, we're required to apply backup withholding to any income earned.
- Foreign individuals (also referred to as nonresident aliens) and foreign entities document their tax residency outside the U.S. on the applicable type of Form W-8. That form also allows us to apply the correct withholding rate or exemption to your income earned in the U.S. If you don't provide a valid type of Form W-8, we're required to apply the 30% withholding rate, or in some cases, presume you're an uncertified U.S. taxpayer subject to backup withholding on all income and gross proceeds regardless of whether or not it's U.S. sourced.

- Accounts jointly owned by at least one foreign individual or entity must provide a Form W-8 or Form W-9, as applicable, for all of the joint owners.
- Foreign individuals provide a Form W-8BEN. Foreign entities that are the beneficial owner of the income provide a Form W-8BEN-E unless they can make a special withholding exemption claim and instead provide either a Form W-8EXP or Form W-8ECI.
- Entities that act as intermediaries or flow-through entities receiving income on behalf of someone else provide a Form W-8IMY. In some cases, that Form W-8IMY must also include a withholding statement that allocates the income to each of the beneficial owners and copies of the tax certification documentation for those underlying beneficial owners.

If you own your account as an individual or sole proprietor, upon your death, we must be provided with the estate's or successor's IRS Form W-9 or Form W-8. If these are not provided, we may either refuse to pay interest earned on your account from the date of your death or apply backup withholding on the income earned after the date of your death.

## Your tax responsibility

You're responsible for paying applicable state and local sales taxes on your account fees. These taxes vary by location. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax. We will charge you for all the foregoing taxes and amounts. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

## Applicable exchange rate

In addition to any applicable fees, we make money when we convert one currency to another currency for you. The exchange rate used when we convert one currency to another is set at our sole discretion, and it includes a markup. The markup is designed to compensate us for several considerations including, without limitation, costs incurred, market risks, and our desired return. The applicable exchange rate does not include, and is separate from, any applicable fees. The exchange rate we provide to you may be different from exchange rates you see elsewhere. Different customers may receive different rates for transactions that are the same or similar. The applicable exchange rate may vary based on such factors including, but not limited to, currency pair, transaction size, payment channel and product type, such as foreign currency cash, checks, remittances, and wire transfers. Foreign exchange markets are dynamic, and rates fluctuate over time based on market conditions, liquidity, and risks. We're your arms-length counterparty on foreign exchange transactions. We may refuse to process any request for a foreign exchange transaction.

## Communications about your account

**Contacting you for servicing and collection:** We may contact you by phone, text, email, or mail to service your account or collect amounts you owe us. You will provide us accurate and current contact information. We can contact you at any address, phone number, or email address you provide.

When you give us a phone number, you expressly consent that we (and any party acting on our behalf) may contact you by phone call or text message at that number. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any phone number you give us, even if the receiving number is a mobile phone or other service for which the party called may be charged.

**Monitoring communications:** We can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice. Monitored and recorded communications include phone conversations, electronic messages and records, and other data transmissions.

**Communicating with authorized signers:** We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

## Adverse claims against your account

An adverse claim occurs when
- Any person or entity makes a claim against your account or funds in your account,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility or liability to you:
- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we're satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check or other item for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court and/or petition the court to resolve the dispute.

We also may charge any account you keep with us for our fees and expenses in taking these actions (including attorneys' fees and expenses, and court costs).

In addition, if we believe, in our sole discretion, that you may lack the capacity to act on your account, we may request a court take action to preserve or protect assets in your account(s). In such cases, we may charge any account you keep with us for our fees and expenses in taking these actions (including attorneys' fees and expenses, and court costs).

**If you carry special insurance for employee fraud/embezzlement**
(Business accounts only)

If you have special insurance for employee fraud/embezzlement, we may require you to file your claim with your insurance company before making any claim against us. In such event, we'll consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

**Restricting access to your account**

If we suspect any suspicious, irregular, fraudulent, unauthorized or unlawful activities ("Questionable Activities"), we may, in our sole discretion: prevent, delay or decline transactions account activities; freeze all or some of the funds in any account with us that you keep or control; and/or otherwise restrict access to your account(s).

- If a state or federal agency requests us to restrict funds in your accounts, we will comply with their request as permitted under state or federal law, and notify you, unless otherwise prohibited by applicable law.
- If we suspect an owner is a victim of elder or vulnerable adult exploitation, we may file a report with the appropriate investigative agency, under applicable state law. In addition, we may notify any or all owners or authorized signers on your account, and, unless otherwise prohibited by applicable law, any third party you designate as a contact for your account. We may also notify certain third parties who we believe are closely associated with you about our concerns regarding the Questionable Activities.

With respect to Questionable Activities, we may continue to prevent, delay, or decline transactions and/or account activities, freeze funds, or otherwise restrict access to your account, until the earlier of when (i) our concerns about the Questionable Activities are resolved to our satisfaction, (ii) the time frame set forth in applicable law, or (iii) we receive a Court order that provides us direction. Unless otherwise required by applicable law to take any of the above actions, we may take these actions in our sole discretion and without liability to you.

**Converting accounts**

We can convert your account to another type of deposit account (by giving you any required notice) if:
- You use it inappropriately or fail to meet or maintain the account's requirements, including minimum balance requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

**Terminating or suspending services**

We can terminate or suspend specific services (for example, wire transfers) without closing your account and without prior notice to you. You can discontinue using a service at any time.

**Obtaining credit reports or other reports about you**

We can obtain a credit or other report about you and/or your co-owners and authorized signers to help us determine whether to open or keep an account. We can also obtain information from motor vehicle departments, other state agencies, and public records.

**Sharing information about your account with others**

Generally, if we don't have your consent, we won't share information about your account. However, we may share information about your account in accordance with our separately provided Privacy Notice.

**Use of funds in customers' non-interest-bearing accounts**

We may benefit from having the use of funds in customers' non-interest-bearing accounts. We may use these funds to reduce our borrowing from other sources, such as the Fed Funds market, or invest them in short-term investments, such as our Federal Reserve Account. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

# Glossary

**Access device:** a card, code, or other means of access to a consumer's account, or any combination thereof, that may be used by you to initiate electronic fund transfers.

**ACH transaction:** a deposit or payment transferred through the Automated Clearing House (ACH) network, an electronic network used for financial transactions. ACH transfers are a type of Electronic Fund Transfer (EFT).

**Analyzed business account:** a checking account for which fees are billed through account analysis. Some analyzed accounts offer an earnings allowance to offset eligible fees. Examples of analyzed business accounts include the following: Optimize Business Checking℠, Analyzed Business Checking, and Analyzed Interest on Lawyers Trust Account (IOLTA).

**Authorized signer:** a person who has authority to use your account even if they have not signed the account application.

**Available balance:** our most current record of the amount of money available for your use or withdrawal. For more information, see the "Available Balance, Posting Transactions, and Overdraft" section in this Agreement.

**Business account:** any deposit account, other than one of Wells Fargo's commercial deposit accounts, which isn't established and kept for personal, family, or household purposes. Common examples of ownership include an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a nonprofit corporation, an employee benefit plan, or a governmental unit including an American Indian tribal entity.

**Business day:** every day except Saturday, Sunday, and federal holidays.

**Card:** every type of debit card and ATM card we may issue, except any prepaid cards or the business deposit card.

**Collected balance:** the ending daily balance in your account after all credits and debits have posted, minus deposited items that have not yet been collected from the originating financial institution. The collected balance is the balance on which interest is calculated for all interest-bearing checking accounts and for all savings accounts.

**Consumer account:** any deposit account which is established and kept for personal, family, or household purposes and isn't intended for business use. A consumer account can be owned by one or more individuals.

**Digital wallet:** a digital wallet is a way to carry your credit and debit card information in a secure digital form on your mobile device (smartphone, smartwatch, tablet). Instead of using your physical plastic card to make purchases, a digital wallet allows you to pay in stores, in apps, or online.

**Direct deposit:** an automatic electronic deposit of your salary, pension, Social Security, or other regular income deposited through the ACH network to your Wells Fargo deposit account by your employer or an outside agency.

**Endorsement:** a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check.

**Fee period:** is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.

**Item:** any order, instruction, or authorization to withdraw or pay funds or money from or to an account. Examples include a check, draft, money order, ACH, wire transfer, Bill Pay, other electronic transfer, ATM withdrawal, teller withdrawal, debit card purchase, and fee.

**Overdraft:** an available balance of less than $0.00 in your account.

**Returned item / Non-sufficient funds (NSF):** a term used to indicate when an item presented for payment is returned unpaid because the available balance in your deposit account is less than the amount of the item when presented.

# EXHIBIT 4



# Operation Image Browser 2.0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Site** | VIEWPOINTE | **Paid Date** | 11262025 | **Serial No** | 7302 |
| **Routing** | ███████ | **Account** | ███████ | **PC** | 000069 |
| **Amount** | 18000.00 | **Sequence** | ███████ | **Capture Source** | 00010063 |

**Front Black & White Image**

Withdrawal / Retiro:

[Check One / Marque Una] ☐ Checking / Cuenta de Cheques  ☒ Savings / Ahorros  ☐ Money Market Access  ☐ Command

7302  **WELLS FARGO**

Account Number / Número de cuenta
███████ 0543

Date: 11/26/25

Please print Name
Jiselle McKee

Please print Street Address, City, State, Zip Code
PO Box 1813 Cheyenne WY 82003

eighteen thousand

I authorize this withdrawal from the account listed above.
Please sign in teller's presence for cash back.
Two forms of ID may be required.

x Jiselle McKee

$ 18000.00

Dollars

**Back Black & White Image**