IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES DISTRICT COURT

2026 JUN 15 AM 8: 16

MARGARET BOTKINS, CLERK
CHEYENNE

JISELLE McKEE,
Plaintiff,v.

WELLS FARGO BANK, N.A.,
Defendant.

Case No. 1:26-cv-00146-SWS

PLAINTIFF'S MOTION TO SEAL EXHIBIT E (UNREDACTED ACCOUNT AGREEMENT)

Plaintiff Jiselle McKee respectfully moves the Court for an order sealing Exhibit E, filed on June 1, 2026, which contains unredacted personal identifying information, including Plaintiff's full Social Security number, date of birth, home address, and the personal identifying information of a minor child.

1. Good Cause Exists to Seal the Exhibit

Federal Rule of Civil Procedure 5.2(a) strictly prohibits the public filing of:

• full Social Security numbers
• full dates of birth
• full home addresses
• full names or identifying information of minor children

The unredacted Exhibit E contains all of the above categories of protected information. Public access to this information poses a significant risk of identity theft and violates Rule 5.2.

2. Relief Requested

Plaintiff respectfully requests that the Court:

1. Seal the currently filed unredacted Exhibit E from public access; and
2. Permit Plaintiff to file a properly redacted version of Exhibit E that complies with Rule 5.2.

3. No Prejudice to Defendant

Sealing the unredacted exhibit will not prejudice Defendant. Defendant already possesses a copy of the document, and the redacted version will preserve all relevant information necessary for litigation.

4. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court seal the unredacted Exhibit E filed on June 1, 2026, and allow Plaintiff to submit a redacted replacement.

Respectfully submitted,

Jiselle McKee

/s/ Jiselle McKee
Plaintiff, Pro Se
Cheyenne, WY

Date: June 15, 2026