IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JISELLE McKEE,
Plaintiff,

v. WELLS FARGO BANK, N.A.,
Defendant.

Case No. 1:26-cv-00146-SWS

PLAINTIFF'S MOTION TO FILE REDACTED VERSION OF EXHIBIT E

Plaintiff Jiselle McKee respectfully moves the Court for leave to file a redacted version of Exhibit E, originally filed on June 1, 2026, in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration.

1. Basis for This Motion

On June 1, 2026, Plaintiff filed Exhibit E (unsigned account agreement), which inadvertently contained unredacted personal identifying information, including:

• Plaintiff's full Social Security number
• Plaintiff's full date of birth
• Plaintiff's full home address
• Personal identifying information of a minor child

Under Federal Rule of Civil Procedure 5.2(a), such information must be redacted from public filings.

2. Relief Requested

Plaintiff respectfully requests that the Court:

1. Grant Plaintiff leave to file a redacted version of Exhibit E that complies with Rule 5.2; and
2. Accept the attached Redacted Exhibit E as the public version of the document.

The unredacted version is already the subject of Plaintiff's Motion to Seal, filed contemporaneously.

3. No Prejudice to Defendant

Defendant already possesses the unredacted document and will suffer no prejudice from the filing of a redacted public version.

4. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the attached Redacted Exhibit E.

Respectfully submitted,

*Jiselle McKee*

/s/ Jiselle McKee
Plaintiff, Pro Se
Cheyenne, WY


Date: June 15, 2026

Attachment: Redacted Version of Exhibit E

# Consumer Account Application



| Bank Name | Bank Use Only |
|---|---|
| Wells Fargo Bank | |
| **Account(s) I want to Open** | Phone Bank/AU 2839  COID 810 |
| 7265396510 DDAAM | 11/26/2025  2d3ccf7d-07db-4ebf-8669-6d6334727a84 |
| urpose of Account | Disclosure Delivery method |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## Customer 1 Information    Minor on a Minor by Account

| Full Name | | |
|---|---|---|
| A█ B████████ | | |
| **Street Address** | | **How long at this address** |
| 7052 RILLEY RD | | YR          MO |
| Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.) | | |
| **City** | **State** | **Zip Code       Cntry** |
| CHEYENNE | WY | 82009-7934 |
| **Taxpayer Identification Number (TIN)** | | **Home Phone** |
| ████████████ | | |
| **Previous Street Address** | | **How long at this address** YR          MO |
| **City** | **State** | **Zip Code       Cntry** |
| **Current Employer** | | **Business Telephone Number** |
| **Primary ID** | **Description** | **Date of Birth** ██████ |
| **State / Country** | **Issue Date** | **Exp. Date** |
| **Customer Number (ECN)** | | |

## Customer 2 Information    Signer (minor by account)

| Full Name | | |
|---|---|---|
| JISELLE Y MCKEE | | |
| **Street Address** | | **How long at this address** |
| 7052 RILLEY RD | | YR          MO |
| Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.) | | |
| **City** | **State** | **Zip Code       Cntry** |
| CHEYENNE | WY | 82009-7934 |
| **Taxpayer Identification Number (TIN)** | | **Home Phone** |
| ████████████ | | |
| **Previous Street Address** | | **How long at this address** YR          MO |
| **City** | **State** | **Zip Code       Cntry** |
| **Current Employer** | | **Business Telephone Number** |
| **Primary ID** | **Description** | **Date of Birth** ██████ |
| **State / Country** | **Issue Date** | **Exp. Date** |
| **Customer Number (ECN)** | | |

## Request for Taxpayer Identification Number and Certification (Substitute Form W-9)

Certification: Under penalties of perjury, I certify that:

1) The number shown on this form is my correct Taxpayer Identification Number, and
2) UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3) I am a U.S. citizen or other U.S. person and
4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| ☐ I am subject to backup withholding | ☐ I am exempt from backup withholding | TIN Certification Signature X | Date |
|---|---|---|---|

## Joint Account Right of Survivorship (Alabama, Tennessee and Texas Only)

The persons signing this section hereby agree with each other and the bank that this account is a joint account with right of survivorship, and that on the death of one party to a joint account, all sums in the account on the date of death vest in and belong to the surviving party as his or her separate property and estate. Each person signing this section who is married to a person who is not also signing this section represents and warrants that no funds now or hereafter deposited to the account, nor any interest earned on such funds, are subject to the management, control or disposition (jointly or otherwise) of such person's spouse.

| Customer 1 Signature X | Customer 2 Signature X |
|---|---|

## Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and the privacy policy (as each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.

| For account number(s)   7265396510 | | Types(s) DDAAM | TIN 202453793 |
|---|---|---|---|
| **Customer 1 Authorized Signature** X | **Date** | A█ B████. JISELLE Y MCKEE | |
| **Customer 2 Authorized Signature** X | **Date** | | |

# Consumer Account Application



| Bank Name | Bank Use Only |
|---|---|
| Wells Fargo Bank | |
| **Account(s) I want to Open** | Phone Bank/AU 2839  COID 114 |
| ?452206488 DDARC | 11/26/2025  1f87a106-7de3-4b19-bcef-1d286e70431a |
| ʋrpose of Account | Disclosure Delivery method |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| **Customer 1 Information**   Sole Owner | | | **Customer 2 Information** | | |
|---|---|---|---|---|---|
| Full Name | | | Full Name | | |
| JISELLE Y MCKEE | | | | | |
| Street Address | | How long at this address | Street Address | | How long at this address |
| 7052 RILLEY RD | | YR       MO | | | YR       MO |
| Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.) | | | Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.) | | |
| City | State | Zip Code      Cntry | City | State | Zip Code      Cntry |
| CHEYENNE | WY | 82009-7934 | | | |
| Taxpayer Identification Number (TIN) | | Home Phone | Taxpayer Identification Number (TIN) | | Home Phone |
| ~~████████~~ | | | | | |
| Previous Street Address | | How long at this address YR       MO | Previous Street Address | | How long at this address YR       MO |
| City | State | Zip Code      Cntry | City | State | Zip Code      Cntry |
| Current Employer | | Business Telephone Number | Current Employer | | Business Telephone Number |
| Primary ID | Description | Date of Birth ~~████████~~ | Primary ID | Description | Date of Birth |
| State / Country | Issue Date | Exp. Date | State / Country | Issue Date | Exp. Date |
| Customer Number (ECN) | | | Customer Number (ECN) | | |

## Request for Taxpayer Identification Number and Certification (Substitute Form W-9)

Certification: Under penalties of perjury, I certify that:

1)   The number shown on this form is my correct Taxpayer Identification Number, and
2)   UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement  Arrangement (IRA), and payments other than interest and dividends), and
3)   I am a U.S. citizen or other U.S. person and
4)   The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| ☐ I am subject to backup withholding | ☐ I am exempt from backup withholding | TIN Certification Signature X | Date |
|---|---|---|---|

## Joint Account Right of Survivorship (Alabama, Tennessee and Texas Only)

The persons signing this section hereby agree with each other and the bank that this account is a joint account with right of survivorship, and that on the death of one party  to a joint account, all sums in the account on the date of death vest in and belong to the surviving party as his or her separate property and estate. Each person signing this section who is married to a person who is not also signing this section represents and warrants that no funds now or hereafter deposited to the account, nor any interest earned on such funds, are subject to the management, control or disposition (jointly or otherwise) of such person's spouse.

| Customer 1 Signature X | Customer 2 Signature X |
|---|---|

## Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy  of the applicable account agreement and the privacy policy (as each may be amended from time to time) and agree to be bound by their terms. **I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

| For account number(s)      8452206488 | | Types(s) DDARC | TIN 569977327 |
|---|---|---|---|
| Customer 1 Authorized Signature X | Date | JISELLE Y MCKEE | |
| Customer 2 Authorized Signature X | Date | | |

DSG8921 (04.2015_PB ELM)

# Consumer Account Application

**WELLS FARGO**

| Bank Name | **Bank Use Only** |
|---|---|
| Wells Fargo Bank | |

| **Account(s) I want to Open** | Phone Bank/AU 2839  COID 114 |
|---|---|
| '52206488 DDARC | 11/26/2025  1f87a106-7de3-4b19-bcef-1d286e70431a |
| Purpose of Account | Disclosure Delivery method |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## Customer 1 Information   Sole Owner

| Full Name | | | |
|---|---|---|---|
| JISELLE Y MCKEE | | | |

| Street Address | | How long at this address |
|---|---|---|
| 7052 RILLEY RD | | YR          MO |

Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.)

| City | State | Zip Code | Cntry |
|---|---|---|---|
| CHEYENNE | WY | 82009-7934 | |

| Taxpayer Identification Number (TIN) | Home Phone |
|---|---|
| | |

| Previous Street Address | | How long at this address |
|---|---|---|
| | | YR          MO |

| City | State | Zip Code | Cntry |
|---|---|---|---|
| | | | |

| Current Employer | Business Telephone Number |
|---|---|
| | |

| Primary ID | Description | Date of Birth |
|---|---|---|
| | | |

| State / Country | Issue Date | Exp. Date |
|---|---|---|
| | | |

| Customer Number (ECN) |
|---|
| |

## Customer 2 Information

| Full Name | | | |
|---|---|---|---|
| | | | |

| Street Address | | How long at this address |
|---|---|---|
| | | YR          MO |

Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.)

| City | State | Zip Code | Cntry |
|---|---|---|---|
| | | | |

| Taxpayer Identification Number (TIN) | Home Phone |
|---|---|
| | |

| Previous Street Address | | How long at this address |
|---|---|---|
| | | YR          MO |

| City | State | Zip Code | Cntry |
|---|---|---|---|
| | | | |

| Current Employer | Business Telephone Number |
|---|---|
| | |

| Primary ID | Description | Date of Birth |
|---|---|---|
| | | |

| State / Country | Issue Date | Exp. Date |
|---|---|---|
| | | |

| Customer Number (ECN) |
|---|
| |

## Request for Taxpayer Identification Number and Certification (Substitute Form W-9)

Certification: Under penalties of perjury, I certify that:

1) The number shown on this form is my correct Taxpayer Identification Number, and
2) UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3) I am a U.S. citizen or other U.S. person and
4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| ☐ I am subject to backup withholding | ☐ I am exempt from backup withholding | TIN Certification Signature<br>X | Date |
|---|---|---|---|

## Joint Account Right of Survivorship (Alabama, Tennessee and Texas Only)

The persons signing this section hereby agree with each other and the bank that this account is a joint account with right of survivorship, and that on the death of one party to a joint account, all sums in the account on the date of death vest in and belong to the surviving party as his or her separate property and estate. Each person signing this section who is married to a person who is not also signing this section represents and warrants that no funds now or hereafter deposited to the account, nor any interest earned on such funds, are subject to the management, control or disposition (jointly or otherwise) of such person's spouse.

| Customer 1 Signature<br>X | Customer 2 Signature<br>X |
|---|---|

## Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and the privacy policy (as each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

| For account number(s)          8452206488 | Types(s)<br>DDARC | TIN |
|---|---|---|
| Customer 1 Authorized Signature<br>X | Date | JISELLE Y MCKEE |
| Customer 2 Authorized Signature<br>X | Date | |