**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JISELLE MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-00146-SWS |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY
PROCEEDINGS**

This matter comes before the Court on Wells Fargo Bank, N.A.'s ("Defendant") Motion to Compel Arbitration and Stay Proceedings (the "Motion"). Doc. No. 14. Plaintiff Jiselle McKee ("Plaintiff") filed her opposition on June 12, 2026, and Defendant filed its Reply on June 19, 2026. The Motion is now fully briefed.

The Motion is GRANTED. The Court finds that Plaintiff agreed to and is bound by an enforceable arbitration agreement. Further, the action must be stayed pending arbitration pursuant to *Smith v. Spizzirri*, 601 U.S. 472 (2024).

ACCORDINGLY, IT IS HEREBY ORDERED THAT, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq*., Plaintiff shall initiate arbitration and this matter is stayed pending completion of the arbitration.

This Court will retain jurisdiction for the limited purposes of hearing any request for fees filed by Defendant and enforcing any binding arbitration award.

AND IT IS SO ORDERED.

Dated this _____ day of June, 2026

_____
DISTRICT JUDGE SCOTT W. SKAVDAHL