IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



McKee v. Wells Fargo Bank, N.A.
Civil Case No. 1:26-cv-00146-SWS

PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED ORDER

Plaintiff respectfully submits this response to Defendant's proposed order filed on June 19, 2026.

1. The proposed order contains factual findings that the Court has not made.
Defendant's draft states that "Plaintiff agreed to and is bound by an enforceable arbitration agreement."
This is the central factual dispute raised in Plaintiff's opposition, and no evidentiary hearing has been held.
2. The proposed order adopts Defendant's conclusions rather than neutral language.
The draft order does not reflect a neutral recitation of the issues but instead incorporates Defendant's contested assertions regarding contract formation and assent.
3. The Court has not indicated that it intends to adopt Defendant's findings.
Plaintiff respectfully notes that the Court has not issued any ruling or directive suggesting that Defendant's proposed findings reflect the Court's view.
4. If the Court intends to rule on the Motion, Plaintiff requests that the Court issue its own order.
Plaintiff respectfully requests that the Court enter an order drafted by the Court itself, rather than adopting Defendant's proposed findings.
5. Alternatively, Plaintiff renews the request for a Section 4 evidentiary hearing.
Because the existence of an agreement is disputed, 9 U.S.C. § 4 requires a trial on the issue of formation unless the Court finds no genuine dispute of material fact.


Respectfully submitted,

Jiselle McKee

Jiselle McKee
Pro Se Plaintiff

Jiselle.cash@csuglobal.edu


June 22,2026