**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JISELLE MCKEE,                    ) | |
|                                   ) | |
|     Plaintiff,          ) | |
|                                   ) | |
| v.                                ) | Civil Case No. 1:26-cv-00146-SWS |
|                                   ) | |
| WELLS FARGO BANK, N.A.,            ) | |
|                                   ) | |
|     Defendant.         ) | |

**ORDER GRANTING WELLS FARGO BANK, N.A.'S
MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on Defendant Wells Fargo Bank, N.A.'s ("Defendant") Motion for Protective Order (the "Motion"). For good cause shown, the Motion is **GRANTED**.

ACCORDINGLY, IT IS HEREBY ORDERED THAT, pursuant to FED. R. CIV. P. 26(c) and D.C.Wy.L.R. 37.1(d), all discovery is stayed pending a ruling on Wells Fargo's Motion to Compel Arbitration and Stay Proceedings ("Motion to Compel Arbitration"). The stayed discovery includes, but is not limited to, initial disclosures under FED. R. CIV. P. 26(a)(1) and conferral requirements under FED. R. CIV. P. 26(f).  In the event the Motion to Compel Arbitration is denied, the parties shall confer pursuant to FED. R. CIV. P. 26(f) within 14 days of the order.

AND IT IS SO ORDERED.

Dated this _____ day of June, 2026

_____
DISTRICT JUDGE SCOTT W. SKAVDAHL