Chad S. Caby (Wyo. Bar No. 7-5457)
**WOMBLE BOND DICKINSON (US) LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Chad.Caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JISELLE MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-00146-SWS |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

# WELLS FARGO BANK, N.A.'S RESPONSE TO MOTION TO SEAL EXHIBIT E

Plaintiff's Motion to Seal Exhibit E (DE 16) requests to seal and redact a document Plaintiff filed which "contains unredacted personal identifying information, including Plaintiff's full Social Security number, date of birth, home address, and the personal identifying information of a minor child." Wells Fargo does not oppose the requested relief.

Submitted this 2nd day of July, 2026. WOMBLE BOND DICKINSON US LLP

*/s/ Chad S. Caby*
Chad S. Caby
(Wyo. Bar No. 7-5457)
1601 19th St., Suite 1000
Denver, CO 80202
Telephone: 303-628-9583
Email: chad.caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 2, 2026, the foregoing **WELLS FARGO BANK, N.A.'S RESPONSE TO SEAL EXHIBIT E** was electronically filed via CM/ECF and placed in the U.S. Mail, postage prepaid and address to the following:

Jiselle McKee
7052 Rilley Road
Cheyenne, WY 82009

*s/ Chad S. Caby*
Of Womble Bond Dickinson (US) LLP