[illegible] COURT
[illegible] OF WYOMING
[illegible] JUL 15 [illegible] 11:50
MARGAR[illegible]S, CLERK
C[illegible]ENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JISELLE MCKEE,
Plaintiff,

v.
WELLS FARGO BANK, N.A.,
Defendant.

Civil Case No. 1:26-cv-00146-SWS

---

SUPPLEMENTAL EVIDENCE COVER SHEET

Plaintiff respectfully submits the following supplemental evidence in support of her filings and to ensure the Court has a complete and accurate record of newly discovered material relevant to the issues in this case. This evidence was obtained after Plaintiff's prior submissions and reflects significant developments concerning Wells Fargo's handling of her fraud claims, recordkeeping practices, and consumer-access to claim information.

Summary of Supplemental Evidence

1. Backdated Fraud Claims
Evidence showing that Plaintiff filed two fraud claims on the evening of April 1, 2026, but Wells Fargo backdated both claims to March 31, 2026, creating an inaccurate submission timeline.•
Backdated claim screenshots

2. Claim Closure Dates
Evidence showing:• Claim #0175 ($17,800 deposit) marked closed on April 1, 2026
• Claim #0181 ($18,000 duress withdrawal) marked closed on April 5, 2026
• Both claims displayed as "Closed" in Plaintiff's Wells Fargo mobile application.
• Closure timeline screenshots

3. False Denial Reason
Evidence showing Wells Fargo recorded the dispute reason for the $18,000 withdrawal claim as "Don't remember this transaction," despite Plaintiff repeatedly stating the withdrawal was made under duress and coercion while on a spoofed call with a scammer impersonating Wells Fargo Fraud.• Denial reason screenshot

4. Disappearance of Closed Claims
Evidence showing that as of July 2026, Plaintiff's Wells Fargo mobile application displays:• Open (0)
• Closed (0)
• "You don't have any open claims right now."
Both previously closed claims have disappeared entirely from the interface, preventing Plaintiff from accessing claim history, denial reasons, closure dates, or documentation.
• Disappeared claims screenshot

5. Correspondence Related to Claim Review
Evidence including Wells Fargo's April 6, 2026 letter referencing the $18,000 withdrawal claim and Plaintiff's contemporaneous notes documenting Wells Fargo's denial rationale.• Correspondence exhibit

Purpose of Submission

This supplemental evidence is submitted to:

• Clarify the timeline of Plaintiff's fraud-claim submissions
• Document Wells Fargo's backdating of claims
• Demonstrate inconsistencies in Wells Fargo's claim-handling and denial reasons
• Show the disappearance of closed claims from Plaintiff's interface
• Preserve evidence relevant to Plaintiff's allegations regarding record manipulation, procedural irregularities, and Regulation E compliance
• Ensure the Court has a complete factual record as this matter proceeds.

CERTIFICATE OF SERVICE
I hereby certify that on July 16, 2026, I delivered the foregoing Supplemental Evidence Cover Sheet and attached exhibits to the Clerk of Court for filing in the CM/ECF system. I further certify that a true and correct copy was served on counsel for Defendant Wells Fargo Bank, N.A. by U.S. Mail at their address of record.

Jiselle McKee

Jiselle McKee
7052 Rilley Rd.
Cheyenne, WY 82009
Email: jiselle.cash@csu-global.edu
Date: July 16, 2026

* Plaintiff notes WF made changes to my fraud claims records after law suit filed. Post-litigation alterations include removal of claims. *

Consumer Financial Protection Bureau

Start a new complaint (https://www.consumerfinance.gov/)

All complaints (.)

# 260716-35610911

**OPEN**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/16/2026 | Checking or savings account | Managing an account |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Wells Fargo Backdated Fraud Claims & Removed Them From My App

Issue Summary:
Wells Fargo backdated my fraud claims to an earlier date, closed them during an

active law-enforcement investigation, and later removed both closed claims entirely from my online banking interface. This prevents me from accessing claim history, denial reasons, closure dates, or documentation needed for dispute and law-enforcement review.

Details:
On the evening of April 1, 2026, I filed two fraud claims with Wells Fargo:

• Claim #0175 — $17,800 missing ATM cash deposit
• Claim #0181 — $18,000 in-branch withdrawal made under duress

Immediately after submitting them, Wells Fargo backdated both claims to March 31, 2026, even though I filed them on April 1. I have screenshots showing:

• Both claims listed as submitted on 03/31/2026, despite being filed on 04/01
• Claim #0175 marked closed on 04/01/2026
• Claim #0181 marked closed on 04/05/2026
• The denial reason for the withdrawal claim listed as "Don't remember this transaction", which is false — I repeatedly stated it was made under duress and coercion while on a spoofed call with a scammer impersonating Wells Fargo Fraud.

I also filed multiple CFPB complaints requesting reimbursement of the $17,800 deposit while a judge-issued warrant was active and law enforcement was still investigating. Wells Fargo closed those CFPB complaints without providing the required ATM records.

Current Problem:
As of July 2026, Wells Fargo has removed both closed claims entirely from my "My Claims" dashboard. My app now shows:

• Open (0)
• Closed (0)
• "You don't have any open claims right now."

Wells Fargo did not notify me of any system change, did not provide updated claim numbers, did not send revised determinations, and did not explain why previously closed claims were deleted from my interface.

This disappearance prevents me from:

- Accessing claim history
- Viewing denial reasons
- Reviewing closure dates
- Downloading documentation
- Filing appeals
- Providing records to law enforcement
- Demonstrating Wells Fargo's investigation timeline

This is a serious record-integrity issue and obstructs my ability to dispute the claims under Regulation E.

Regulation E Concerns:
Wells Fargo:

- Backdated my fraud claims to an earlier date
- Closed claims during an active criminal investigation
- Recorded a false denial reason ("customer doesn't remember")
- Removed closed claims from my interface
- Failed to provide required ATM records
- Failed to review Apple Wallet authentication data
- Provided contradictory information to me, the CFPB, and law enforcement

**ATTACHMENTS**

IMG_0285.png

IMG_0117.png

IMG_0131.png

View full complaint ⊕

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question?

(855) 411-2372

TTY/TTD: (855) 729-2372

9 a.m. to 6 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

An official website of the United States Government

7/16/2026

10:36

X

# My claims ⓘ

**Open (0)** Closed (0)

ⓘ You don't have any open claims right now.

## *Account disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

**Equal Housing Lender**

NMLSR ID 399801

April 2026

9:09

4:51

LTE 90

Thursday

8:13 AM

8:13

◂ Mail

63

×

My claims ⓘ

Open (2) Closed (0)

| | |
|---|---|
| 03/31/2026 | Claim #...0175 |
| Deposit | $17,800.00 |
| | In progress |

View claim

| | |
|---|---|
| 03/31/2026 | Claim #...0181 |
| Withdrawal | $18,000.00 |

In progress

View claim

*Account disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

**Equal Housing Lender**

NMLSR ID 399801

portal.consumerfinance.gov

4:48
◀ Mail

73

×

# My claims ⓘ

| Open (0) | **Closed (2)** |
|---|---|

03/31/2026 Claim #...0175

Deposit $17,800.00

Closed

View claim

03/31/2026 Claim #...0181

Withdrawal $18,000.00

Closed

**View claim**

## *Account disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

**Equal Housing Lender**

NMLSR ID 399801

9:08

5:00

◀ Mail

LTE 88

×

# Claim details ⓘ

#A-6040110181

| | |
|---|---|
| Withdrawal | $18,000.00<br>03/31/2026 |

OPENED

IN PROGRESS Updated 04/02/2026

In Progress

CLOSED

Claim details and history ▲

Account

Dispute reason — Don't remember this transaction

Submitted on — 03/31/2026

Cancel claim

Go to my claims

portal.consumerfinance.gov