Chad S. Caby (Wyo. Bar No. 7-5457)
**WOMBLE BOND DICKINSON (US) LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
Chad.Caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JISELLE MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-00146-SWS |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENDING ARBITRATION

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, Womble Bond Dickinson (US), LLP, hereby files its Notice of Pending Arbitration. Pursuant to this Court's Order Compelling Arbitration and Staying Case entered July 20, 2026 (ECF 27), Plaintiff has initiated arbitration proceedings with the American Arbitration Association ("AAA") which arbitration matter was assigned case number 01-26-000-44601, confirmation of which is attached hereto as "**Exhibit A**." The parties will now proceed and arbitrate this matter with the AAA.

Submitted this 22nd day of July, 2026.

WOMBLE BOND DICKINSON US LLP

*/s/ Chad S. Caby*

Chad S. Caby
(Wyo. Bar No. 7-5457)
1601 19th St., Suite 1000
Denver, CO 80202
Telephone: 303-628-9583
Email: chad.caby@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 22, 2026, the foregoing **NOTICE OF PENDING ARBITRATION** was electronically filed via CM/ECF and placed in the U.S. Mail, postage prepaid and address to the following:

Jiselle McKee
7052 Rilley Road
Cheyenne, WY 82009

*s/ Renee L. Creswell*
Of Womble Bond Dickinson (US) LLP



WBD (US) 4914-6985-7983v1