# EXHIBIT A

# File Online

American Arbitration Association®

## Thank you for choosing AAA-ICDR!

Print a copy of this transaction for your record

**Your case number is 01-26-000-44601**

Please Note: This notice does not constitute the AAA's initiation of the case and does not confirm that all filing requirements have been satisfied. It only acknowledges receipt of filing.

Document Received On

July 20, 2026 05:58 PM Eastern Daylight Time

Billing Address

Jiselle McKee,
7052 Rilley Rd, Cheyenne, WY 82009, US
jiselle.cash@csuglobal.edu

Filing Fee Charged

$ 225

Print

Close

**What's Next?**

**Pending Review**
Our team will review your filing to determine if all requirements have been met. Depending on several factors it can take up to 14 days. This timeframe does not apply to cases seeking emergency relief and to mediations.

**Case Accepted**
If all filing requirements have been met and the AAA is the proper administrator of the case, a case manager will contact you with information on how to access your case.

**Case Declined**
If the AAA declines to administer your case, we will notify you of the basis for that determination.

**Additional Requirement**

- You must send a copy of the completed filing form to all parties. The AAA does not do this on your behalf.
- When sending the completed filing form to all parties, include a copy of the agreement, court order, or post-dispute submission referencing the AAA. The information should have been included as part of your initial filing.
- Retain a copy of the filing form and all attachments for your records.

To amend or modify your filing, please contact casefiling@adr.org

**AAA Case Filling Assistant Chatbot**
Smart, AI-powered guidance for faster filing of your cases with the AAA-ICDR:

AAA-ICDR Case Filing Assistant

**© 2026 American Arbitration Association**
File Online (ver 1.3.4)

Contact Privacy Terms of Use Secure Case Administration
Follow AAA®