**IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING**

JISELLE MCKEE,
Plaintiff,

v.
WELLS FARGO BANK, N.A.,
Defendant.

Case No. 1:26-cv-00146-SWS

---

PLAINTIFF'S NOTICE TO THE COURT REGARDING ARBITRATION STATUS

Plaintiff Jiselle McKee respectfully submits this Notice to update the Court regarding the status of the arbitration referenced in Defendant Wells Fargo's "Notice of Pending Arbitration," filed on July 22, 2026.

Current Status

The American Arbitration Association (AAA) has not yet opened the arbitration case or assigned an arbitrator. (AAA Case No. 01-26-000-44601)

Respondent Fee Status

AAA has not indicated that the Respondent, Wells Fargo Bank, N.A., has paid its required portion of the initial arbitration fees. Because the Respondent's payment is mandatory before the arbitration can proceed, the matter remains **inactive** at AAA at this time.

Intentions Regarding Arbitrability

If Wells Fargo subsequently pays its fees, there remains a dispute as to whether all claims in this matter are legally arbitrable. Should AAA determine that any portion of the case is not arbitrable, Plaintiff intends to file a Motion to Lift Stay so that the non-arbitrable causes of action may resume before this Court.

Intentions if AAA Closes the Case

If Wells Fargo does not pay its fees and AAA closes the arbitration case for respondent nonpayment, Plaintiff also intends to file a Motion to Lift Stay so that the matter may resume in District Court.

Dated: August 17, 2026

Respectfully submitted,

Jiselle McKee

Jiselle McKee, Pro Se
7052 Rilley Rd.
Cheyenne, WY 82009
Phone: 307-214-0841
Email: jiselle.cash@csu-global.edu

---

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I filed the foregoing Notice with the District Court Clerk, who will enter it into CM/ECF. Electronic service will be delivered to counsel of record for Defendant Wells Fargo Bank, N.A., including:

Chad Caby
Womble Bond Dickinson (US) LLP
1601 19th Street, Suite 1000
Denver, CO 80202
chad.caby@wbd-us.com